ServiceMASTER Restore®    ServiceMASTER Clean®

FILED
IN CLERK'S OFFICE

2024 DEC -2  AM 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

**ServiceMaster Disaster Associates, Inc.**
228 Main Street
Stoneham, MA 02180
Toll Free: 800-649-6369
Office: 781-438-6033
Fax: 781-438-4801
www.servicemasterda.com
Lic# 5253

*An independent business licensed to serve you by ServiceMaster Clean*

 *A Quality Restoration Vendor*

Daniel J Noyes & Camile Bachry
94 Lucerne Ave, Unit 6
Laconia, NH 03246

11/18/24

The Honorable Nathanial M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing to you as a character witness and friend of Joseph Ponzo and Christopher Ponzo, whom I have known for over 25 years. Throughout this time, I have come to know them as individuals of great integrity, strong moral character, and deep commitment to their families and communities.

Joseph and Christopher are both devoted family men who prioritize the well-being of their loved ones above all else. They have consistently demonstrated responsibility, kindness, and a willingness to lend a helping hand to those in need. Their positive influence extends beyond their immediate families, as they are actively involved in community activities, supporting local initiatives and fostering a spirit of togetherness.

It is important to recognize that the incident in question does not reflect their true character. Both Joseph and Christopher are not only remorseful but have also taken steps to ensure that such a situation does not occur again. They are committed to personal growth and rehabilitation.

I sincerely believe that imposing jail time on them would not only be a disservice to them and their families but also to the community that benefits from their contributions. They are capable of making amends and continuing to be positive role models for their children and others around them.

Thank you for considering this perspective. I hope it will assist you in making a fair and just decision regarding their case.

Respectfully,

Daniel J Noyes & Camile Bachry
781-389-4658
Friends for over 25 years with Joseph & Christopher Ponzo