# Exhibit 5

Page 1

1 - 50

I

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE UNITED STATES ATTORNEY

DISTRICT OF MASSACHUSETTS

_____
                                 |
UNITED STATES OF AMERICA,         |
                                  |
                                  |
        VS.                       |   Case No.
                                  |
                                  |
JOHN DOE.                         |
_____|


                        Federal Grand Jury
                        U.S. Courthouse
                        1 Courthouse Way
                        Boston, Massachusetts


                        Thursday
                        April 28, 2022


APPEARANCE:  DUSTIN CHAO and ELYSA WAN
             Assistant U.S. Attorneys

WITNESS:     KEVIN COTE


                   Apex Reporting
                   (617) 269-2900

Page 2

I N D E X

WITNESS                                         PAGE

Kevin Cote

     Examination by Mr. Chao                        3

EXHIBITS   DESCRIPTION                              PAGE

 None

Page 3

P R O C E E D I N G S

(1:08 p.m.)

KEVIN COTE, Sworn

EXAMINATION

BY MR. CHAO:

Q    Good afternoon, Mr. Cote. Can you please state and spell your full name for the record?

A    My name is Kevin Cote. K-e-v-i-n.  C-o-t-e.

Q    Mr. Cote, my name is Dustin Chao. I'm here with Elysa Wan. We are assistant U.S. attorneys here in the District of Massachusetts. You are appearing before a federal grand jury that is investigating possible violations of federal criminal law. Do you understand that?

A    Yes.

Q    And everything that goes on in the grand jury is secret. It can't be disclosed by me or Miss Wan, the court reporter or the grand jurors unless we are ordered to do so by law. Do you understand that?

A    Yes.

Q    And while you are not bound by this rule of secrecy, we ask that you keep what happens here today confidential. Do you understand that?

A    Yes.

Q    Now, you are appearing today pursuant to a grand jury subpoena, correct?

Page 4

A    Yes.

Q    As a grand jury witness you have certain rights and responsibilities that I'm just going to go over right now.

You've just been sworn by the foreperson of the grand jury and you've taken an oath to testify truthfully. Do you understand that?

A    I do.

Q    As a witness in the grand jury, the answers that you give are being taken down by a court reporter just as if you were in a court of law, so your obligation to tell the truth here is the same as it would be in court. Do you understand that?

A    I do.

Q    So if you knowingly make a false statement about any material matter, you could subject yourself to prosecution for false statements, perjury, or obstruction of justice. Do you understand that?

A    I do.

Q    Okay. Now, you generally don't have a right to remain silent, but you have a Constitutional right to refuse to answer any question if you think a truthful answer to that question might tend to incriminate you. Do you understand that?

A    I do.

Page 5

Q    And you have a right to an attorney, but your attorney can't be present in the grand jury but would have to be outside with you to consult with him or her. Do you understand that?

A    Yes.

Q    And you are currently represented by an attorney?

A    Yes.

Q    And what is that attorney's name?

A    Peter Levitt.

Q    Okay. So, if you need to consult with Mr. Levitt at any moment in time, let the foreperson know and we can take a quick break. Do you understand that?

A    Yes.

Q    Alright. Do you understand all of your rights and responsibilities as I've explained them to you today?

A    I do.

Q    Okay. Mr. Cote, how old are you?

A    I am 42.

Q    And where do you currently reside?

A    I live at 81 Paucatuck Road in West Springfield, Massachusetts.

Q    Can you tell us what you currently do for work?

A    Sure. I am a program director. I work at CLEAResult.

Q    Can you tell us what was the -- when did you

graduate from college?

A    Sure. I graduated in 2005.

Q    From where?

A    U. Mass. Amherst.

Q    And after 2005, what was your first employment, if you recall?

A    I took a job with a company called CSG, Conservation Services Group out in Portland, Oregon.

Q    And tell us what did you do for -- well, first, what is Conservation Services Group or CSG?

A    CSG was a nonprofit company that supported energy efficiency programs across the country. In this case, it was for a client known as the Energy Trust of Oregon.

Q    And how long were you out at Oregon working for CSG in the beginning?

A    I worked at CSG for two years, and then I got a job with a different company out there.

Q    And what was that company called?

A    That company was called PECI or Portland Energy Conservation, Incorporated.

Q    What did you do for PECI?

A    So, for PECI I was -- I was in the field initially doing commercial energy audits focused on commercial refrigeration systems, grocery stores. And then as I continued to work there, selling energy efficiency upgrades.

Q    So, what would you do for the grocery stores? How would that work as far as the services you provide and how PECI was paid?

A    Sure. Their program was one that was being run through the BPA, Bonneville Power Authority. BPA works with all of the utilities out in the northwest. There is lots of public utilities out there. And those utilities had dollars for energy conservation. One of the things that they could do is they could sign up for and work with us through the BPA.

And so, we would go out and we would engage these business owners who were running grocery stores, everything from small mom-and-pops to large national chains, and we would do an assessment to help them understand what kind of energy efficiency upgrades they could make and provide them with a report that would detail those things. And then if there were any incentives or rebates available to help cover the costs of those upgrades, we'd inform them about those as well.

Q    Did there come a time that you continued to work for PECI but you relocated back to Massachusetts?

A    Yes. So in 2012, we had a new program starting up, a grocery program here in Massachusetts. I'm from Massachusetts, so I moved my family back to start that work.

Q    So 2012, you are with PECI in Massachusetts. What

COTE - 4/28/2022

Page 8

if anything happened with respect to an organizational change at PECI?

A    So in 2014, we were acquired by a company, CLEAResult. And that's when I started working at CLEAResult.

Q    So when you say, 'working at CLEAResult,' was there a physical location that you were at? Or where were you --

A    Yeah, so PECI did not have a physical office there. I was working remotely. And when we were acquired by CLEAResult, they had an office in Springfield. So, I worked from the Springfield office and eventually the Westborough office once they acquired CSG.

Q    So in 2014, CLEAResult acquired CSG?

A    In 2014, CLEAResult acquired PECI. In 2015, they acquired CSG.

Q    Okay. And when you say CLEAResult acquired CSG in 2015, that's the same CSG that you were working for back in 2005?

A    Yes.

Q    And CSG in 2015, they had physical offices in Westborough, Massachusetts, correct?

A    Correct.

Q    So when CLEAResult took over and bought CSG, it occupied those Westborough offices?

A    Uh, hmm.

Q    Is that right?

A    Yeah.

Q    I'm sorry. The 'uh,hmm's' just --

A    Yes.

Q    Got it.

A    Sorry.

Q    So, can you tell us what does CLEAResult do, where are they based?

A    Sure. CLEAResult is based out of Austin, Texas. We have work all across North America including Canada. And our primary work is supporting energy efficiency programs that -- and supporting the utility companies that run them.

Q    Tell us a little bit about your current position at CLEAResult?

A    Sure. I'm a program director, so I oversee a number of different programs that we run for utility clients delivering energy efficiency programs, you know, residential customers in New England, Massachusetts, Connecticut, Rhode Island and New Hampshire specifically.

Q    And are you also familiar with what's known here in Massachusetts as the Green Communities Act?

A    Yes. I'm generally familiar with it.

Q    And what is your understanding of the Green Communities Act?

A    It is a piece of legislation that Massachusetts

passed that establishes sort of the ways that energy efficiency programs are run and funded. And so in Massachusetts, it allows for the utility companies to charge a conversation or an energy efficiency fee to ratepayers, and that money is what funds the programs. And then it sets up the program administered to the folks who administer those funds as the utility companies.

Q   Okay. So, and when you reference, use that term, 'ratepayers,' who are the ratepayers that are funding this program?

A   That would be anyone who is paying a gas or electric bill for one of the investor-owned utilities such as National Grid or Eversource. There is others as well.

Q   Okay. Are you familiar with a program or branding concept known as MassSave?

A   I am very familiar with it.

Q   Alright. And tell us what your understanding of MassSave is and if you can explain your understanding to the grand jury?

A   Sure. MassSave, I would describe it as a brand. There are many utility companies in the state of Massachusetts. There is National Grid, there is Eversource, Unitil, Berkshire, Liberty, and the Cape Light Compact on the Cape. And so all of those entities are responsible for delivering these energy efficiency programs.

COTE - 4/28/2022

Page 11

And to keep it simple, for the people in Massachusetts, they all fall under what we call the brand 'MassSave.' And so MassSave, it's a website that ratepayers can go to to understand about various programs. There is programs for residential customers, commercial customers, industrial customers. And there is offerings ranging from heating and cooling equipment to insulating your house to getting new lightbulbs. So, there is a lot of stuff that falls under that umbrella.

But I would describe it as sort of the brand or the umbrella in which they all operate.

Q    Now pursuant to the MassSave Program, is it your understanding that CLEAResult has a contractual agreement with plan sponsors that would include Eversource?

A    Yes.

Q    And other utilities?

A    Yes. Eversource and National Grid are our primary clients.

Q    So, tell us what it is, how is it that you -- what is the scope of work or your scope of engagement and how is that achieved with, let's say, Eversource?

A    Sure. We have a number of different contracts. I'll talk about the biggest one, the one that is, you know, to deliver services for the residential coordinated delivery. So, residential coordinated delivery is where, you

know, you can get home energy assessment. That would be someone most likely from our company would come out and do an energy audit and advise you of what kind of energy efficiency opportunities are available in the home. And then if there are opportunities for weatherizing your home, air sealing and insulating to make it more efficient, we would provide you with a scope of work, the cost and work with you to get a contractor to do the installation.

So, that's the big -- biggest piece of work.

Q    So, tell us do you -- does CLEAResult put out or answer Request for Proposal, an RFQ, that Eversource puts out for lead vendors?

A    Yes.

Q    Alright. And CLEAResult is a lead vendor?

A    We are.

Q    So, tell us what is that -- what are you guys putting in a quote for? What are you promising as far as deliverables to Eversource when you sign up and bid for an RFP?

A    Sure. The RFPs are made public and then companies like ourselves, our competitors, bid on those. And the utility companies or the program administrators will lay out the services that they need.

You know, they'll need a call center, someone to answer the phone, customers are calling and provide them

COTE - 4/28/2022

Page 13

with information about the programs.

They'll need field staff who can go out and reach all of the areas of their service territory to visit their customers' homes and provide them with energy audits and also, you know, the office support to, you know, work with -- you know, to work behind the scenes on any paperwork, applications or the things that might come in.

So, those are the kinds of services they request proposals for; and then we provide them and we price those.

Q    Alright. So when you say you price them and proposals, is it your understanding when, say, Eversource puts out a quote for a lead vendor like your company CLEAResult, they give you a proposed budget of three-year, let's say energy efficiency spending goals?

A    Um, yeah. Typically, the RFPs will layout the number of years. The type of services and the terms, the number of years.

Q    And is there, like, a dollar figure attached? So, you know, energy efficiency funds or surcharges are put on all the ratepayers in Massachusetts, correct?

A    Uh, hmm.

Q    And that is collected by the utilities, whether it is Eversource or National Grid, correct?

A    That's right.

Q    And they are mandated by statute to spend those

funds for energy efficiency projects, right?

A    That's correct.

Q    And CLEAResult is one of those companies that helps Eversource spend those funds for energy efficiency projects.

A    Yes.

Q    Okay. So, are you given -- I guess what I'm trying to say, are you given, like, so, for example you get approved by Eversource and they say, 'Hey, look, CLEAResult, we have $300,000,000 for the residential program, commercial program, et cetera for the years '18, '19 and '20. Each year, we have that much money. Can you help us spend those funds on energy efficiency projects. Is that essentially what -- what you are providing to them?

A    Um, it is a little bit more specific. So, what they will ask for is, you know, we -- we would expect, you know, this many thousand of customers to call each month. We would expect this many thousand customers to request services for, say, an energy audit. And so, we look at is more on, you know, forecasted volume as opposed to, 'this is our budget, what can you do.' So, we are really more responding to 'this is the work. And then this is our price to do that work. And, of course, no one knows how many times the phone is going to ring or how many customers will be interested, --

COTE - 4/28/2022

Page 15

Q      But, you are basing it --

A      -- but we have a forecast that we are --

Q      Sorry to interrupt. So, you are basically making a forecasting. 'We except this many phone calls, this many assessments. We think that we will be able to spend this amount of money in energy dollars pursuant to this contract based upon our network of contractors and our assessors and all that stuff.'

A      I guess the only nuance I would provide there would just be that we're not saying, 'Hey, we can spend this budget.' We are just saying, 'This is our -- given those volumes, these are the prices for those services.'

Q      Okay. Now does CLEAResult do those work services at those residential homes and so forth, doing those installs?

A      So, our job is to do, you know, we do the energy efficiency assessment. And we look to see what kind of opportunity exists in the building. And then there are some things that we might do, you know, like you can get lightbulbs, for example, in the program. And so, we would give those to a customer because we can just hand them out.

But if it is more complicated work, such as an insulation or air sealing project, a construction project, we would work with a contractor network who would deliver those services.

Q    So, if the scope of work involves anything more sophisticated like installation-type stuff instead of just selling it for a self-install by the customer, CLEAResult does not do that work. It subcontracts it out. Correct?

A    Right. We have a contractor network that we use for that.

Q    And that subcontractor would be participating pursuant to the MassSave Program?  Be a so-called MassSave contractor. Correct?

A    Right. We refer to them as 'participating contractors.' Or 'trade allies.' Not really like subcontractors. But, that's --

Q    They serve the role as a subcontractor?

A    In a way, yeah.

Q    Right. Because they are the ones actually doing the work in that home, not CLEAResult.

A    Right. We don't say 'subcontractor,' just because the customer gets to choose who they want to work with. If they don't have a preference for a contractor that they want to choose from the network, we have a process to assign them one. But they always have that choice.

Q    Alright. But before that customer has that choice, it is true that lead vendor has to approve that contractor as a participating contractor?

A    That is true.

Q    Right? They can't -- a consumer can't say, 'I want air sealing in my house in Belmont, but I have my cousin that's a contractor, I want him to do it.' They can't do it under -- and get paid with MassSave money, correct? Unless they are a participating contractor.

A    That's right. In that situation, that contractor would have to sign up and meet the requirements of the program.

Q    Okay.

A    Before they could do the work.

Q    Alright. So, ultimately it is CLEAResult that has to approve any contractor that can participate pursuant to this participation agreement, for example, in Exhibit 8, to participate in this MassSave Program?

A    That's right. That participation agreement is an agreement between CLEAResult and that trade ally.

Q    And what -- you mentioned qualifications. What are some of those qualifications that you talk about?

A    Um, so I can give you some examples. You know, there are insurance requirements. You have to carry a certain amount of insurance to make sure that if something goes wrong, the consumer will be protected.

There are, you know, we also want to see just the basic licensure to do business. If you are contractor in the state of Massachusetts, you might have, like, a home

Page 18

improvement contractor's license or construction supervisor license for one of your staff members. If it is electrical work, a journeymen's electrician's license.

So, those are just some examples of the requirements you'd have to meet.

Q    Okay. And if someone wants to -- and meets those requirements and wants to become an approved participating contractor, they have to enter this agreement that you have here -- shown here in Grand Jury Exhibit 8?

A    Yeah. You have to have -- you have to have signed that participation agreement.

Q    And some of these restrictions here, so one of the ones that I think we have talked about is in a section that is under Miscellaneous. And it is states -- I have to go to the bottom of the page. So, here it states, this is Exhibit 8, "The contractor may not assign this agreement or further subcontract its obligations under this agreement without the express written consent of CLEAResult."

So, can you explain what is the meaning and practical effect of that clause in the participation agreement?

A    Sure. So when we have a project that needs a contractor, you know, we have certain things that I just described that have to be met in part of this participation agreement. So, one, we don't want anybody sending that work

COTE - 4/28/2022

Page 19

outside to some other entity because they may not meet those requirements. So, that's one of the reasons.

The other reason is a little bit more practical. If we have a job and we need to give it to a contractor, there is no sense in us giving it to that contractor if they can't do it. If they can't do it, we'll just -- we have a network. We'll give it to somebody else. We don't need them to go sub it out and find somebody else to do it. We just -- we have a network. That's our job is to just give it to someone who can perform it.

Q    Understood. Alright. And some of the other requirements in this contract you see here, right, "This is a prohibited contract related to that assignment. While performing work hereunder, the contractor," which would be Air Tight in this case, "should not perform any work not included within the scope of the contract without advance express written consent of CLEAResult."

And also, it states that, "The contractor is entering into this agreement in good faith without intent to defraud and that is supplying materials and performing the work solely on its own behalf without connection with or obligation to any undisclosed person or firm."

So, those are the requirements. They shouldn't be -- in other words, performing the work and paying someone else that you are unaware of.

COTE - 4/28/2022

Page 20

A    Correct.

Q    Okay. So, um, you had mentioned earlier -- we met for the first time this week, correct?

A    Yes.

Q    Okay. So, you mentioned during that meeting and you with your attorney Peter Levitt, correct?

A    I was, yes.

Q    You mentioned a cover page on the CLEAResult multi-family program that had kind of a checklist for participants. Does this look familiar to you?

A    Yes. This does look familiar.

Q    And here, this says, "Enclosed is your multi-family program contract." That would be the participation contract, correct?

A    Ah, yes.

Q    And it says, "You have a background check requirement." In other words, you require the people that become participating contractors to pass a background check.

A    That's correct. Any employee that is going to be performing work on a customer site is required to complete a background check.

Q    And it says here, one of the things is, "Only the employees on this list will be allowed on site." In other words, if a contractor is approved for the program, only employees of that contractor are allowed on work job sites.

A    Yes.

Q    So, here what you have in Grand Jury Exhibit 8, and I'll just orient you again, this is the Air Tight Solutions, LLC, that's the contractor with MassSave. And as part of this participation agreement and attached hereto, which is signed by Christine Ponzo as owner, attached to the submission to CLEAResult is in highlights, a Larry Fernandes and a Jordan Dos Santos. And it says, "These two employees are only assigned to NStar and National Grid jobs."

So, would it be your understanding or CLEAResult's understanding that if these people are being listed as part of the participation agreement, it is your understanding that these two people are employees of Air Tight?

A    Yes.

Q    And if they were not employees of Air Tight, this Larry Fernandes or Jordan Dos Santos, they would not be permitted to be present at the install of air sealing or efficiency projects, correct?

A    Correct. Yes.

Q    Were you aware that Larry Fernandes and Jordan Dos Santos were in fact not employees of Air Tight?

A    I was not aware. I would also point out that I -- this is before my time. So, I didn't have oversight of the program when this document was signed.

Q    But based on this contract, it is -- is it a fair

COTE - 4/28/2022

Page 22

statement that CLEAResult is relying on a representation by Air Tight that these two are employees?

A    Yes.

Q    And if they were not employees, they would not be permitted to participate on site at Air Tight jobs?

A    Yeah. If we saw these names on this list submitted with an agreement, this says to me this is my -- this is this company's staff members and they have run a background check on their staff. And those are employees of that company. That is what I would feel would be represented in that.

Q    Okay. And I guess the flip side, Mr. Cote, if these two individuals, Mr. Fernandes and this Jordan Dos Santos, were not in fact employees, they would not be permitted to be on work site jobs that Air Tight does.

A    Correct.

Q    And why is that?

A    It is a requirement of the participation agreement. You have to be an employee of that company.

Q    And is there -- what is the practical reason why that is?

A    The practical reason there is that, you know, in order to become a participating contractor, you are providing certain things to us. One, -- you know, one is there is, like, I-9 verification -- like as an employer, you

are responsible for that I-9 verification. Like this person is eligible to work in this country. And you know who they are. And so, that's one big one.

And in general, the rules around that flow down from the utilities to us to the participating contractors where we want to make sure that customers are kept safe. And so the background checks and the verification of who is really there, it all flows down to all the contractors. So, that's why.

Q    Alright. And, again, going back to that clause that "the contractor may not assign this agreement or further subcontract it," if Air Tight were to hire Larry Fernandes and Jordan Dos Santos as subcontractors -- in other words, Christine Ponzo doesn't do any air sealing. She calls Larry and Jordon, 'You show up this site and do the air sealing,' subcontract that, would that be permitted under the agreement?

A    No.

Q    And why is that?

A    You are -- you know, without our express written consent to subcontract out, you can't do it. Contractors who sign up for a participation agreement verify their staff to us, are then meeting those requirements that we have so we would allow you on site. So, if you are then subbing it out unbeknownst to us to a third-party company, now we have no

COTE - 4/28/2022

Page 24

idea who -- if you know who they really are and if they meet the requirements; and so, we would -- that would be a big problem.

Q   Okay. So in this example if CLEAResult were to become aware that, number one, Larry Fernandes and Jordan Dos Santos were not in fact employees of Air Tight; and number two, they were just subcontracted by Air Tight to perform the work without being approved participating contractors, what would be the position of CLEAResult as far as whether Air Tight would be continuing to do this work?

A   They would be terminated from the program.

Q   Now I'm going to show you some demonstrative exhibits or some exhibits that involve some of the actual contracts that CLEAResult enters into with customers. Are you familiar with what is a customer contract?

A   Yes. I am familiar.

Q   And how does that basically work, if you can explain to the grand jury?

A   So, the way that the program administrators want this to work is they want to make it as easy as possible for a customer to participate. So, that's why we call it 'coordinated delivery.' We are trying to coordinate these services as much as possible so that it is easy, so a customer doesn't say, 'Great. I can insulate my building. Now what?' Hit the phone book, right? We want to make this

Page 25

simple for them.

So, we will -- the programs have typically set pricing so that you don't need to shop around. Weatherization and air sealing prices are set in advance and, you know, you get that contract written by us that says, 'here is the work that you can do and here at the prices and the cost,' and so when the customer signs that contract and agrees to do work, then we work with them to select a contractor. If they have their own and they are participating, then that's who they can use; and if they need one, we will help them select.

Q   Okay. Now here, you make it very clear that when a customer signed this contract with CLEAResult they understand that it isn't in fact -- it is not being -- National Grid is not performing the work here. Right? As far as the install. Correct?

A   Correct.

Q   And it is being done by a separate contractor that, as you said, he's either a participating contractor that they choose or one that you assign to them.

A   Uh, hmm. Yes.

Q   Okay. And here in this particular contract, it is at the Watertown Mews, 1 Repton Place, 206 units, 206 units of air sealing, and the total customer cost is 0 for these measures. So, can you explain what we are looking at here?

A    Um, yes. The energy efficiency measure is air sealing. The customer's portion of that is 0 because that measure is incentivized at 100 percent.

Q    Okay. And so, there is a number of units in the facility. It says 206. 206 0, but then there is -- for this 1 Repton Place, Watertown, then there now an invoice to CLEAResult for Watertown Mews. And if you multiply 206 times 4, you get 824. And so, um, in this example if there is four hours or four units -- four hours per unit, that is $75.25 per hour. That amounts to $62,006 charged. This invoice.

A    Okay.

Q    So in other words, in this invoice, in this situation where that Watertown Mews which is the customer that signed the residential contract with CLEAResult, who pays this bill for the actual air sealing done at the Watertown Mews in this example?

A    So in this situation, the contractor would invoice CLEAResult. We would go through our invoicing process. We would pay that contractor for that invoice, and then we would then bill the utility for those -- for that to recover those dollars.

Q    So in this example because it is a National Grid customer contract, Air Tight does the work supposedly and then you pay -- CLEAResult pays Air Tight and then you then seek reimbursement from National Grid to pay you for that

COTE - 4/28/2022

Page 27

service?

A    Yes. That's correct.

Q    Okay. Now let's say in this scenario these 824 hours, those 824 hours included 20-plus hours where the contractor had to wait for the property manager or building super to let them in. In other words, they were locked out. Can they charge the CLEAResult program and say, 'Hey, look. That's my time. It's my money. I couldn't get into those units because the property manager didn't come around until after lunch. So I waited hours every day.' Is that a legitimate charge that can be submitted to CLEAResult, that the time spent waiting around?

A    So, I -- I don't review and approve invoices. I don't believe so. Um, but I did want to put that caveat our there. The measure -- the pricing is set. So, if there is -- if we said, 'Hey, this is this many units and that's the hours on the contract,' a change order to that typically only results from a change in the work scope, not there was a problem with scheduling.

Q    Who sets that price?

A    Um --

Q    So in this example, who set the price four hours per unit at $75.25 per hour for $62,006?

A    I don't know who set that price.

Q    But who is responsible for setting that price? Is

COTE - 4/28/2022

Page 28

it -- the contractor says, 'Eh, I think it takes about four hours a unit, and if you guys are paying $75 an hour, that is how much it is going to cost per unit.'

A    Ah, sorry. I thought you meant the overall price.

Q    No, no, no.

A    The overall pricing is set. And once that's done, then we -- our field staff when they go out and perform an assessment and look at a property to assess what opportunities there are, they would scope the work or spec the work onto a work order.

Q    So in other words, this invoice could not be approved unless a CLEAResult field project manager said, 'I approve this spec. I approve this scope that it is four hours per unit.'

A    Right.

Q    So in other words, they can't -- they can't charge eight hours per unit if the spec or the field project manager at CLEAResult said, 'No, no, no. I went to the site. It takes four hours a unit.' That's what they are going to get paid.

A    Correct.

Q    Okay. What if it is later determined that, 'wow, this job I specced it at four hours, but, wow, it was super easy. They finished every unit in under an hour.' What happens then? Are they still entitled to that four hours per

Page 29

unit?

A     So, if a customer -- so, if a contractor calls in and they have a change order for the work, then we would review it and approve it. If -- typically the way the program pricing works, it is set and contractors understand that, you know, there are winners and losers sometimes. It is a fixed price. Some jobs are going to be different than others. And so, you know, I don't think many contractors call in and say, 'you know, I finished a little early on this,' and the same way that sometimes, you know, it is a little harder than you expected and, as I mentioned, 'Tough luck, you waited three days for them to get their scheduling in order.'

Q     So, when you say 'a fixed price,' are you saying that this price, this $62,000 price is set before Air Tight ever even walked into the Watertown Mews apartment building in Watertown?

A     Yeah. That should be set by the field project manager's review of the site. When they go out to visit that site and they look at the building and assess the opportunity, there is a -- essentially a guideline for how we spec work. So, they would look at, you know, the features of the property and the building, and then they would use the speccing guideline to develop a work spec for that site.

Q     Alright. So, in this example, so Air Tight

COTE - 4/28/2022

Page 30

Solutions, if it is for the purpose or argument a relatively new company with no track history, never existed before, formed on the books in December of 2014, begins working in 2015, what type of supervision would we expect or would you expect from CLEAResult over the install jobs by Air Tight?

A    So, I can tell you what that would look like if that project was happening today.

Q    Yup.

A    So, we have the field project managers are there on-site on day one of every job to oversee and make sure things are going off the way they should. Is the contractor there? Is the property manager satisfied? Are they -- you know, is the project moving forward?

Q    Can I stop you right there. Is the contractor there? Why is that a requirement?

A    Oh, just -- well, I -- work is not going to happen if nobody is there.

Q    Okay. Yup.

A    So, they -- they -- they start. We do basically an in-process inspection on day one of every job in the multi-family program as well as post-work review is to make sure that the work was done to program standards.

Q    I'm sorry. And before I interrupted you ungracefully there, can you tell us so for a newer contractor, what would you expect the amount of supervision

COTE - 4/28/2022

Page 31

done by the CLEAResult field project manager on a day-to-day basis of that job? You mentioned that, yes, you show up on day one. Is the contractor there? What's the site look like? You show up at the end of the job. Is the job done? What's happening between day one and day end?

Q        Um, they would be reviewing the work. So they would be on site to see what is happening. Like, I would expect that they -- there is a lot of things we look for in an in-process inspection. Um, some of them are, like, health- and safety-related. Like, if this is an older building. Like, they have the appropriate, like, lead-safe materials on site.

And then the work itself. If there they are in the attic space and they are performing work, that field staff may go up into the attic as well and just take a look at what they are doing and, you know, make sure, like, did they -- you know, did they hit the wet wall, the biggest set and penetrations in the attic that need to be air sealed. You know, are they going through it in a methodical way?

And if we see issues or problems, we will call that out to the crew chief to say, 'hey, how are you going to address that?,' or 'How are you managing it?'

So, they would -- they would look at both, you know, what they are doing to set the job up, how they are performing the work itself, and then they'd come back after

the fact to just make sure that things got done properly.

Q    Understood. Alright. So, I am going to show you Grand Jury Exhibit 10, and it for the record pages CLEAResult 666 and 667. So, here, I know it is before -- no, it says you were there.

CLEAResult. It is a Disciplinary Corrective Action form for Peter Marra dated August 28th of 2019. You were at CLEAResult in 2019?

A    I was.

Q    And what was your position in 2019?

A    So, I was a program director in 2019, and I have oversight of our single-family and small residential program. Not the multi-family program.

Q    Okay. Single-family, not multi-family. Okay. So, Peter Marra, do you know who he is?

A    I know Peter.

Q    Is he still at the company?

A    He is.

Q    And he was at the multi-family program?

A    Yes.

Q    Alright. So, here it says -- this 2019 report says, "On June 19th, Eversource brought to the attention of CLEAResult concerns regarding a multi-family air sealing project. The Avalon contractor on the job was Air Tight Solutions, Inc. Eversource flagged the job during their

COTE - 4/28/2022

Page 33

March 2019 invoicing review due to the large amount of air sealing hours on the invoice for that job." And you can see the job was $145,000.

"As a result, Eversource held up payment until they could inspect the property with their project management staff as well with a CLEAResult HES inspection team."

What is an HES inspection team?

A    That's my team. Home Energy Services is the smaller single-family program. One of my inspectors was -- went out to have a, I guess we'd call it another department set of eyes on this.

Q    Alright. So, "During the inspection, two items caused concern to Eversource and CLEAResult HES." Home Energy --

A    Services.

Q    -- Services "Inspection Team. The volume of the work performed, what was completed, overall workmanship. CLEAResult agreed that nine hours of in-unit air sealing was not warranted, and the grossed-up numbers of hours is inconsistent with program guidelines. It is our determination Peter should have used better business judgment in approving nine hours."

So, in other words, Peter Marra, he was the one that is responsible for approving this Air Tight invoice

that is billed to CLEAResult. The spec.

A    That's right.

Q    Okay. "In addition, a more thorough review of the quality of the work from a technical perspective should have been conducted and immediate feedback to the contractor should have been given. At the direction of Eversource, CLEAResult program staff went back and researched other projects that fell into four categories:  all measures on the March electric gas invoices, all Air Tight Solutions, Inc. projects, and all 2019 CAP Electric projects, an electric program who is a brother of Air Tight owner was on-site during installation."

Do you know what happened as a result of that review?

A    The review of Air Tight's work?

Q    Yeah. Air Tight projects and, I understand I did not raise that with you in our prior meeting, but do you know what was the result of that review if anything?

A    So, I know that Air Tight was -- was removed from the program right around this time, and my understanding was that poor work quality was the problem.

Q    Do you know who William Footer or Bill Footer is?

A    I do.

Q    And do is Bill Footer?

A    Bill Footer was a member of the management team

Page 35

who oversaw the multi-family program.

Q    So the multi-family program, that includes Peter Marra, correct?

A    That includes Peter, yup.

Q    And so Bill Footer was Peter Marra's boss?

A    He was.

Q    Alright. And I reference an earlier email, here is an email, this is Exhibit 3 Tab 44, it is an email forwarded from Bill Footer to Eric Darlington who is a field project manager at CLEAResult.
When Eric Darlington was a field project manager at CLEAResult, you were not at clear result, correct?

A    Well, I believe I was at CLEAResult, I just didn't have oversight of the multi-family team until spring 2020.

Q    Oh, understood. Okay. So, you do know that he was an employee in the multi-family?

A    I'm familiar with the name. I don't think I've ever met Eric.

Q    Okay. But you met Bill Footer?

A    Yes.

Q    Okay. Now, here is Bill Footer in an email dated September 17th of '15. It is to the multi-family 3 group. And it has got the old email, CSG is now known as CLEAResult. "I need to know what will be done for Eversource Gas by mid-December. I know some information was provided to

Valerie yesterday but it totaled 169K. List out your projects and assign a dollar value of what will be completed by mid-December. If we need to move work to other contractors, please do so. Please get these lists in ASAP."

Do you know who Valerie is?

A    Yes.

Q    Who is that?

A    Valerie Kennedy.

Q    Who is she?

A    Valerie worked in our -- works in our office. At that time, she was - she supported Bill and the program.

Q    Like, supported him, like, below him? Or over him?

A    Below. Val was sort of the office side of things.

Q    And Bill Footer was also -- because it was this multi-family, he would have been Eric Darlington's boss if he is in that unit?

A    He should have been, yes.

Q    Can you -- I mean, I know -- I doubt that you've ever seen this email, but from being at CLEAResult do you understand what are they talking about lingo-wise? Eversource Gas, mid-December, moving work to contractors and assigning dollar value? What did that mean?

A    So, I look at this and what I see is, you know, we are talking about December. It's the end of the year. Everyone wants to hit goals, you want to get as many

COTE - 4/28/2022

Page 37

projects done as you can so you can have a successful year. When I look at this email, this looks like Bill is reaching out to the team to say, 'Hey, what's in your pipeline? What's getting done?'

And when he asks about, "If we need to move work to other contractors, please do so," that would be, you know, if we have a project that is assigned to a contractor who says, 'Well, I'm booked out. I can't get to that job for a month,' and you've got another participating contractor who is, like, 'I can do it tomorrow,' you might say, 'Okay, we are going to reassign this to another contractor to get the work done before our deadline.'

Q    So, CLEAResult had that authority to say, 'You are done. We are going to put another contractor on there,' if you are unsatisfied with the pace or quality of the job?

A    Yeah. If it's a -- if it is one we did the assignment or chose the contractor, that is pretty typical. If a contractor brings a customer into the program, which is pretty common, we don't -- we don't take work. You know, that's their customer. We wouldn't take that away.

Q    Alright.

A    We shouldn't.

Q    But using the example where, you know, a lot of the contracts you say are brought in by the customers and the participating contractor to CLEAResult, correct?

Page 38

A    Yup.

Q    But at the end of the day, CLEAResult has to approve the spec for that job?

A    That's right.

Q    Okay.

A    Yes.

Q    And the person that approves that spec is the person like a Peter Marra or an Eric Darlington?

A    That's correct. The field project manager.

Q    Alright. I want to switch gears a little bit and talk about some of the -- are you aware of ethics trainings and code of conduct policies of CLEAResult?

A    I am.

Q    Can you just tell us briefly what they are and what kind of trainings they consist of?

A    Sure. So every year, CLEAResult requires all staff to go through an ethics training program. And it is geared towards our work, so, you know, it lays out our ethics policies and it also provides examples of those policies, sort of scenarios if you will. And then there is a quiz that you take as part of the training program to show that you have understanding of the content.

Q    Okay. Now showing you some records, this is all in, again, Tab -- part of Tab 10 but broken out into Tabs 12 and 13. Records of CLEAResult. Are you familiar with

CLEAResult's code of conduct with a regularly issue on a regular basis to employees?

A    I'm familiar with it. Yeah.

Q    And this applies to every employee at CLEAResult. Is that true?

A    I believe so, yes.

Q    And that would include field project managers such as Peter Marra --

A    Yes. Definitely.

Q    -- or it would be apply to people like a project manager like Eric Darlington?

A    Yes.

Q    And William Footer?

A    Yes.

Q    Okay. And one of the prohibitions here, it says, "Business entertainment and gifts may not be given or received by employees to gain improper advantage. Entertainment cannot be offered, provided or accepted by any employee and must be consistent with customary business practices. Employees must obtain approval from a senior level manager to offer participating entertainment of a more extravagant nature, for example attending a sporting event with a customer, vendor or supplier. Employees may not accept gifts or cash from a customer, trade ally or vendor or other external business associate."

So, is this your understanding of the basic rules of conduct and ethics that were in place for CLEAResult?

A   Yes.

Q   And when you were, again I know it is going back a while, when you are at CSG, Conservation Services Group, were you familiar wit the fact that CSG had similar policies with respect to its field project managers of not accepting gifts, money or other things from vendors or contractors?

A   Yes, I do.

Q   Is Peter Marra or Bill Footer or Eric Darlington allowed to accept any cash, any gift or any in-kind benefit from a participating contractor?

A   They would -- no. They are not.

Q   And that's because there is this code of conduct that prohibits it, correct?

A   That's correct.

Q   And you mentioned training. I'm going to show you Tab 12. Are you familiar with -- it is done on computer, correct?

A   That's right. It's a -- sort of a video web-based presentation that talks you through the content. It explains the policies, and then it gives you some scenarios to say, 'what would you do in this situation?' and then you have to pick the right answer.

Q   And it is not new. You've had this web-based

COTE - 4/28/2022

Page 41

conduct for a number of years now?

A     Yeah. Very -- yes.

Q     Okay. And here it says, in this example I guess this is what you would have seen on your screen, correct, Mr. Cote? It says, 'Oh, tough stuff. What should I do?' You have a person here with it looks like a gift bag. It says, 'CLEAResult has been so good to us. We wanted to show our appreciation. Here is a cash gift and a new iPad. I thought your kids would really like it.' And this is -- the person with the briefcase, is that the person playing the role of the CLEAResult employee?

A     Yes, it is.

Q     Alright. And then there is a thought bubble there. 'Tough stuff. What should I do?' Okay. So, based -- this is the training that CLEAResult employees such as Marra, Footer and Darlington get, correct?

A     That's correct.

Q     Alright. What is the answer to this question?

A     You can't accept it. You have to politely decline and let them know that we have a policy against that. You can't accept it.

Q     And why is that?

A     Well, it is a violation of our policies. But also, you know, it is a violation of customer and public trust. Like, we are there to be neutral and not to put our thumb on

Page 42

the scale to favor any one contractor over any other. You know, we are there to, sort of, you know, protect the customer in that sense. So, it is a big no-no.

Q    Alright. So, you are -- right. To use your words, you are there, "CLEAResult is there is to protect the customer." Correct?

A    Yeah.

Q    So, if this kind of conduct happens, whether it is Footer, Darlington or Marra, that would be a breach of their fiduciary duty to CLEAResult to protect the customer. Correct?

A    That's how I would see it.

Q    And they owe a duty of loyalty to CLEAResult to do an honest job not to be getting outside pay from any other outside influence which would include participating contractors, correct?

A    Correct.

Q    Quick question. So, a field project manager. Let's say there is a case where the contractor does not bring the work to CLEAResult. How does the CLEAResult project manager select the contractor?

A    So, I can tell you how that works today.

Q    Okay.

A    So, that -- that field project manager would work with our management team, their manager, either supervisor

COTE - 4/28/2022

Page 43

or field manager. And we have a process we go through to look at the trade allies that we -- if we need to pick a trade ally, then he would look at geography, skillset to narrow it down. And there is -- what we will do is we'd then put that out to bid to that group of trade allies and then the lower bidder would get the work.

Sometimes, and this doesn't happen as open, we have to just select at trade ally. Sometimes it might be because of the nature of the work. I'll give you an example, we might have a building in the city that has extremely narrow amount of space between itself and the next building. You can't put a ladder up there at any angle. You need staging, you know, like scaffolding to climb up. Not everybody has that kind of stuff.

So, sometimes there is just only a few contractors who can do it, and so we will just find out, 'Are you available? When can you get trucks on the site?' And if they have the availability and the skillset, then we will assign it.

So, those are sort of the three ways. You have a customer selection, we put it out to bid to the folks in the area, or sometimes we just make the selection because it is so limited that that is what has to happen.

Q     Okay. Under -- understood. So, let me just close the circle. So here we understand that CLEAResult forbids

Page 44

any of its employees from accepting gifts or cash from participating contractors. Correct?

A    Correct.

Q    Alright. And to close the circle, but the same token, is it fair to say that CLEAResult does not permit contractors participating in the program to give money and gives to its employees?

A    Yeah. You can't do that.

Q    Okay. Alright. And that -- so, it is prohibited. Correct?

A    Yes. Prohibited.

MR. CHAO:  Alright. Any questions from members of the grand jury for Mr. Cote? Yes, I see a hand.

GRAND JUROR:  So, initially you said that once you go in and set a price for what it should be, so how is someone then invoicing more if the price was already set for what it should cost?

THE WITNESS:  So, they would set -- so, the pricing is set and somewhere in the participation agreement, it has a whole list of all the parts and what the price is for that part. Um, and then the work needs to be specced. So, the next thing would be for that field person would go in and look at the building and say, 'Okay. What are the feature? I have 200 units.' Or maybe you have 1,000 square feet of open attic space that needs blown-in insultation.

COTE - 4/28/2022

Page 45

So, those -- those sort of specs or measurements are what they dictate that price. So, 1,000 square feet times the blown-in attic insulation, you know, a set price of XYZ, and there is your job.

So, it should not change, you know, unless there is a change order. Like, 50 units didn't want to participate. Okay. So, that is a reduction.

GRAND JUROR:  Okay. So, Air Tight sent in a change for every single job they did? Because they were going over what you guys had set it should be?

GRAND JUROR:  It could be they were billing for nine hours. At what point did it go from four to nine?

MR. CHAO:  I'll just put that back on the screen.

GRAND JUROR:  Nine is set by CLEAResult.

GRAND JUROR:  Yeah.

GRAND JUROR:  And when they spec the job, CLEAResult --

MR. CHAO:  Can we save that for when I'm out of the -- you guys are going to start positively deliberating, we should not be in here.

But here, I think maybe this will help illustrate it.

This -- in this scenario, it looks like there was a March 2019 invoicing review by Eversource. And in this air sealing project done by Air Tight Solutions, the Home Energy

Apex Reporting
(617) 269-2900

Service inspection team went out with someone from Eversource, and they did an audit, and they agreed that nine hours was not warranted. In other words -- it also says here, as a result, Eversource held up payment to CLEAResult.

So, I guess using this as an example, can you rephrase maybe your question? Does it pertain to this exhibit?

GRAND JUROR:  Yeah. So, I'm just -- if -- if the person -- so, Air Tight Solution was -- said they could do nine units or whatever, how is that then getting them written up if CLEAResult agreed to that price? That sounds like it is CLEAResult's issue rather than Air Tight Solution overcharging.

THE WITNESS:  In this particular instance, obviously this is a disciplinary form focused on CLEAResult's staff. So, this is indicating that they made an error in judgement when they approved that number of hours for that kind of work. So, going back, you know the other inspector said, 'This is not a nine-hour job. Why did you spec a nine-hour job? That was too much.'

GRAND JUROR:  Okay. So, then on the next page that said, like, four groups had been overcharging or something like that, that is still CLEAResult's issue, not the company's -- not Air Tight Solutions?

MR. CHAO:  I'm not -- well, let me just pause you

Page 47

there. You will have this exhibit. This exhibit just says other projects fell into four categories. It basically went back and researched other projects that fell into four categories. So, again, I don't -- just limit yourself to what the evidence is here in this book. There is an additional  witness, and we will have additional witnesses. But I just want to keep it to the scope of this witness's knowledge. Okay? Alright. Yes?

GRAND JUROR:  When you are talking about the competitive bid process that you go through, you mentioned something like the volume of calls and things like that. Are those -- are those criterias that are set by the person putting the -- Eversource or whoever it putting the contract to bid and the various entities say what they would charge for that amount of work?

THE WITNESS:  That's right. The PA's, program administrators for the utilities, they attempt to, you know, give the bidders forecasts of what to expect. So, they will say, 'these are typical volumes of customers that you would need to do intake and screening and visits you would need to perform and inspections you would need to perform.' So we have some sense of that list looks like from a work perspective, and then we would price it out based on that. So, we go in using those essentially as the forecast. And they set that.

Page 48

GRAND JUROR:  So the bid -- the bid that you provide is based on those services? I mean, does it include the work itself? Like you are going to guarantee, or not guarantee, but you are going to say $100,000,000 worth of work or $150,000,000 worth of work?

THE WITNESS:  Yeah. So, the -- the work that contractors perform --

GRAND JUROR:  Yeah.

THE WITNESS:  -- is dealt with separate from -- when we bid on for work, say, respond to an Eversource or National Grid RFP, we are responding on what it is going to take to answer the phone and do the audits and do the oversight and administration of the program. Now, we might -- they might say, 'you should expect that there will be, say, you know, 1,000 weatherization projects.' The cost of those weatherization projects and all that pricing, that typically is handled separately.

GRAND JUROR:  Okay.

THE WITNESS:  And so, that's something where we'll -- you know, those prices are usually established through -- also through -- we are actually doing it right now. We're doing a Request for Quotes from the contractor group to say, 'What will you charge on the price list?,' and then that gives us a sense of what -- you know, they compete against each other to help set the overall pricing.

COTE - 4/28/2022

Page 49

MR. CHAO: Alright. I saw one last question. Do you still have that question?

GRAND JUROR: My question was just about an the exhibit because you mentined gifts and stuff, I think it was part of their ethics training, but I needed to know what exhibit number it was. Thank you.

MR. CHAO: The cartoon, that is Tab 11, and the -- Tab 11 -- Grand Jury Exhibit 11. And the code of conduct excerpt is Grand Jury Exhibit 12.

Alright. So, if there is no further questions for Mr. Cote, I will excuse him and I would like to give you just a short break because I have a last witness. So, if there are no further questions and I see no further hands -- and I see no hands. You are excused.

(Whereupon the witness was excused at 2:06 p.m.)

Page 50

CERTIFICATE OF REPORTER

This is to certify that the attached proceeding

before:    A FEDERAL GRAND JURY

in the Matter of:

UNITED STATES OF AMERICA

VS.

JOHN DOE

Place:  Boston, Massachusetts

Date:   April 28, 2022

were held as herein appears, and that this is the original

transcript thereof.

Jeffrey Mocanu

OFFICIAL REPORTER

**A**

able 15:5
accept 39:24
  40:11 41:19,21
accepted 39:18
accepting 40:7
  44:1
achieved 11:21
acquired 8:3,9
  8:12,13,14,15
  8:16
Act 9:21,24
Action 32:6
actual 24:13
  26:15
addition 34:3
additional 47:6
  47:6
address 31:22
administer 10:6
administered
  10:6
administration
  48:13
administrators
  12:22 24:19
  47:17
advance 19:16
  25:4
advantage 39:17
advise 12:3
afternoon 3:6
agreed 33:19
  46:2,11
agreement
  11:13 17:13,15
  17:16 18:8,11
  18:16,17,21,25
  19:19 21:5,12
  22:7,19 23:11
  23:17,22 44:19
agrees 25:8
Ah 20:15 28:4
air 12:5 15:23
  17:2 19:15

21:3,13,15,17
21:21 22:2,5
22:15 23:12,14
23:16 24:6,7
24:10 25:4,24
26:1,15,23,24
29:15,25 30:5
31:18 32:23,24
33:1,19,25
34:9,11,15,16
34:19 45:8,24
45:25 46:9,12
46:24
allies 43:2,5
allies.' 16:11
allow 23:24
allowed 20:23
  20:25 40:11
allows 10:3
ally 17:16 39:24
  43:3,8
Alright 5:14
  10:17 12:14
  13:10 16:22
  17:11 19:11
  23:10 29:25
  32:2,21 33:13
  35:7 37:21
  38:10 41:13,18
  42:4 44:4,9,12
  47:8 49:1,10
America 1:6
  9:10 50:6
Amherst 6:4
amount 15:6
  17:21 30:25
  33:1 43:11
  47:15
amounts 26:10
angle 43:12
answer 4:22,22
  12:11,25 40:24
  41:18 48:12
answers 4:9
anybody 18:25
apartment

29:16
**APPEARANCE**
  1:21
appearing 3:11
  3:24
appears 50:15
applications
  13:7
applies 39:4
apply 39:10
appreciation
  41:8
appropriate
  31:11
approval 39:20
approve 16:23
  17:12 27:13
  28:13,13 29:4
  38:3
approved 14:9
  18:7 20:24
  24:8 28:12
  46:17
approves 38:7
approving 33:23
  33:25
April 1:15 50:13
area 43:22
areas 13:3
argument 30:1
ASAP 36:4
asks 37:5
assess 28:8
  29:20
assessment 7:14
  12:1 15:17
  28:8
assessments
  15:5
assessors 15:7
assign 16:20
  18:16 23:11
  25:20 36:2
  43:18
assigned 21:9
  37:7

assigning 36:22
assignment
  19:13 37:17
assistant 1:21
  3:10
associate 39:25
attached 13:18
  21:5,6 50:2
attempt 47:17
attending 39:22
attention 32:22
attic 31:14,15,18
  44:25 45:3
attorney 1:3 5:1
  5:2,6 20:6
attorney's 5:8
attorneys 1:21
  3:10
audit 12:3 14:19
  46:2
audits 6:23 13:4
  48:12
August 32:7
Austin 9:9
authority 7:5
  37:13
availability
  43:18
available 7:17
  12:4 43:17
Avalon 32:24
aware 21:20,22
  24:5 38:11

**B**

back 7:21,24
  8:17 23:10
  31:25 34:7
  40:4 45:13
  46:18 47:3
background
  20:16,18,21
  22:8 23:7
bag 41:6
based 9:8,9 15:7
  21:25 41:14

47:23 48:2
basic 17:24 40:1
basically 15:3
  24:17 30:19
  47:2
basing 15:1
basis 31:2 39:2
beginning 6:15
begins 30:3
behalf 19:21
believe 27:14
  35:13 39:6
Belmont 17:2
benefit 40:11
Berkshire 10:23
better 33:22
bid 12:18,21
  43:5,21 47:10
  47:14 48:1,1
  48:10
bidder 43:6
bidders 47:18
big 12:9 23:3
  24:2 42:3
biggest 11:23
  12:9 31:17
bill 10:12 26:15
  26:20 34:22,24
  34:25 35:5,9
  35:19,21 36:11
  36:14 37:2
  40:10
billed 34:1
billing 45:11
bit 9:13 14:15
  19:3 38:10
blown-in 44:25
  45:3
Bonneville 7:5
book 24:25 47:5
booked 37:8
books 30:3
boss 35:5 36:15
Boston 1:13
  50:12
bottom 18:15

bought 8:23
bound 3:20
BPA 7:5,5,10
brand 10:20
  11:2,10
branding 10:14
breach 42:9
break 5:12
  49:12
briefcase 41:10
briefly 38:14
bring 42:19
brings 37:18
broken 38:24
brother 34:11
brought 32:22
  37:24
bubble 41:13
budget 13:13
  14:21
budget.' 15:11
building 15:18
  24:24 27:5
  29:16,20,23
  31:11 43:10,11
  44:23
business 7:12
  17:24 33:22
  39:16,19,25

**C**

C 3:1
C-o-t-e 3:8
call 11:2 12:24
  14:17 24:21
  29:9 31:20
  33:11
called 6:7,18,19
calling 12:25
calls 15:4 23:15
  29:2 47:11
Canada 9:10
CAP 34:10
Cape 10:23,24
carry 17:20
cartoon 49:7

case 1:7 6:12
  19:15 42:19
cash 39:24 40:11
  41:8 44:1
categories 34:8
  47:2,4
caused 33:14
caveat 27:14
center 12:24
certain 4:2
  17:21 18:23
  22:24
CERTIFICA...
  50:1
certify 50:2
cetera 14:11
chains 7:13
change 8:2
  27:17,18 29:3
  45:5,6,8
Chao 1:21 2:4
  3:5,9 44:12
  45:13,18 46:25
  49:1,7
charge 10:3 27:7
  27:11 28:16
  47:14 48:23
charged 26:10
check 20:16,18
  20:21 22:9
checklist 20:9
checks 23:7
chief 31:21
choice 16:21,22
choose 16:18,20
  25:20
chose 37:17
Christine 21:6
  23:14
circle 43:25 44:4
city 43:10
clause 18:20
  23:10
clear 25:12
  35:12
CLEAResult

5:24 8:4,4,10
  8:13,14,16,23
  9:7,9,14 11:13
  12:10,14 13:13
  14:3,9 15:13
  16:3,16 17:11
  17:16 18:18
  19:17 20:8
  21:7 22:1 24:4
  24:9,14 25:13
  26:7,14,18,24
  27:7,11 28:12
  28:18 30:5
  31:1 32:4,6,8
  32:23 33:6,14
  33:19 34:1,7
  35:10,12,13,24
  36:19 37:13,25
  38:2,12,16,25
  39:4 40:2 41:7
  41:11,15 42:5
  42:10,13,20,20
  43:25 44:5
  45:14,17 46:4
  46:11
CLEAResult's
  21:10 39:1
  46:12,16,23
CLEAResult,'
  8:5
client 6:13
clients 9:16
  11:18
climb 43:13
close 43:24 44:4
code 38:12 39:1
  40:14 49:8
collected 13:22
college 6:1
come 7:20 12:2
  13:7 27:9
  31:25
commercial
  6:23,23 11:5
  14:10
common 37:19

Communities
  9:21,24
Compact 10:23
companies 9:12
  10:3,7,21
  12:20,22 14:3
company 6:7,11
  6:17,18,19 8:3
  12:2 13:12
  22:10,19 23:25
  30:2 32:17
company's 22:8
  46:24
compete 48:24
competitive
  47:10
competitors
  12:21
complete 20:20
completed 33:18
  36:2
complicated
  15:22
computer 40:18
concept 10:15
concern 33:14
concerns 32:23
conduct 38:12
  39:1 40:2,14
  41:1 42:8 49:8
conducted 34:5
confidential
  3:22
Connecticut
  9:18
connection
  19:21
consent 18:18
  19:17 23:21
conservation
  6:8,10,20 7:8
  40:5
consist 38:15
consistent 39:19
Constitutional
  4:21

construction
  15:23 18:1
consult 5:3,10
consumer 17:1
  17:22
content 38:22
  40:21
continued 6:25
  7:20
continuing
  24:10
contract 15:6
  19:12,13,16
  20:13,14 21:25
  24:15 25:5,8
  25:13,22 26:14
  26:23 47:13
contract,' 27:17
contractor 12:8
  15:24 16:5,9
  16:19,23,24
  17:3,5,6,12,24
  18:8,16,23
  19:4,5,14,18
  20:24,25 21:4
  22:23 23:11
  25:9,18,19
  26:17,19 27:5
  28:1 29:2
  30:11,14,25
  31:3 32:24
  34:5 37:7,9,11
  37:14,17,18,25
  40:12 42:1,19
  42:21 48:22
contractor's
  18:1
contractors 15:7
  20:18 23:5,8
  23:21 24:9
  29:5,8 36:4,21
  37:6 40:8
  42:16 43:15
  44:2,6 48:7
contractors.'
  16:11

COTE – 4/28/2022

Page 53

contracts 11:22
  24:14 37:24
contractual
  11:13
conversation
  10:4
cooling 11:7
coordinate
  24:22
coordinated
  11:24,25 24:22
correct 3:25
  8:21,22 13:20
  13:23 14:2
  16:4,9 17:4
  20:1,3,6,14,19
  21:18,19 22:16
  25:16,17 27:2
  28:21 35:3,12
  37:25 38:9
  40:15,16,19
  41:4,16,17
  42:6,11,16,17
  44:2,3,10
Corrective 32:6
cost 12:7 25:24
  28:3 44:17
  48:15
cost,' 25:7
costs 7:18
Cote 1:22 2:3
  3:3,6,8,9 5:17
  22:12 41:5
  44:13 49:11
country 6:12
  23:2
course 14:23
court 3:16 4:10
  4:11,12
Courthouse
  1:12,13
cousin 17:2
cover 7:17 20:8
crew 31:21
criminal 3:13
criterias 47:12

CSG 6:7,10,11
  6:15,16 8:12
  8:13,15,16,17
  8:20,23 35:23
  40:5,6
current 9:13
currently 5:6,19
  5:22
customary
  39:19
customer 15:21
  16:3,18,22
  20:20 24:15,21
  24:24 25:7,13
  25:24 26:13,23
  29:2 37:18,20
  39:23,24 41:24
  42:3,6,10
  43:21
customer's 26:2
customers 9:18
  11:5,5,6 12:25
  14:17,18,24
  23:6 24:14
  37:24 47:19
customers' 13:4

_____
        D
_____
D 2:1 3:1
Darlington 35:9
  35:11 38:8
  39:11 40:10
  41:16 42:9
Darlington's
  36:15
Date 50:13
dated 32:7 35:21
day 30:10,20
  31:3,5,5 38:2
day-to-day 31:1
day.' 27:10
days 29:12
deadline.' 37:12
dealt 48:9
December 30:3
  36:24

decline 41:19
Definitely 39:9
defraud 19:20
deliberating
  45:19
deliver 11:24
  15:24
deliverables
  12:18
delivering 9:17
  10:25
delivery 11:25
  11:25
delivery.' 24:22
demonstrative
  24:12
department 1:2
  33:11
describe 10:20
  11:10
described 18:24
DESCRIPTI...
  2:5
detail 7:16
determination
  33:22
determined
  28:22
develop 29:24
dictate 45:2
different 6:17
  9:16 11:22
  29:7
direction 34:6
director 5:23
  9:15 32:11
disciplinary
  32:6 46:15
disclosed 3:16
District 1:4 3:11
do.' 14:21
do?' 41:5,14
document 21:24
DOE 1:9 50:8
doing 6:23 15:14
  16:15 31:16,24

  48:21,22
dollar 13:18
  36:2,22
dollars 7:7 15:6
  26:21
done?' 37:4
Dos 21:8,16,20
  22:13 23:13
  24:6
doubt 36:18
due 33:1
Dustin 1:21 3:9
duty 42:10,13

_____
        E
_____
E 2:1 3:1,1
earlier 20:2 35:7
early 29:9
easy 24:20,23
  28:24
effect 18:20
efficiency 6:12
  6:25 7:15 9:11
  9:17 10:2,4,25
  12:4 13:14,19
  14:1,4,13
  15:17 21:18
  26:1
efficient 12:6
Eh 28:1
eight 28:17
either 25:19
  42:25
electric 10:12
  34:9,10,11
electrical 18:2
electrician's
  18:3
eligible 23:2
Elysa 1:21 3:10
email 35:7,8,8
  35:21,23 36:19
  37:2
employee 20:19
  22:19 35:16
  39:4,19 41:11

employees 20:23
  20:25 21:8,13
  21:15,21 22:2
  22:4,9,14 24:6
  39:2,17,20,23
  41:15 44:1,7
employer 22:25
employment 6:5
Enclosed 20:12
energy 6:11,13
  6:19,23,25 7:8
  7:15 9:11,17
  10:1,4,25 12:1
  12:3,3 13:4,14
  13:19 14:1,4
  14:13,19 15:6
  15:16 26:1
  33:9,15 45:25
engage 7:11
engagement
  11:20
England 9:18
enter 18:8
entering 19:19
enters 24:14
entertainment
  39:16,18,21
entities 10:24
  47:14
entitled 28:25
entity 19:1
equipment 11:7
Eric 35:9,11,18
  36:15 38:8
  39:11 40:10
error 46:17
essentially 14:13
  29:21 47:24
established
  48:20
establishes 10:1
et 14:11
ethics 38:11,17
  38:18 40:2
  49:5
event 39:22

eventually 8:11
Eversource
  10:13,22 11:14
  11:17,21 12:11
  12:18 13:11,23
  14:4,9 32:22
  32:25 33:4,14
  34:6 35:24
  36:21 45:24
  46:2,4 47:13
  48:10
everybody
  43:14
evidence 47:5
Examination
  2:4 3:4
example 14:8
  15:20 17:13
  24:4 26:8,16
  26:22 27:22
  29:25 37:23
  39:22 41:3
  43:9 46:5
examples 17:19
  18:4 38:19
excerpt 49:9
excuse 49:11
excused 49:14
  49:15
exhibit 17:13
  18:9,15 21:2
  32:3 35:8 46:7
  47:1,1 49:4,6,8
  49:9
exhibits 2:5
  24:13,13
existed 30:2
exists 15:18
expect 14:16,18
  30:4,5,25 31:8
  47:18 48:14
expected 29:11
explain 10:18
  18:19 24:18
  25:25
explained 5:15

explains 40:21
express 18:18
  19:17 23:20
external 39:25
extravagant
  39:22
extremely 43:10
eyes 33:12

F
facility 26:5
fact 21:21 22:14
  24:6 25:14
  32:1 40:6
fair 21:25 44:5
faith 19:19
fall 11:2
falls 11:9
false 4:15,17
familiar 9:20,22
  10:14,16 20:10
  20:11 24:15,16
  35:17 38:25
  39:3 40:6,18
family 7:24
  20:13 30:21
far 7:2 12:17
  24:9 25:15
favor 42:1
feature 44:24
features 29:22
federal 1:12
  3:12,13 50:3
fee 10:4
feedback 34:5
feel 22:10
feet 44:25 45:2
fell 34:8 47:2,3
Fernandes 21:7
  21:16,20 22:13
  23:13 24:5
fiduciary 42:10
field 6:22 13:2
  28:7,12,17
  29:18 30:9
  31:1,14 35:9

35:11 38:9
39:7 40:7
42:18,24 43:1
44:22
figure 13:18
find 19:8 43:16
finished 28:24
  29:9
firm 19:22
first 6:5,9 20:3
fixed 29:7,14
flagged 32:25
flip 22:12
flow 23:4
flows 23:8
focused 6:23
  46:15
folks 10:6 43:21
Footer 34:22,22
  34:24,25 35:5
  35:9,19,21
  36:14 39:13
  40:10 41:15
  42:9
forbids 43:25
forecast 15:2
  47:24
forecasted 14:20
forecasting 15:4
forecasts 47:18
foreperson 4:5
  5:11
form 32:7 46:15
formed 30:3
forth 15:14
forward 30:13
forwarded 35:8
four 26:8,9,9
  27:22 28:1,13
  28:19,23,25
  34:8 45:12
  46:22 47:2,3
full 3:7
funded 10:2
funding 10:9
funds 10:5,7

13:19 14:1,4
  14:13
further 18:16
  23:12 49:10,13
  49:13

G
G 3:1
gain 39:17
gas 10:11 34:9
  35:25 36:21
geared 38:17
gears 38:10
general 23:4
generally 4:20
  9:22
geography 43:3
getting 11:8
  37:4 42:14
  46:10
gift 40:11 41:6,8
gifts 39:16,24
  40:8 44:1 49:4
give 4:10 13:13
  15:21 17:19
  19:4,7,9 43:9
  44:6 47:18
  49:11
given 14:7,8
  15:11 34:6
  39:16
gives 40:22 44:7
  48:24
giving 19:5
go 4:3 7:11 11:4
  13:2 18:14
  19:8 26:18
  28:7 29:19
  31:15 38:17
  43:1 44:15,22
  45:12 47:10,24
goals 13:14
  36:25
goes 3:15 17:22
going 4:3 14:24
  20:19 23:10

24:12 28:3,19
  29:7 30:11,16
  31:19,21 32:2
  37:11,14 40:4
  40:17 45:9,19
  46:18 48:3,4
  48:11
good 3:6 19:19
  41:7
graduate 6:1
graduated 6:2
grand 1:12 3:12
  3:15,17,24 4:2
  4:6,9 5:2 10:19
  18:9 21:2
  24:18 32:3
  44:13,14 45:8
  45:11,14,15,16
  46:8,21 47:9
  48:1,8,18 49:3
  49:8,9 50:3
Great 24:24
Green 9:21,23
Grid 10:13,22
  11:17 13:23
  21:9 25:15
  26:22,25 48:11
grocery 6:24 7:1
  7:12,23
grossed-up
  33:20
group 6:8,10
  35:22 40:5
  43:5 48:22
groups 46:22
guarantee 48:3
  48:4
guess 14:7 15:9
  22:12 33:11
  41:3 46:5
guideline 29:21
  29:24
guidelines 33:21
guys 12:16 28:2
  45:10,19

COTE - 4/28/2022

Page 55

**H**

Hampshire 9:19
hand 15:21
  44:13
handled 48:17
hands 49:13,14
happen 30:16
  43:7,23
happened 8:1
  34:13
happening 30:7
  31:5,7
happens 3:21
  28:25 42:8
harder 29:11
health- 31:10
heating 11:7
held 33:4 46:4
  50:15
help 7:14,17
  14:12 25:11
  45:21 48:25
helps 14:4
hereto 21:5
hereunder
  19:14
HES 33:6,8,14
hey 14:9 15:10
  27:7,16 31:21
  37:3
highlights 21:7
hire 23:12
history 30:2
hit 24:25 31:17
  36:25
hmm 8:25 13:21
  25:21
home 12:1,4,5
  16:16 17:25
  33:9,14 45:25
homes 13:4
  15:14
honest 42:14
hour 26:10
  27:23 28:2

hour.' 28:24
hours 26:9,9
  27:4,4,4,10,17
  27:22 28:2,14
  28:17,19,23,25
  33:2,19,20,23
  45:12 46:3,17
house 11:7 17:2

**I**

I-9 22:25 23:1
idea 24:1
illustrate 45:21
immediate 34:5
improper 39:17
improvement
  18:1
in-kind 40:11
in-process 30:20
  31:9
in-unit 33:19
incentives 7:17
incentivized
  26:3
include 11:14
  39:7 42:15
  48:2
included 19:16
  27:4
includes 35:2,4
including 9:10
inconsistent
  33:21
Incorporated
  6:20
incriminate
  4:23
indicating 46:16
individuals
  22:13
industrial 11:6
influence 42:15
inform 7:18
information
  13:1 35:25
initially 6:22

44:14
inspect 33:5
inspection 30:20
  31:9 33:6,8,13
  33:17 46:1
inspections
  47:21
inspector 46:19
inspectors 33:10
install 21:17
  25:16 30:5
installation 12:8
  34:12
installation-ty...
  16:2
installs 15:15
instance 46:14
insulate 24:24
insulating 11:7
  12:6
insulation 15:23
  45:3
insultation
  44:25
insurance 17:20
  17:21
intake 47:20
intent 19:19
interested 14:25
interrupt 15:3
interrupted
  30:23
investigating
  3:12
investor-owned
  10:12
invoice 26:6,10
  26:12,17,19
  28:11 33:2,25
invoices 27:13
  34:9
invoicing 26:18
  33:1 44:16
  45:24
involve 24:13
involves 16:1

iPad 41:8
Island 9:19
issue 39:1 46:12
  46:23
issues 31:20
it.' 17:3 41:9
it?' 31:22
items 33:13

**J**

Jeffrey 50:19
job 6:7,17 15:16
  19:4,9 20:25
  28:23 30:10,20
  31:2,4,4,24
  32:24,25 33:2
  33:3 37:8,15
  38:3 42:14
  45:4,9,16
  46:19,20
jobs 21:9 22:5
  22:15 29:7
  30:5
JOHN 1:9 50:8
Jordan 21:8,16
  21:20 22:13
  23:13 24:5
Jordon 23:15
journeymen's
  18:3
judgement
  46:17
judgment 33:23
June 32:22
JUROR 44:14
  45:8,11,14,15
  45:16 46:8,21
  47:9 48:1,8,18
  49:3
jurors 3:17
jury 1:12 3:12
  3:15,25 4:2,6,9
  5:2 10:19 18:9
  21:2 24:18
  32:3 44:13
  49:8,9 50:3

justice 1:2 4:18

**K**

K-e-v-i-n 3:8
keep 3:21 11:1
  47:7
Kennedy 36:8
kept 23:6
Kevin 1:22 2:3
  3:3,8
kids 41:9
kind 7:14 12:3
  15:17 20:9
  38:15 42:8
  43:14 46:18
kinds 13:8
know 5:11 9:17
  11:23 12:1,24
  13:5,5,6,19
  14:16,17,20
  15:16,19 17:19
  17:23 18:23
  22:22,24 23:2
  23:20 24:1
  25:5 27:24
  29:6,8,9,10,22
  30:13 31:16,17
  31:19,24 32:4
  32:15,16 34:13
  34:18,19,22
  35:15,24,25
  36:5,18,23
  37:7,19,23
  38:18 40:4
  41:20,24 42:2
  42:2 43:13
  45:3,5 46:18
  47:17 48:15,20
  48:24 49:5
knowingly 4:15
knowledge 47:8
known 6:13 9:20
  10:15 35:23
knows 14:23

**L**

ladder 43:12
large 7:13 33:1
Larry 21:7,16
  21:20 23:12,15
  24:5
law 3:13,18 4:11
lay 12:22
layout 13:15
lays 38:18
lead 12:12,14
  13:12 16:23
lead-safe 31:11
legislation 9:25
legitimate 27:11
let's 11:21 13:14
  27:3 42:18
level 39:21
Levitt 5:9,10
  20:6
Liberty 10:23
license 18:1,2,3
licensure 17:24
Light 10:23
lightbulbs 11:8
  15:20
limit 47:4
limited 43:23
lingo-wise 36:20
list 20:23 22:6
  36:1 44:20
  47:22 48:23
listed 21:11
lists 36:4
little 9:13 14:15
  19:3 29:9,11
  38:10
live 5:20
LLC 21:4
location 8:6
locked 27:6
long 6:14
look 14:9,19
  15:17 20:10,11
  27:7 28:8
  29:20,22 30:6
  31:3,8,15,23

36:23 37:2
43:2,3 44:23
looking 25:25
looks 37:2 41:6
  45:23 47:22
losers 29:6
lot 11:8 31:8
  37:23
lots 7:6
lower 43:6
loyalty 42:13
luck 29:12
lunch 27:10

**M**

making 15:3
management
  33:6 34:25
  42:25
manager 27:5,9
  28:12,18 30:12
  31:1 35:10,11
  38:9 39:11,21
  42:18,20,24,25
  43:1
manager's
  29:19
managers 30:9
  39:7 40:7
managing 31:22
mandated 13:25
March 33:1 34:9
  45:24
Marra 32:7,15
  33:24 35:3
  38:8 39:8
  40:10 41:15
  42:9
Marra's 35:5
Mass 6:4
Massachusetts
  1:4,13 3:11
  5:21 7:21,23
  7:24,25 8:21
  9:18,21,25
  10:3,22 11:2

13:20 17:25
50:12
MassSave 10:15
  10:18,20 11:3
  11:12 16:8,8
  17:4,14 21:4
MassSave.' 11:3
material 4:16
materials 19:20
  31:12
matter 4:16 50:4
mean 36:18,22
  48:2
meaning 18:19
meant 28:4
measure 26:1,3
  27:15
measurements
  45:1
measures 25:25
  34:8
meet 17:7 18:5
  19:1 24:1
meeting 20:5
  23:23 34:17
meets 18:6
member 34:25
members 18:2
  22:8 44:12
mentined 49:4
mentioned
  17:17 20:2,5,8
  29:11 31:2
  40:17 47:10
met 18:24 20:2
  35:18,19
methodical
  31:19
Mews 25:23
  26:7,13,16
  29:16
mid-December
  35:25 36:3,21
Miscellaneous
  18:14
Mocanu 50:19

mom-and-pops
  7:13
moment 5:11
money 10:5
  14:12 15:6
  17:4 27:8 40:8
  44:6
month 14:17
month,' 37:9
move 36:3 37:5
moved 7:24
moving 30:13
  36:21
much.' 46:20
multi- 20:12
  30:20
multi-family
  20:9 32:13,14
  32:19,23 35:1
  35:2,14,16,22
  36:15
multiply 26:7

**N**

N 2:1 3:1
name 3:7,8,9 5:8
  35:17
names 22:6
narrow 43:4,11
national 7:13
  10:13,22 11:17
  13:23 21:9
  25:15 26:22,25
  48:11
nature 39:22
  43:9
need 5:10 12:23
  12:24 13:2
  19:4,7 25:3,11
  31:18 35:24
  36:3 37:5 43:2
  43:12 47:20,20
  47:21
needed 49:5
needs 18:22
  44:21,25

network 15:7,24
  16:5,20 19:7,9
neutral 41:25
never 30:2
new 7:22 9:18
  9:19 11:8 30:2
  40:25 41:8
newer 30:24
nine 33:19,23
  45:12,12,14
  46:2,10
nine-hour 46:19
  46:20
no-no 42:3
nonprofit 6:11
North 9:10
northwest 7:6
NStar 21:9
nuance 15:9
number 9:16
  11:22 13:16,17
  24:5,7 26:4
  41:1 46:17
  49:6
numbers 33:20

**O**

O 3:1
oath 4:6
obligation 4:11
  19:22
obligations
  18:17
obstruction 4:17
obtain 39:20
obviously 46:15
occupied 8:24
offer 39:21
offered 39:18
offerings 11:6
office 1:3 8:8,10
  8:11,12 13:5
  36:10,13
offices 8:20,24
OFFICIAL
  50:20

COTE - 4/28/2022

Page 57

**Oh** 30:16 35:15 41:5
**Okay** 4:20 5:10 5:17 8:16 10:8 10:14 14:7 15:13 17:9 18:6 20:2,5 22:12 24:4 25:12,22 26:4 26:11 27:3 28:22 30:18 32:14,14 34:3 35:15,19,21 37:10 38:5,23 39:15 41:3,14 42:23 43:24 44:9,23 45:7,8 46:21 47:8 48:18
**old** 5:17 35:23
**older** 31:10
**on-** 34:11
**on-site** 30:10
**once** 8:12 28:6 44:14
**ones** 16:15 18:13
**open** 43:7 44:25
**operate** 11:11
**opportunities** 12:4,5 28:9
**opportunity** 15:18 29:21
**opposed** 14:20
**order** 22:23 27:17 28:10 29:3 45:6
**order.'** 29:13
**ordered** 3:17
**Oregon** 6:8,13 6:14
**organizational** 8:1
**orient** 21:3
**original** 50:15
**outside** 5:3 19:1 42:14,15

**overall** 28:4,6 33:18 48:25
**overcharging** 46:13,22
**oversaw** 35:1
**oversee** 9:15 30:10
**oversight** 21:23 32:12 35:14 48:13
**owe** 42:13
**owner** 21:6 34:11
**owners** 7:12

---
**P**

**P** 3:1
**p.m** 3:1 49:15
**PA's** 47:16
**pace** 37:15
**page** 2:2,5 18:15 20:8 46:21
**pages** 32:3
**paid** 7:3 17:4 28:20
**paperwork** 13:6
**part** 18:24 21:5 21:11 38:21,24 44:21 49:5
**participants** 20:10
**participate** 17:12,14 22:5 24:21 45:7
**participating** 16:7,10,24 17:5 18:7 20:18 22:23 23:5 24:8 25:10,19 37:9 37:25 39:21 40:12 42:15 44:2,6
**participation** 17:13,15 18:11 18:20,24 20:13

21:5,12 22:18 23:22 44:19
**particular** 25:22 46:14
**parts** 44:20
**pass** 20:18
**passed** 10:1
**Paucatuck** 5:20
**pause** 46:25
**pay** 26:19,24,25 42:14
**paying** 10:11 19:24 28:2
**payment** 33:4 46:4
**pays** 26:15,24
**PECI** 6:19,21,22 7:3,21,25 8:2,8 8:14
**penetrations** 31:18
**people** 11:1 20:17 21:11,13 39:10
**percent** 26:3
**perform** 19:10 19:15 24:8 28:7 47:21 48:7
**perform.'** 47:21
**performed** 33:18
**performing** 19:14,20,24 20:20 25:15 31:14,25
**perjury** 4:17
**permit** 44:5
**permitted** 21:17 22:5,15 23:16
**person** 19:22 23:1 38:7,8 41:6,9,10 44:22 46:9 47:12
**perspective** 34:4

47:23
**pertain** 46:6
**Peter** 5:9 20:6 32:7,15,16 33:22,24 35:2 35:4,5 38:8 39:8 40:10
**phone** 12:25 14:24 15:4 24:25 48:12
**physical** 8:6,8 8:20
**pick** 40:24 43:2
**piece** 9:25 12:9
**pipeline** 37:3
**place** 25:23 26:6 40:2 50:12
**plan** 11:14
**playing** 41:10
**please** 3:6 36:4,4 37:6
**point** 21:22 45:12
**policies** 38:12,19 38:19 40:6,22 41:23
**policy** 41:20
**politely** 41:19
**Ponzo** 21:6 23:14
**poor** 34:21
**portion** 26:2
**Portland** 6:8,19
**position** 9:13 24:9 32:10
**positively** 45:19
**possible** 3:12 24:20,23
**post-work** 30:21
**Power** 7:5
**practical** 18:20 19:3 22:20,22
**practices** 39:20
**preference** 16:19
**present** 5:2

21:17
**presentation** 40:21
**pretty** 37:17,19
**price** 13:9,10 14:22 27:20,22 27:24,25 28:4 29:7,15,15 44:15,16,20 45:2,3 46:11 47:23 48:23
**price,'** 29:14
**prices** 15:12 25:4,7 48:20
**pricing** 25:3 27:15 28:6 29:5 44:19 48:16,25
**primary** 9:11 11:17
**prior** 34:17
**problem** 24:3 27:19 34:21
**problems** 31:20
**proceeding** 50:2
**process** 16:20 26:18 43:1 47:10
**program** 5:23 7:4,22,23 9:15 10:6,10,14 11:12 12:22 14:10,11 15:20 16:8 17:8,14 20:9,13,24 21:24 24:11,19 27:7 29:5 30:21,22 32:11 32:13,13,19 33:10,21 34:7 34:11,20 35:1 35:2 36:11 37:18 38:17,21 44:6 47:16 48:13
**programs** 6:12

9:11,16,17
10:2,5,25 11:4
11:5 13:1 25:2
**prohibited**
19:13 44:9,11
**prohibitions**
39:15
**prohibits** 40:15
**project** 15:23,23
18:22 28:12,17
29:18 30:7,9
30:13 31:1
32:24 33:5
35:9,11 37:7
38:9 39:7,10
40:7 42:18,20
42:24 45:25
**projects** 14:1,5
14:13 21:18
34:8,10,10,16
36:2 37:1 47:2
47:3 48:16
**projects.'** 48:15
**promising** 12:17
**properly** 32:1
**property** 27:5,9
28:8 29:23
30:12 33:5
**Proposal** 12:11
**proposals** 13:9
13:11
**proposed** 13:13
**prosecution**
4:17
**protect** 42:2,5
42:10
**protected** 17:22
**provide** 7:2,15
12:7,25 13:4,9
15:9 48:2
**provided** 35:25
39:18
**provides** 38:19
**providing** 14:14
22:24
**public** 7:7 12:20

41:24
**purpose** 30:1
**pursuant** 3:24
11:12 15:6
16:8 17:12
**put** 12:10 13:19
27:14 37:14
41:25 43:5,12
43:21 45:13
**puts** 12:11 13:12
**putting** 12:17
47:13,13

**Q**

**qualifications**
17:17,18
**quality** 34:4,21
37:15
**question** 4:22,23
41:18 42:18
46:6 49:1,2,3
**questions** 44:12
49:10,13
**quick** 5:12 42:18
**quiz** 38:20
**quote** 12:17
13:12
**Quotes** 48:22

**R**

**R** 3:1
**raise** 34:17
**ranging** 11:6
**ratepayers** 10:4
10:9 11:3
13:20
**ratepayers,'**
10:9
**reach** 13:2
**reaching** 37:2
**really** 14:21
16:11 23:8
24:1 41:9
**reason** 19:3
22:20,22
**reasons** 19:2

**reassign** 37:11
**rebates** 7:17
**recall** 6:6
**received** 39:17
**record** 3:7 32:3
**records** 38:23
38:25
**recover** 26:20
**reduction** 45:7
**refer** 16:10
**reference** 10:8
35:7
**refrigeration**
6:24
**refuse** 4:21
**regarding** 32:23
**regular** 39:2
**regularly** 39:1
**reimbursement**
26:25
**related** 19:13
**relatively** 30:1
**relocated** 7:21
**relying** 22:1
**remain** 4:21
**remotely** 8:9
**removed** 34:19
**rephrase** 46:6
**report** 7:16
32:21
**reporter** 3:17
4:10 50:1,20
**representation**
22:1
**represented** 5:6
22:10
**Repton** 25:23
26:6
**request** 12:11
13:8 14:18
48:22
**require** 20:17
**required** 20:20
**requirement**
20:17 22:18
30:15

**requirements**
17:7,20 18:5,7
19:2,12,23
23:23 24:2
**requires** 38:16
**researched** 34:7
47:3
**reside** 5:19
**residential** 9:17
11:5,24,25
14:10 15:14
26:14 32:12
**respect** 8:1 40:7
**respond** 48:10
**responding**
14:22 48:11
**responsibilities**
4:3 5:15
**responsible**
10:24 23:1
27:25 33:25
**restrictions**
18:12
**result** 33:4
34:13,18 35:12
46:4
**results** 27:18
**review** 27:13
29:4,19 30:21
33:1 34:3,14
34:15,18 45:24
**reviewing** 31:6
**RFP** 12:19
48:11
**RFPs** 12:20
13:15
**RFQ** 12:11
**Rhode** 9:18
**right** 4:3,20,21
5:1 9:1 13:24
14:1 16:5,10
16:15,17 17:1
17:6,15 19:12
24:25 25:15
28:15 30:14
34:2,20 38:4

40:20,24 42:4
47:16 48:21
**rights** 4:2 5:14
**ring** 14:24
**Road** 5:20
**role** 16:13 41:10
**rule** 3:20
**rules** 23:4 40:1
**run** 7:4 9:12,16
10:2 22:8
**running** 7:12

**S**

**S** 3:1
**safe** 23:6
**safety-related**
31:10
**Santos** 21:8,16
21:21 22:14
23:13 24:6
**satisfied** 30:12
**save** 45:18
**saw** 22:6 49:1
**saying** 15:10,11
29:14
**says** 20:12,16,22
21:8 22:7 25:6
26:5 28:1 32:5
32:21,22 37:8
39:15 41:3,5,6
46:3 47:1
**scaffolding**
43:13
**scale** 42:1
**scenario** 27:3
45:23
**scenarios** 38:20
40:22
**scenes** 13:6
**scheduling**
27:19 29:12
**scope** 11:20,20
12:7 16:1
19:16 27:18
28:9,13 47:7
**screen** 41:4

45:13
screening 47:20
sealed 31:18
sealing 12:6
  15:23 17:2
  21:17 23:14
  25:4,24 26:2
  26:15 32:23
  33:2,19 45:25
sealing,' 23:16
secrecy 3:21
secret 3:16
section 18:13
see 15:17 17:23
  19:12 31:7,20
  33:2 36:23
  42:12 44:13
  49:13,14
seek 26:25
seen 36:19 41:4
select 25:9,11
  42:21 43:8
selection 43:21
  43:22
self-install 16:3
selling 6:25 16:3
sending 18:25
senior 39:20
sense 19:5 42:3
  47:22 48:24
sent 45:8
separate 25:18
  48:9
separately 48:17
September
  35:22
serve 16:13
service 13:3
  27:1 46:1
services 6:8,10
  7:2 11:24
  12:23 13:8,16
  14:19 15:13,25
  24:23 33:9,16
  33:17 40:5
  48:2

services.' 15:12
set 25:2,4 27:15
  27:22,24 28:6
  29:5,15,18
  31:17,24 33:12
  44:15,16,18,19
  45:3,10,14
  47:12,25 48:25
sets 10:5 27:20
setting 27:25
shop 25:3
short 49:12
show 23:15
  24:12 31:2,4
  32:2 38:21
  40:17 41:7
showing 38:23
shown 18:9
side 22:12 36:13
sign 7:9 12:18
  17:7 23:22
signed 18:10
  21:6,24 25:13
  26:14
signs 25:7
silent 4:21
similar 40:6
simple 11:1 25:1
single 45:9
single-family
  32:12,14 33:10
site 20:20,23
  22:5,15 23:15
  23:24 28:18
  29:19,20,24
  31:3,7,12
  34:12
site?' 43:17
sites 20:25
situation 17:6
  26:13,17
situation?'
  40:23
skillset 43:3,18
small 7:13 32:12
smaller 33:10

so-called 16:8
solely 19:21
Solution 46:9,12
Solutions 21:4
  30:1 32:25
  34:9 45:25
  46:24
somebody 19:7
  19:8
sophisticated
  16:2
sorry 9:3,6 15:3
  28:4 30:23
sort 10:1 11:10
  36:13 38:20
  40:20 42:2
  43:20 45:1
sounds 46:11
space 31:14
  43:11 44:25
spec 28:9,13,17
  29:22,24 34:1
  38:3,7 45:16
  46:20
specced 28:23
  44:21
speccing 29:24
specific 14:15
specifically 9:19
specs 45:1
spell 3:7
spend 13:25
  14:4,12 15:5
  15:10
spending 13:14
spent 27:12
sponsors 11:14
sporting 39:22
spring 35:14
Springfield 5:20
  8:10,11
square 44:24
  45:2
staff 13:2 18:2
  22:8,9 23:22
  28:7 31:14

33:6 34:7
  38:16 46:16
staging 43:13
standards 30:22
start 7:24 30:19
  45:19
started 8:4
starting 7:22
state 3:6 10:21
  17:25
statement 4:15
  22:1
statements 4:17
states 1:2,3,6
  18:14,15 19:18
  50:6
statute 13:25
stop 30:14
stores 6:24 7:1
  7:12
stuff 11:8 16:2
  41:5,14 43:14
  49:4
stuff.' 15:8
sub 19:8
subbing 23:24
subcontract
  18:17 23:12,16
  23:21
subcontracted
  24:7
subcontractor
  16:7,13
subcontractor,'
  16:17
subcontractors
  16:12 23:13
subcontracts
  16:4
subject 4:16
submission 21:7
submitted 22:6
  27:11
subpoena 3:25
successful 37:1
super 27:6 28:23

supervision 30:4
  30:25
supervisor 18:1
  42:25
supplier 39:23
supplying 19:20
support 13:5
supported 6:11
  36:11,12
supporting 9:11
  9:12
supposedly
  26:23
surcharges
  13:19
sure 5:23 6:2 7:4
  9:9,15 10:20
  11:22 12:20
  17:21 18:22
  23:6 30:10,21
  31:16 32:1
  38:16
switch 38:10
sworn 3:3 4:5
systems 6:24

_____

T

Tab 35:8 38:24
  38:24 40:18
  49:7,8
Tabs 38:24
take 5:12 31:15
  37:19,20 38:21
  48:12
taken 4:6,10
takes 28:1,19
talk 11:23 17:18
  38:11
talked 18:13
talking 36:20,24
  47:9
talks 40:21
team 33:7,8,9,17
  34:25 35:14
  37:3 42:25
  46:1

technical 34:4
tell 4:11 5:22,25
    6:9 9:7,13
    10:17 11:19
    12:10,16 30:6
    30:24 38:14
    42:22
tend 4:23
term 10:8
terminated
    24:11
terms 13:16
territory 13:3
testify 4:6
Texas 9:9
Thank 49:6
there,' 37:14
thereof 50:16
they'd 31:25
thing 44:22
things 7:8,16
    13:7 15:19
    18:23 20:22
    22:24 30:11
    31:8 32:1
    36:13 40:8
    47:11
think 4:22 15:5
    18:13 28:1
    29:8 35:17
    45:21 49:4
third-party
    23:25
this,' 29:10
thorough 34:3
thought 28:4
    41:8,13
thousand 14:17
    14:18
three 29:12
    43:20
three-year
    13:13
thumb 41:25
Thursday 1:15
Tight 19:15 21:3

21:13,15,21
22:2,5,15
23:12 24:6,7
24:10 26:23,24
29:15,25 30:5
32:24 33:25
34:9,11,16,19
45:8,25 46:9
46:12,24
Tight's 34:15
time 5:11 7:20
    20:3 21:23
    27:8,12 34:20
    36:11
times 14:23 26:7
    45:2
today 3:21,24
    5:15 30:7
    42:22
token 44:5
tomorrow,'
    37:10
total 25:24
totaled 36:1
tough 29:11
    41:5,14
track 30:2
trade 16:11
    17:16 39:24
    43:2,3,5,8
training 38:17
    38:21 40:17
    41:15 49:5
trainings 38:11
    38:15
transcript 50:16
trucks 43:17
true 16:23,25
    39:5
trust 6:13 41:24
truth 4:12
truthful 4:22
truthfully 4:6
trying 14:7
    24:22
two 6:16 21:8,13

22:2,13 24:7
    33:13
type 13:16 30:4
typical 37:17
    47:19
typically 13:15
    25:2 27:17
    29:4 48:17

——————
U
——————

U 6:4
U.S 1:12,21 3:10
Uh 8:25 13:21
    25:21
uh,hmm's' 9:3
ultimately 17:11
um 13:15 14:15
    17:19 20:2
    26:1,8 27:14
    27:21 31:6,9
    44:21
umbrella 11:9
    11:11
unaware 19:25
unbeknownst
    23:25
understand 3:13
    3:18,22 4:7,13
    4:18,24 5:4,12
    5:14 7:14 11:4
    25:14 29:5
    34:16 36:20
    43:25
understanding
    9:23 10:17,18
    11:13 13:11
    21:10,11,12
    34:20 38:22
    40:1
understood
    19:11 32:2
    35:15 43:24
undisclosed
    19:22
ungracefully
    30:24

unit 26:9 27:23
    28:2,17,24
    29:1 36:16
unit.' 28:3,14,19
UNITED 1:2,3,6
    50:6
Unitil 10:23
units 25:23,23
    26:4,9 27:9,16
    45:6 46:10
units.' 44:24
unsatisfied
    37:15
upgrades 6:25
    7:15,18
use 10:8 16:5
    25:10 29:23
    42:4
usually 48:20
utilities 7:6,7,7
    10:12 11:16
    13:22 23:5
    47:17
utility 9:12,16
    10:3,7,21
    12:22 26:20

——————
V
——————

Val 36:13
Valerie 36:1,5,8
    36:10
value 36:2,22
various 11:4
    47:14
vendor 12:14
    13:12 16:23
    39:23,24
vendors 12:12
    40:8
verification
    22:25 23:1,7
verify 23:22
video 40:20
violation 41:23
    41:24
violations 3:12

visit 13:3 29:19
visits 47:20
volume 14:20
    33:17 47:11
volumes 15:12
    47:19
VS 1:7 50:7

——————
W
——————

wait 27:5
waited 27:10
    29:12
waiting 27:12
walked 29:16
wall 31:17
Wan 1:21 3:10
    3:16
want 16:18,19
    17:1,3,23
    18:25 23:6
    24:19,20,25
    27:14 36:25
    38:10 45:6
    47:7
wanted 41:7
wants 18:6,7
    36:25
warranted
    33:20 46:3
Watertown
    25:23 26:6,7
    26:13,16 29:16
    29:17
way 1:13 16:14
    24:19 29:4,10
    30:11 31:19
ways 10:1 43:20
we'll 19:6,7
    48:19
we're 15:10
    48:21
weatherization
    25:4 48:15,16
weatherizing
    12:5
web-based

COTE – 4/28/2022

Page 61

40:20,25
**website** 11:3
**week** 20:3
**went** 28:18
33:11 34:7
46:1 47:2
**West** 5:20
**Westborough**
8:11,21,24
**wet** 31:17
**what?'** 24:25
**William** 34:22
39:13
**winners** 29:6
**wit** 40:6
**witness** 1:22 2:2
4:2,9 44:18
46:14 47:6,16
48:6,9,19
49:12,15
**witness's** 47:7
**witnesses** 47:6
**words** 19:24
20:17,24 23:14
26:12 27:6
28:11,16 33:24
42:4 46:3
**work** 5:22,23
6:25 7:2,9,20
7:24 9:10,11
11:20 12:7,7,9
13:5,6 14:22
14:23 15:13,22
15:24 16:1,4
16:16,18 17:10
18:3,25 19:14
19:15,21,24
20:20,25 22:15
23:2 24:8,10
24:17,20 25:6
25:8,8,15
26:23 27:18
28:9,10,10
29:3,22,24
30:16,22 31:6
31:13,14,25

33:18 34:4,15
34:21 36:3,21
37:5,12,19
38:18 42:20,24
43:6,9 44:21
46:18 47:15,22
48:3,5,5,6,10
**worked** 6:16
8:10 36:10
**working** 6:14
8:4,5,9,17 30:3
**workmanship**
33:18
**works** 7:5 29:5
36:10 42:22
**worth** 48:4,5
**wouldn't** 37:20
**wow** 28:22,23
**written** 18:18
19:17 23:20
25:5 46:11
**wrong** 17:22

**X**

**X** 2:1
**XYZ** 45:3

**Y**

**yeah** 8:8 9:2
13:15 16:14
18:10 22:6
29:18 34:16
37:16 39:3
41:2 42:7 44:8
45:15 46:8
48:6,8
**year** 14:12 36:24
37:1 38:16
**years** 6:16 13:16
13:17 14:11
41:1
**yesterday** 36:1
**yup** 30:8,18 35:4
38:1

**Z**

**0**

**0** 25:24 26:2,5

**1**

**1** 1:1,13 25:23
26:6
**1,000** 44:24 45:2
48:15
**1:08** 3:1
**10** 32:3 38:24
**100** 26:3
**100,000,000**
48:4
**11** 49:7,8,8
**12** 38:24 40:18
49:9
**13** 38:25
**145,000** 33:3
**15** 35:22
**150,000,000**
48:5
**169K** 36:1
**17th** 35:22
**18** 14:11
**19** 14:11
**19th** 32:22

**2**

**2:06** 49:15
**20** 14:11
**20-plus** 27:4
**200** 44:24
**2005** 6:2,5 8:18
**2012** 7:22,25
**2014** 8:3,13,14
30:3
**2015** 8:14,17,20
30:4
**2019** 32:7,8,10
32:11,21 33:1
34:10 45:24
**2020** 35:14
**2022** 1:15 50:13
**206** 25:23,23
26:5,5,7
**28** 1:15 50:13

**28th** 32:7

**3**

**3** 2:4 35:8,22
**300,000,000**
14:10

**4**

**4** 26:8
**42** 5:18
**44** 35:8

**5**

**50** 1:1 45:6

**6**

**62,000** 29:15
**62,006** 26:10
27:23
**666** 32:4
**667** 32:4

**7**

**75** 28:2
**75.25** 26:9 27:23

**8**

**8** 17:13 18:9,16
21:2
**81** 5:20
**824** 26:8 27:3,4

**9**