# EXHIBIT 1

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My husband and I have lived across the Pond from Chris Ponzo for close to 15 to 20 years. He has always been friendly and outgoing with his neighbors, inviting them to backyard barbeques to meet his friends and enjoy good food and good people.

He is very generous to his friends and neighbors and offers his help whenever needed for such things as removing or installing our docks in either Spring or Fall, which is a big deal if you live on our Pond and need to worry about such matters.

Chris is both friendly and kind to his neighbors and friends and genuinely concerned about the well fair of the Pond and all who live on it. I would stand behind Chris at any time and I offer my support at this most precarious time in his life.

Thank you.

Regards,

Missy Carielle

Neighbor

37 Lakeside Blvd.

North Reading, MA 01864

978-361-6867

onmartinspond@comcast.net

MDC/mc

CP-001

# PINELLI & PATALANO, P.C.

426 MAIN STREET
SUITE ONE
STONEHAM, MA 02180

PHONE       781-438-3990
FACSIMILE   781-438-1360
EMAIL Mario@mvp1law.com

---

MARIO PATALANO, ESQ.

PARALEGAL

JENNIFER L. FAHEY

paralegals@mvp1law.com

January 5, 2025

The Honorable Nathaniel M. Gorton
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Christopher A. Ponzo

Dear Judge Gorton:

I've been asked to write this letter and give my thoughts, personal and professional, about my friend, Christopher A. Ponzo. I do so enthusiastically and without hesitation or reservation.

I'm uniquely qualified to comment because I know Chris on a personal and professional basis.

I am a member in good standing of the Massachusetts Bar and have been so since December 20, 1994.

Chris and I met almost twenty-five years ago when he walked into my office at 51 Main Street, Stoneham and he's been my friend and client ever since. As a client, Chris is respectful to everyone in my office. He calls the office fifteen minutes prior to every appointment simply to ask if anyone wants coffee. He's punctual, responsive to requests and appreciative of everyone's time and efforts.

Over the past twenty-five years, we've been together at wakes, weddings, first communions and funerals. I've had breakfast, lunch and dinner with Chris and I've been to his home, including holidays. Rarely do I spend any time on a holiday with someone outside my immediate family, but I have with Chris.

It does Chris a dis-service to simply write that he's kind, generous and really cares about others without giving specific examples.

CP-002

He spent much of childhood at the Stoneham Boys and Girls Club and never forgot what it meant to have a place to socialize with other kids his age. To this day, he contributes the Boys and Girls Club by organizing and participating in events and fundraisers. Kickball and pizza parties put a smile on the faces of many children.

Every year, usually in the month of June, the Stoneham Police Department organizes and runs a fishing derby at Spot Pond in Stoneham. Kids are given fishing rods donated by local businesses and fish in Spot Pond. Chris volunteers his time and can usually be found cooking on the grill or providing musical entertainment as an amateur disc jockey. Professional disc jockeys may have more talent but I've never seen one at Spot Pond on a scorching hot day in June playing music with beads of sweat running down their faces. All the while, young kids running around having the times of their lives.

Every year, on Christmas Eve, regardless of the weather, a homemade sleigh loaded with children, presents and Santa Claus makes its way through the Streets of Stoneham delivering gifts to children who's parents may not be able to afford a gift for their child. Chris was involved with building the sleigh, painting it almost yearly and pulling it around Stoneham with his pick-up truck, delivering toys to many FOR TWENTY-FIVE YEARS.

Supporting the Boys and Girls Club, the Fishing Derby and delivering toys of Christmas Eve pale in comparison to his most important roles in life, husband to Nicole and father to Christian, Calvin and Julian. Every conversation I have with Chris, personal or professional begins the same way, with Chris saying "hold on a minute and let me go where I can talk, I'm with my kids." Home, school, sporting events and church. Chris is always with his kids. He and Nicole spend hundreds of hours building sets for school plays, Christmas shows and any other children's event you can think of. They volunteer endless hours of their time.

Two years ago, Chris and Nicole's oldest son, Christian, came to my office with his grandmother. He was nine or ten at the time. He walked into my office, initiated a handshake with me, maneuvered a chair so it was closer to my desk and listened intently to my conversation with his grandmother. If it wasn't for his age, any onlooker would've thought he was the client. Far more polite, courteous and respectful than you would expect of someone his age. That's the kind of child that Chris and Nicole raised.

I could speak for hours about Chris and his family. I've tried to give you some insight into the type of client, person, husband and father that he is. Chris is a good, decent and honorable person and I only hope that you can appreciate that in this writing.

Very Truly Yours,

Mario Patalano, Esq.

CP-003

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

Our names our Richard D. Langone, Darlene Langone, Bryan Langone, Matthew Langone, Jonathan Langone, Richard J. Langone, and Jillian Steeves. We all grew up in Wilmington, MA, and have lived there for all or most of our lives. We are all self-employed and own a variety of local businesses within our community. We are very family-oriented, spending most of our free time with and around each other. We truly value our time together and treasure the memories we create.

We have known Chris for about 20 years and since we met Chris, we have become very close friends. Chris and his family have been a huge part of our lives and continue to be. It's always been easy to grow our relationship and bond with Chris, as he shares the same values and morals. We strive to be around good people in this world and Chris is someone just that; he has always been the type of person that will always be there for you. He is always willing to help, and always there when we need someone to talk to. Whether big or small, Chris always makes himself available.

Chris has not only been an amazing friend throughout all the years, but he has been a tremendous father to his children and husband to his wife. His family is the type of family you wish there were more of; good people, raising great children. This world needs more people like Chris, raising children to respect others, treat others the way you would like to be treated, and moral values. Chris has always and continues to be an active father figure and role model in his children's lives; helping guide them through life to make them the best self they can be. He is always there as a support system for his family, whatever it may be and that has and continues to be his top priority in life whether it be helping with the kid's homework, cooking dinner, going to the kid's sports practice, and games, having goofy dance parties, and inspiring their kids to be the best version of themselves. That's what makes Chris a huge role model for his children because his kids can come to him with anything and Chris will guide them in the right direction; we have always treasured this about Chris. When Chris is devoted to whatever he does, he puts his whole heart into it and you can tell by the beautiful family he is creating. We have always treasured this about Chris and became inspired by his outlook on life and how important family is.

One small story that we would like to share shows Chris's generosity and character of who he truly is as a person. On May 31, 2018, at 3:30 AM we had a 3 Alarm Fire at our family home, thankfully everyone was safe. We had lost our family home and had become displaced given the severe damage from the fire and water. The story hit the news that morning and Chris had reached out to us immediately. Chris expressed his sympathy for the tragedy our family had gone through and opened up his home to us as we needed a place to stay. Chris made us feel so comfortable and told us "My house is your house and stay for however long you need". For someone to open up their home when another family is in need, it takes a special person and that is what Chris is.

CP-004

Chris also helped my family out with the process of rebuilding our home, helped with finding good reliable contractors, and guided us through the process with the insurance company, as we did not have much experience in either process. To this day we will forever be grateful for what Chris and his family did for us. Being displaced from your home; your safe haven, for over 2 years does affect you in a way that can not even be explained. Chris was always there for us as a family for someone to talk to and lean on when we were having such a hard time with losing our family home, where we grew up and created all of our family memories. Chris always gave good advice and made us very appreciative that everyone was safe. Our brother had come downstairs and was eating watermelon and when he turned off the lights in the kitchen he saw a glare; he went over to the window and saw the fire and was able to get everyone out safely. The firefighters said that the fire had gone up in the eves of the attic which is over our parent's room and if our brother had not woken up my parents would not be here with us today due to the carbon monoxide. Chris continued to tell us that family and friends are the most important things throughout life; it is not where the memories are created, it is with who they are created with. That saying continues to stay with us throughout our life and Chris has made such an impact on how we view the world and cherish the people that mean most to us.

We just wanted to express Chris's character and commitment to his family, friends, and community through this letter. He has great intentions for everyone he comes across. His generosity and selflessness in helping others have been a highlight of Chris since we met him. We share our opinions about Chris because we all feel the same way. He makes it easy to speak so highly because it's who he is as a person, it just comes naturally to him. His impact on the people around him has always had a positive outcome. His intentions for the people he comes across are always to help and to make this world a better place.

We want to thank you for your time and consideration of this letter. Please do not hesitate to contact us if you require any further information or clarification.

Sincerely,

Richard D. Langone - Darlene.langone@yahoo.com

Darlene Langone – Darlene.langone@yahoo.com

Bryan Langone – Bryan@langonebros.com

Matthew Langone – matt@langonebros.com

Jonathan Langone – jlangone0705@gmail.com

Richard J. Langone – rlangone08@gmail.com

Jillian Steeves – jillmsteeves@gmail.com

CP-005

**SAINT JOSEPH CATHOLIC PARISH**
173 ALBION STREET WAKEFIELD MASSACHUSETTS 01880
TEL 781.245.5770 FAX 781.246.2423 www.stjosephwakefield.org

January 10, 2025

The Honorable Nathaniel M. Gorton
United Stated District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton:

We are writing to vouch for the character of Christopher Ponzo, who faces a criminal sentencing before your court.

Chris has been a member of our parish community since 2015, and his children attend our parish school. We know Chris as someone who goes out of his way to help anyone in need. We have seen him volunteer at many school events and be a crucial contributor in terms of time and talent. At our church, Chris is always ready to help. To say Chris is responsive is an understatement. We have also witnessed Chris as a loving husband and doting father at weekly Mass.

Chris displays a strong work ethic, commitment to family, and desire to help others. We believe that Chris is remorseful for his actions. We humbly request that your good office show the utmost leniency in choosing a sentence regarding Chris's criminal case. We appeal and plead for your clemency.

Sincerely,

Fr. Ron Barker
Pastor

Maureen Miller
Business Manager

Merry C. Nordeen
Administrative Assistant

Karen Morgan
Administrative Assistant

*We, the community of St. Joseph, strive to grow in our personal relationship with Jesus through prayer, scripture and the sacraments and to imitate the life of Jesus through service to one another.*

CP-006





**CCCBSD**

**The Children's Center for Communication/Beverly School for the Deaf**
6 Echo Avenue • Beverly, Massachusetts 01915 • Tel: 978.927.7070 • www.cccbsd.org

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Character Reference for Christopher A. Ponzo

Dear Judge Gorton,

My name is Kristen Humber, and I am writing this letter on behalf of Mr. Christopher Ponzo. I am the Program Director at The Children's Center for Communication Beverly School for the Deaf, a severe, special education program in Beverly, Massachusetts. I have known Mr. Christopher Ponzo personally for over 20 years. When I began working at CCCBSD and shared my excitement about our program's mission, Mr. Ponzo instantly demonstrated a heartfelt desire to become a part of this unique community.

Mr. Ponzo's generosity through his contributions to our fundraising efforts continue to make a significant impact for our students. His sponsorship for our events, and financial contributions have allowed us to provide technology upgrades and student focused, research-based curricula that enhance the lives of our deaf , deaf and disabled, and disabled students. Mr. Ponzo embodies the very best of what we stand for; from his unwavering commitment to treating everyone with care, dignity, and respect, to fostering a true sense of belonging and inclusivity in our community by demonstrating these values through his philanthropic efforts.

Mr. Ponzo played a vital role in the success of our program, and his character exemplifies our core values. I appreciate your time and consideration of my testament to Mr. Ponzo's character and his selfless contributions to our community. Should you need further insight, I am happy to provide you with additional information.

Respectfully,

*Kristen L. Humber*

Kristen L. Humber, MS., LMHC, Ed.S
CCC Program Director

CP-007



**Brigadier General (MA) Michael S. Finer, CFP®, CLU, CPA**
**115 Atlantic Avenue**
**Swampscott, Massachusetts 01907**

www.finer.com

December 12, 2024

Judge Nathaniel M. Gorton
US District Court
Via pdf

Dear Judge Gorton:

My name is Michael Finer, and I am a retired Brigadier General (MA) from the US Army National Guard, as well as a Certified Public Accountant in Massachusetts. I have had the pleasure to know Mr. Christopher Ponzo for several years both personally and professionally, and I can attest to his high character and deep ethical beliefs.

Chris Ponzo is an extremely hard worker who is dedicated to helping his employees, his customers, his family, his friends, and his community. Chris lives a stoic lifestyle in a way that demonstrates the highest virtues of hard work, discipline and dedication. Chris demonstrates the characteristics of loyalty, duty, honor, and country. Not only is he extremely patriotic, but Chris is the type of gentleman who helps those in need to include his family, his friends, his community and he is extremely supportive and generous to all of his stakeholders.

I have been extremely impressed with Chris' approach to life, and I can unequivocally state that he is a true gentleman who displays honor, loyalty and high character.  Chris does live life with good intentions in an altruistic way to help others and to support his family.

If you have any questions, I would be happy to answer any.

Respectfully yours,

Michael S. Finer, CPA/PFS, CFP, CLU
Brigadier General (MA).

**michael.finer@finer.com**
**T: (978) 740-1011**
**C: (617) 285-6259**
**F: (978) 744-8240**

Finer Wealth Management™ is a Trademark of Major League Investments, Inc., which alternatively does business as Major League Investments, Inc.

CP-008

November 13, 2024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Nathaniel Gorton,

My name is Robert Rogers. I am a Project Executive with Suffolk Construction Company Inc and have worked for Suffolk for almost the past 18 years. I attended Missouri Science and Technology and received my Bachelor's degree in Civil Engineering in 2005. I originally grew up in Wilmington MA and currently reside in Andover MA.

I am writing this letter to you on behalf of Christopher Ponzo. I wanted to express the unwavering support I have for Chris and to articulate what Chris has meant to me, my family, and loved ones and in detail provide my personal feelings for the man he truly is.

My friendship with Chris extends over 20 years. His wife, Nicole, is the brother of my dearest friend, Robert Melino. Robbie and I became friends through my childhood friend Daniel Keating. Both Robbie and Dan attended Northeastern University and when I came back home for breaks, this is where I was introduced to Chris.

Throughout my friendship with Chris, I can not think of another individual that I have ever met that would always put others needs first before his own. His relentless generosity, kindness, love, and friendship given to me, my wife Julia, and my children Max, Lucy, and Maya could never be equaled. We have celebrated countless birthdays, holidays, vacations, and get togethers that have left us with such great memories. He has always included us and made us feel like we were part of his family. Chris attended my wedding and always came by or called me right after the birth of my children. I consider myself lucky that Chris has been in my life all these years.

Chris has been a consistent and positive pillar in the community. I know he has been spent countless hours supporting his children's school, Saint Jospeh. Chris was always there to assist with holiday festivals, school plays, and been such a great influence to all the students and faculty.

For as long as I have known him, Chris would always display such tremendous generosity to anyone in need. Whether you were a close friend or an acquaintance, Chris would always take the time to get to know you and if in need, help out in any way he could. He has positively impacted hundreds of individuals throughout the years.

Personally, there was never a darker time in my life than on April 18, 2013. That was the day that my stepbrother, Massachusetts of Institute Police Officer Sean Collier was murdered by the Tsarneav Marathon Bombing brothers working a shift on the MIT campus. Such a tragic event that has left such a negative impact on not only the City of Boston and community, but my parents and siblings. In the immediate hours of fear and chaos I was experiencing, Chris was one of the first to call me and come to my house for support. I cannot express the emotional toll the incident has negatively impacted my life, but the unconditional support from Chris on those dark days and subsequent generosity and help at all fundraisers, events, anniversaries, etc will never be forgotten. I was fortunate to build a memorial for Sean at MIT and Chris was in attendance for the unveiling.

He never misses a chance to shoot me a text or call around the anniversary to say he's thinking of me and my family. He's been a constant in my life and a great friend and I know will always continue to be. This is the man that I know, the one that will put whatever he has aside to help those in need, especially ones he cares about.

Your Honor, I truly believe Christopher Ponzo is a good individual at his core and it deeply saddens me he put himself in this situation. I do not believe the findings are the man he truly is. I believe he is a supportive, generous man who unfortunately made some poor decisions. He is a loving father to his children Christian, Calvin, and Julian and a devoted husband to Nicole and an outstanding friend to so many. My ask when sentencing is to please show leniency in this case and think about the positive impact Chris has made throughout his life to all and I know will continue to do so. We love him very much.

Thank you for taking a moment to read this letter.

Sincerely,

Robert Rogers
14 Hansom Road
Andover MA 01810

CP-010

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Gorton,

Please accept this letter as a positive character reference for Christopher Ponzo and as a request from this citizen for a favorable sentence finding for Chris.

I have known Chris for 20 years, as Chris and his wife are close friends with my niece. Immediately upon meeting Chris, I was of the 1st impression that he seemed to be "a good kid". As a police officer for 32 years, I tend to watch and read characteristics of a person over time to form opinions of their character. I can say with the strongest degree of confidence that in 20 years of knowing Chris, my observations and opinion of Chris has advanced my opinion from him being a good kid, to that of a gentleman, a wonderful family man, a dedicated and hardworking electrician and business owner and a true friend to those close to him. I admire how he is able to balance his busy life to make sure his priority is that of a dedicated father and husband. This balance has required Chris to many times over the years politely decline any invitation to a social event if it doesn't involve family. He rarely engages in any activity outside of work that does not include his family.

Chris's thoughtfulness and generosity are well known to his friends. He is always ready and willing to step up and help anyone in a time of need. I am aware that he has made so many donations to worthy causes, and he does so quietly. He has many times offered to assist me over the years with public safety fund raising initiatives such as line of duty deaths funds for survivors, charitable golf tournaments and scholarship drives. It has occurred to me as I write this letter that Chris has never asked for anything in return. He has actually never asked for anything at all. This letter I offered to write in support of Chris without his request.

I am proud to have Chris as a friend and he exemplifies so many qualities as an individual that contributes positively to the community. Chris has zero bad habits and is a tremendous role model for his 3 boys and other youngsters that he encounters. I have never seen Chris drink in excess, raise his voice, lose his temper or vary in any way from his usual gentleman ways. Throughout this current legal challenge in his life, I have observed

CP-011

that Chris , as much as ever, has maintained his genuine and consistent outstanding moral qualities.

Chris has a strong support system of family and friends, all while he stands tall and reminds them all – that he is there strong for them. I look forward to seeing Chris this holiday season for his usual big embrace,  catch up on family updates, see how big his sons have grown and laugh at the usual friendly barbs that we will lob at each other.

This is the 1st and only time I have written a letter of support for a defendant in a criminal matter. I appreciate the opportunity to be able to support Chris in this writing capacity, and I appreciate the time and effort of the Federal Court in this case.

Respectfully Submitted,

Signed by:

B459EC37C20A456...

Daniel F Risteen Jr

Lieutenant Colonel (ret)

Massachusetts State Police

CP-012

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Jeffrey Kelleher. I am an airline pilot with Spirit Airlines and I'm writing to share a few words about my friend, Christopher Ponzo. I've known Chris for twelve plus years, and in that time, I've come to truly appreciate his character and friendship.

Chris is one of the hardest working, family oriented people I know. He always seems to have an enthusiastic outlook on life, even when things are tough. He is always there to lend a helping hand, and his unwavering positivity is truly inspiring.

One of the things I admire most about Chris is his supportiveness and sincerity. He has personally helped me in times of need on several occasions. One example is he helped me move into my home a few years ago. Whenever I would speak to Chris either in person or on the phone, the first question he would ask is "how are the wife and kid doing?"

As one of my students learning to fly, he has always made strides to achieve perfection through knowledge and safety. I always enjoy teaching him as his intuitiveness and positive attitude made him a pleasure to fly with. He is also very gregarious and always knows how to make people laugh.

I'm so grateful to have Chris in my life. He is a true friend and a wonderful person.

Sincerely,

Jeffrey Kelleher
978-361-7329

CamScanner

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Max Gabriello. I own a local business called Perfecto's Caffe. Chris Ponzo and I became friends through him coming to my store and supporting my family business. What started as a normal customer relationship, turned into a strong, deep friendship. Over the years, I have gotten to know Chris on a personal level. Chris is generous, kind, spiritual, caring, loving, and a genuinely good person to his core. He is always selfless with his time, his heart, and his knowledge. There have been many times where I would call Chris in the middle of the night - whether it is 3 or 4 o'clock in the morning, and he is always there for me. I start bagel production at 3 o'clock in the morning. When one of my machine's breaks, there is probably not a long list of people who are going to pick up the phone to help at that hour of the day. But I will call Chris at any time in the middle of the day or night and he will send help to get my equipment fixed. He does this just because he is a good guy. And he doesn't just do this for me. I see how he interacts with every person he comes across. He wants to lift people up. When you are around him, he helps you to want to be better. Whether it's mentally, spiritually, or physically.

There was a time when the warehouse that I used to store my business inventory in became unavailable and I needed to vacate very quickly. I was telling Chris about what I was going through and he immediately offered some warehouse space in his building, he had nothing to gain in this situation, he just wanted to help me in my time of need. He made the space for me, no questions asked. This is just one of the many examples of how Chris makes it a priority to lift up those around him. He made a situation that could have been really bad for me into something quite joyful. Chris let me stay there for more than a year until I got back on my feet. He helped me during a time I really needed it and that is something I will always remember.

Above all, Chris is a family man. His wife and his kids have always been his priority. His kids are so polite, kind, and well rounded - just like their father. One of his biggest joys in life is to spend time with his family. Chris contributes a lot of his time and work to his kids' school in the props, decor, and backdrops he builds for school events. Whether it was fake stone walls he built for a play, or palm trees for a musical, a 7 foot Frankenstein he made for a Halloween event or decorations for an Easter event, he was always there behind the scenes making these events come to life. Not just for his kids, but for the whole school to enjoy. And Chris doesn't go out of his way to tell anybody about these amazing acts of kindness he does, he is a humble man. I only found out about this after walking through his warehouse and seeing all these props he was storing. This is yet another example of something Chris does, just out of the kindness of his heart.

Please consider this letter as a testament to Chris's character. The people who know Chris on a personal level know the kind of person he is. Chris is a Christian, spiritual, honest man. He tries to be the best person he possibly can be and is always trying to do the right thing. He has high morals, and he is a good person. His kids, his wife, his family, his friends, and his community needs him.

Sincerely,

Max Gabriello
80 Lyons Way
North Andover, MA 01845

CP-014

December 10, 2024

Robert DeFrancesco
516 Lowell Street
Wakefield, MA 01880

Judge Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**RE: Christopher Ponzo**

Dear Judge Gorton,

My name is Robert DeFrancesco and I live in Wakefield, MA. I am a Professional Engineer and Professional Land Surveyor currently working at Greenman-Pedersen, Inc. in Wilmington, MA. I graduated Bishop Fenwick High School in 2000 and Northeastern University in 2005. It was during my experiences at both schools where I met and formed a long-lasting friendship with Chris Ponzo. Through his brother-in-law, Robert Melino, Chris, and I spend many occasions together, both socially with friends and in their families' homes. Dating back to this time, Chris had always shown his aptitude for making kind gestures towards myself, our friends, and his family. I remember him extending invites to our friends for social events he was DJing or organizing and encouraging our friends to use his rental property in Daytona Beach for a spring break trip, which we did.

My wife Angela is also a Professional Engineer working at Howard-Stein-Hudson, and a stay-at-home mom for our three children. We've come to know Chris more personally since September 2019, when our oldest son, Rocco, started attending Saint Joseph's School in Wakefield, MA. We currently have two of our children enrolled at this school, which has become a central part of our family's daily life.

Through school events, activities, baseball practices and the daily routines of drop-offs and pick-ups, Angela and I have come to know Chris, his wife Nicole, and their children—Christian, Calvin, and Julian— on a closer level. They're the epitome of a kind, charitable and loyal family. Chris is the type of man to always offer his assistance; whether it's to haul in a dozen of Christmas trees for an event, pick up the dinner tab for a family birthday party we attended or even help clean up the church hall after one of our kids got sick all over the floor. It is always to provide joy or comfort for others. We've seen how his older sons also dedicate their time and efforts to the school. It's a clear reflection of the generosity that he and Nicole have, which is now engrained in their boys. Most of the families at our school have not come close to the amount of personal time, creative planning and likely dollars spent that the Ponzo family has. Their efforts are continually enriching the experience for every child who attends.

Chris's unwavering commitment to our School and parish is truly remarkable. His involvement includes, but is not limited to organizing, mobilizing, and spending hours setting up for the Halloween and Christmas strolls in the school yard, as well as constructing and destructing the stage sets for the school plays. The amount of time it takes to complete his volunteer roles far exceeds what is expected for one parent and he does it with a smile on his face. He's been instrumental in creating and maintaining the welcoming, family-oriented atmosphere that defines this community.

Then Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Michele Fitzpatrick, I am Vice President at Northern Bank in Woburn. I am writing as a character witness to my life-long friend, Christopher Ponzo. Our mothers were high school friends, we grew up in Stoneham together and we have been close friends for over 35 years.

As teenagers, Chris was always working. When I was out on weekend nights, he was starting a DJ'ing company. When I was attending college, he was working in a MGH with his father. When I was traveling abroad, he was living at home to save money. He bought his first house at 23 years old and became a landlord. He saved every penny to improve the property then buy another and then another. He has many fine qualities, but hard working and determined are amongst his finest.

In addition to his work ethic, Chris is one of the most generous people I know. Whatever he has, he is willing to share with everyone. His generosity is not limited to tangible things, he is generous with his time, generous with his support and generous with his knowledge.

I have limited knowledge of the crimes he has pleaded guilty to and the details of the case. Nor am I making any assumptions as to what happened. For me, I adore him for his fun loving personality and positive view on life. Chris has built a beautiful family, with Nicole and his three young sons. They are raising their children with religion, faith and family as top priority. They attend church weekly, and the boys are kind, intelligent and polite because of their strong family values.

Chris appears strong on the outside, but he is actually very sensitive. The past 2.5 years have been strenuous for him, his wife and his young sons. The stress of future uncertainty has weighed heavy on him and his family. As you consider his sentencing, I ask you to show leniency.

Sincerely,

Michele Fitzpatrick
11 Cristofaro Street
Wakefield MA 01880

CP-016



**BOYS & GIRLS CLUBS**
OF STONEHAM & WAKEFIELD

**Board of Directors:**

Cameron Bain
Nicole Calabrese
Jeff Coccoluto
Kristina Encarnacao Patt
Karen Guillaume
Chief Matt Grafton
Lisa Gresci
Jeff Johnson
William Kidder
Mark Kini
Meghan Kelly
Michael LaBerge
Kevin Marquis
Megan Menasale
Sarah Neal
Laurie O'Brien
Paula Pustorino
Jared Regan
Dawn Schaefer
Christopher Senna
Leighanne Taylor
Marc Trachtenberg
Amanda Young

**Executive:**
Adam Rodgers

Stoneham:
781-438-6770

Wakefield:
781-246-1343

bgcstoneham.org
bgcwakefield.org

Stoneham Club
15 Dale Court,
Stoneham, MA 02180

Wakefield Club
467 Main Street,
Wakefield, MA 01880

TAX ID: 23-7025777

The Honorable Nathaniel M. Gorton                    November 8, 2024
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,

My name is Donna DiVirgilio. I am currently employed with The Boys & Girls Club of Stoneham for the past 49 years. I have known Christopher Ponzo since he was a little boy. Chris was a great kid growing up who attended the Boys & Girls Club every day with his brother Joe. Chris is a responsible, caring person that would give you the shirt off his back. Chris got married to his wonderful wife Nicole and they have three son's, one just a baby.

Chris would always ask me what does the Boys & Girls Club need. If it was gym equipment, helping a family or doing electrical work for us, he was there donating. Chris donates to every event at the Boys & Girls Club.

The Boys & Girls Club would always ask Chris's advice on any contract work like plumbers, carpentry, roofers...that the Club needed.
Chris would recommend the most affordable company for the Boys & Girls Club.


Every Christmas Chris & Joe, his brother would get a list from me of kid's family's that couldn't afford Christmas. I would give them a list of toys, clothes, boots and food that was always needed. I also gave them the addresses. On Christmas eve Chris & Joe and their families would pull a sleigh with their truck around town and deliver all these gifts. They have been doing this for the past 30 years!

Chris and Joe are the most giving, thoughtful people I know. Chris and Joe are like sons to me.

Thank you for taking the time to read this.

Donna DiVirgilio
20 Pond St.
Stoneham, MA 02180
Boys & Girls Club of Stoneham & Wakefield
ddivirgilio@bgcstoneham.org

CP-017

Chris embodies the values of selflessness and integrity in everything he does. He can be found in the foyer of the church during every single Monday morning praise and worship and monthly church masses that the students attend. The church has an open-door policy to the community and Chris not only has become friendly with all the regular parishioners, but also provides a level of surveillance and safety to the children while they are there. As parents who cannot always manage to attend church during the workday, we value this immensely. Without Chris's efforts, our family's experience at the school would be vastly different. We are grateful for the sense of security and community that Chris has helped build at Saint Joseph's School.

Beyond his contributions to the school, Chris's dedication to his family is extremely evident. He is a devoted husband to Nicole and an incredible father to Christian, Calvin, and Julian. It's clear that the same values of hard work, compassion, and service that he demonstrates within the school community are deeply rooted in his personal life. Our family has attended cookouts at their home, in which everyone is welcomed with fun activities, great music and delicious food. In typical Ponzo fashion, they host with a genuine excitement of bringing others together and providing comfort and happiness for their guests. Chris has a way of making everyone feel welcome, while always fostering relationships and making new connections.

Coming from the perspective of being one of his peers, I have always admired Chris's ability to juggle his family life, work responsibilities and volunteering with grace. No matter how busy his schedule, he finds time to lend a helping hand, share a kind word, or ensure that everything he's involved with is a success. He inspires so many others to donate more of our time and efforts to helping as well. His ability to encourage others and bring people together is a rare gift, and it's one that has positively affected many others along the way.

Looking back over the 20 years that I have known Chris, every interaction and experience I've shared with him has been nothing short of positive. He takes care of those he loves and helps those in need. His character, generosity, and leadership have consistently made a lasting impact, both on a personal level and within the Saint Joseph's community.

Whatever your decision, please accept my sincere thanks for your time and consideration this character reference for my friend, Christopher Ponzo.

Respectfully yours,

Robert J. DeFrancesco
rdefrancesco@gmail.com
978-375-4245

The Honorable Nathaniel M. Gorton
United Stated District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Keith McInnis, I am an active Firefighter in Massachusetts and Veteran of the United States Marine Corps.

I am writing this letter to you in reference to Christopher Ponzo, who I met in 2021, when my son began fourth grade at a new school. One of the first families my family and I met was the Ponzo family and our families instantly bonded. Our relationship has strengthened tremendously over the past few years, not only because our boys are in school together, but because our families have like interests. Whether it's school, sports, drama club, church, dinner, or even just having a few sociable cocktails. We spend a lot of time together. During these times Chris has always shown himself to be welcoming, respectful, sociable, fun loving, and generous. Chris is a very active member of his community in all aspects of his life and always finds time and a way to help. He especially enjoys doing things that bring joy and laughter to all of our children. Chris once wore a full size hawk costume (our school mascot) and rushed center court after a school basketball game. I would like to take some time to give a few more examples of how Chris' character has had a positive impact on our lives.

As you are probably aware, spending time with someone you barely know can be very stressful. The first interaction I had with Chris was when I brought our boys for an afternoon of bowling and food after an early dismissal from school. Chris met us at the bowling alley and we all enjoyed a great afternoon. I was pleasantly surprised by Chris' personality. I found him to be open, honest, fun, and he made it easy to carry a conversation without any hesitation. The afternoon went by faster than expected and Chris was generous enough to pay for the entire tab before I could even get to the counter. This is just one example of many where Chris' generosity has shown. He is always one of the first people to reach into his pocket and offer money, no matter what it is for, but especially if it involves children.

Chris along with his family donate countless amounts of time, money, and resources for many school events. One is the Halloween Howl. A night time event in the school parking lot which is filled with oversized Halloween themed inflatables and decorations. Allowing a safe place for kids to go for a night of scary fun and games. Another event is the annual Drama Club production which is always a big hit with the kids. As you can imagine, two school wide events can be monumental tasks. The Ponzo family takes the lead with these and many more events. These custom made sets, completely hand made by Chris. Costumes, storage, transport, assembly, breakdown, and cleanup are all provided by Chris and his family. He funds everything himself, never asking for a dime or recognition. These are two of many events that bring joy and excitement to a lot of children and their families and gives them something to look forward to year after year. The Ponzo's selflessly donate their time and money to many events without hesitation. Every day my wife and I ask my son how his day was and at least a few times a week he would tell us how Mr. Ponzo was at school helping. Honestly, I'm not sure the school

would be able to function smoothly without Chris and his family's daily involvement and generosity.

Chris was also there to support my family in our time of need. My Father-In-Law was battling cancer and Chris reached out to my wife and I daily to see how we were doing and if he could do anything for us. Also, my son was having a serious issue at school and Chris was the first to reach out. Chris came to my home to let my son know that him and his family are there for him. That meant a lot to my family and I.

This is the Christopher Ponzo I know. He is a man who would do anything not just for his own family but others as well. Chris cares for his church, his community, and most of all, the children. Chris' love for his wife Nicole and their sons, Christian, Calvin, and Julian is undeniable. Chris and Nicole are very involved in their children's lives, which is evident as soon as you meet the boys. Christian, Calvin, and Julian are respectful, intelligent, well mannered and fun loving kids who are always willing to help or lift others spirits if needed. Chris and Nicole are doing a wonderful job as parents.

I hope this letter gives you a glimpse of the person I call my friend. Chris is a great person and has been nothing but a gentleman. I would like to sincerely thank you for taking the time to read this before your decision. If I can be of any further assistance, please do not hesitate to reach out.

Respectfully,

Keith McInnis
617-699-8942
Kmac1029@msn.com

**COLLINS MANAGEMENT, INC.**
Property Management, Residential, Commercial, Rental
10 Converse Place, Suite #301
Winchester, MA 01890

Phone 781-729-0707
Fax 781-729-6482

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Christopher Collins, I am a property manager that has been contracting the services of Chris Ponzo and CAP Electric for the past 15 years. I have dealt directly with Chris during this time in order to complete major projects and even for minor repairs. Chris' expertise and honesty is something that we value and has many times made what had the potential to be an expensive repair or job far less costly. In addition to this Chris' professionalism is always evident as I consistently receive feedback from tenants of units in which Chris is working, often with the tenant praising him for his ability to set proper expectations and then to follow through with what he says. This is unfortunately not always a common trait amongst contractor now a days.

I am aware of the situation which Chris has found himself, obvious by this letter. I will save you my thoughts on the situation itself because that is not the point of this letter. The reason I write this letter is to let whoever needs to know that I have never had an interaction with Chris that I walked away from having to worry that he wasn't going to follow through with what was asked of him nor did I ever have to worry that I was being taken advantage of. I thank you for your time.

Sincerely,

Christopher Collins
Collins Management

CP-021

 Plume®

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Paul Arsenault, I work for a technology based out of Silicon Valley as a Global Head of Talent Acquisition. I grew up locally in Everett, MA and graduated from Bentley University with a bachelor's degree in business management. I am married to my high school sweetheart, Renee, and we have two young daughters, Brooke (6), and Noelle (3). I have had the pleasure of knowing Chris since 2010 when I met him at his wedding rehearsal dinner. His wife, Nicole, worked with Renee for over 10 years and because of that they were very close, and Renee was asked to be a bridesmaid, making me the plus one. Although I didn't know anyone at the rehearsal dinner, Chris made me feel like I was at home. On one of the most important days of his life, he took the time to get to know me and introduce me to everyone so that I didn't feel out of place. This was a normal thing for him, it's at his core to what drives him as human being, he always goes out of his way to make others feel comfortable and welcomed, no matter what the setting. He is the type of person who hosts a lot of events, mostly for others and organizations he helps with. If you ever attend any of these events, even at his own home, you will never catch Chris sitting and enjoying himself. Instead, you will see him constantly moving, bagging and clearing trash, moving items and stock, making sure everyone else has something to eat and drink, and that the children have multiple fun events that he sets up and operates himself.

Chris and I became very close over the years and by the time Renee and I got married (2014), I had asked Chris to be a groomsman. Outside of Chris, my groomsmen were comprised of childhood friends and my three brothers. He is that infectious that even when spending a short amount of time with him, you would feel like you knew him your entire life. Even during our wedding when it rained, which is the bride's worst nightmare, it was Chris who kept coming up to us to let us know how good of a time everyone was having and that the rain didn't matter, and nobody even noticed. He came to find us so many times during our one-on-one pictures that it made us laugh, and all he was trying to do was make us feel better. Mission accomplished.

I tell you these small things because I believe a man and his character is based on the things he does day to day and not the grand gestures. Even though for the grand gestures, you would have a line wrapped around the whole block to tell you what Chris has done for them and their families. I wish the court would just put a GoPro on Chris and follow him around for a day or a week and there wouldn't be a need for anyone to write a letter because you would see exactly who he is and even more so how he has not stopped giving and caring for others even while facing the biggest challenge of his life. *"The true test of a man's character is what he does when no one is watching"*. Moreso, I believe the true character of a man is measured and shown on how he acts in the face of adversity and when times are tough. It is easy to be Good during Good times, but it is exponentially harder to do so when times are dark. In my line of work I have built a career on my ability to assess people and I can undoubtedly tell you, Chris is a good man and specifically a person you always want to spend more time with.

I can't possibly fit everything that Chris means to me and my family in anything short of a novel. Chris is the type of father, husband, and friend that I believe we should all aspire to be. He spends every waking moment with his children and because of that they are the most kind, thoughtful, respectful, and gentle souls you would ever have the pleasure of knowing. He is the kind of man I pray my two daughters will find when they grow up. As a friend, he is the type of person people speak about when they say, "he would give you the shirt off of his back". Chris is the most generous and caring person I know and anyone that knows him would agree with that statement. He is a man of faith and donates countless hours to the church and the school where our kids go (Saint Joseph's in Wakefield). Whether its building props

 Plume

325 Lytton Avenue Suite #200, Palo Alto, CA 94301

and sets for the kids play, hosting a Halloween stroll, or giving gifts out during Christmas to the less fortunate. He is the epitome of selflessness. At this very moment he is meeting with teachers and the students to help bring an event to life.

I grew up in a household of five with three brothers and a sister. I am the youngest of the bunch and growing up, our father was not around and for the times he was, they are moments I try to forget. I believe myself to be a good Dad. I know how to be one for two main reasons, the first is I know what not to do which I learned from my father, the second is seeing and learning from Chris. Now again, I am from a family of 5 and I only have two children, but Chris is the godfather of my youngest daughter. Chris means so much to my family, and although I have only known him for 13 years and we are not related, he is only known in my house and to my children as "Uncle Chris".

Chris would do anything for anyone in their time of need. If the court would allow it, I would offer to do every hour of community service with him to help with his sentence.

I would like to thank you for taking the time to read my letter and as you consider your decision, I would like to request your mercy in his sentencing. Not only does his family need him, but we all do.

Respectfully,

Paul Stephen Arsenault
617-852-2479

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Linda Bresette, and I am a Nurse Practitioner and the Director of the Comprehensive Stroke Center at Brigham and Women's Hospital. I am writing on behalf of Christopher Ponzo, whom I have known for over 30 years.

I first met Chris through my husband, Keith, who considered Chris his best friend. Over their 30-plus years of friendship, it was evident how much Chris meant to Keith. No one could make Keith laugh more than Chris; they shared countless moments of joy, humor, and camaraderie. I always considered Chris a really "fun" friend.

I have always been a bit more serious, dedicating much of my time to studying and work, so I didn't know Chris as well initially. I recall Keith telling me, *"Linda, Chris is really deep—he's the only friend I can really talk to."* He encouraged me to see Chris as he did: someone trustworthy and profound.

Over the years, I witnessed Chris's unwavering reliability and dedication. Whenever Keith needed him, Chris was there, no matter what. Life grew busier for all of us—Chris with his wife and children (his greatest joy) and Keith and me with work and family responsibilities—but Chris's steadfast friendship never wavered.

About nine years ago, Keith experienced a severe emotional trauma that became overwhelming. He turned to alcohol, and his drinking escalated to an unimaginable degree. Despite over 20 hospitalizations and countless efforts from professionals, Keith struggled to recover. He lost his job, friends, and the support of most people in his life. Everyone and everything seemed to abandon Keith—except for Chris.

Chris visited Keith in the hospital, offering honest but compassionate support, encouraging him to stop drinking. When I needed help checking on Keith, Chris came without hesitation—day or night. His dedication to his friend during such a challenging time was nothing short of remarkable. In those moments, I finally saw what Keith had always seen in Chris: a trustworthy, loyal, and loving friend who was not only fun but deeply caring and dependable.

Tragically, Keith passed away from liver failure in 2020 after four years of heavy drinking. We had been together for 37 years, and his loss left me devastated. Among all of Keith's friends, family, and colleagues, only Chris has continued to check on me regularly. He texts me, offers support, and keeps Keith's memory alive with stories and reminders of their friendship.

I fully understand the seriousness of the charges against Chris and the importance of accountability. I do not believe in excusing behavior, but I do believe in compassion where it is warranted. Chris is a man who has consistently demonstrated loyalty, kindness, and a profound capacity to care for others.

I respectfully ask you to consider leniency in his case. Please take into account the totality of his contributions to those around him and his value to society. His value is immeasurable to me.

Thank you for your time and consideration.

Sincerely,

*Linda Bresette*

Linda Bresette, NP-C, DNP

CP-024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Gorton,

I am writing in regard to Christopher Ponzo. Chris was my next-door neighbor for seven years and a friend for over fifteen. Since we met Chris has been a constant in my life. He would rarely go by my house without stopping to check on me. If I was outside doing work more times than not he would come up and give me a hand. One time I came home from work and Chris decorated the whole outside of my house with Christmas lights.

Chris also took a liking to my dad. He was always asking about him. One time he asked me what my plans were for the day. I told him I had to do a fall clean up at my dad's house. He dropped what he was doing and offered to help. We spent over eight hours taking care of my dad's house, not one complaint from Chris. Another time I told him I was volunteering at the Boston Food Bank with my dad, and he asked if could join. All three of us spent the night at the food bank and had a great time. My dad is no longer with us but the memories sure are.

One other memory often comes to mind. Chris just received his pilots license and he asked me to go for a ride in the plane with him. I reluctantly agreed. Little did I know Chris mapped out a flight plan over New Hampshire Motor Speedway (a place I go to often) and over my brothers lake house in New Hampshire. I was able to call him and they came out as we flew by. This is Chris, he is always thinking about others. As you can see I trust Chris with my life. Who else would go up with a brand-new pilot?

Your honor, in my experiences, Chris has always been a giver and would ask you to show leniency in the current situation he is in.

Respectfully submitted,

*Dr. Joseph Solomon, DMD*

Dr. Joseph Solomon, DMD

# THE LAW OFFICE OF MICHAEL A. CASOLI

December 17, 2024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Letter of Support for Christopher Ponzo

Dear Honorable Judge Gorton:

I am writing in support of Christoper Ponzo, who is currently awaiting sentencing. I have known Chris on a personal and business level for almost 10 years. I would guess that most of the letters of support you will receive on his behalf will center around the fact that he is a hardworking, family man that takes care of his family, friends and employees. What I would like you to focus on is the kind of man that Chris is to the people that he has just met or people who are in need. Chris has spent his entire life giving back to his community. Chris has not just given financially to people and organizations in need he has more importantly given his time to these causes.

Christopher's children go to school with my children at a small catholic elementary school in Wakefield called Saint Joseph's School. I always joke with my wife that when Chris' children graduate from St Joe's, they will have to close the school. He is literally involved in everything associated with the school. For example, he builds the entire set for the school play each year. He runs all the holiday parties that bring so much happiness to all the children at the school. He is an essential part of every fund-raising event that the school and church put on to help supplement the tuition so that our children get a good education. He is also involved with our Parish and is always there for the Church. My wife always says that the children and parents of our school community have a little Jesus in their hearts and this fact makes them strive to do the right thing for others. Christopher Ponzo has a lot of Jesus in his heart. More than anyone that I have ever met.

The Law Office of Michael A. Casoli 825 Main Street

Reading, Massachusetts 01867

1 781 727 1568

Email: macasoli@comcast.net

CP-026

# THE LAW OFFICE OF MICHAEL A. CASOLI

Even though it is true that Chris is a great father, husband, son-in-law, boss, business associate and friend, I would like you to understand that he is an extremely good person. The kind of person that does the right thing for anyone that he encounters.

I respectively request that you take the above into consideration when you render your decision on the sentencing for Christopher Ponzo.

Thank You for your attention to this matter,

Michael A. Casoli
The Law Office of Michael A. Casoli
MAC/

CP-027

 A C A D I A

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210


Dear Judge Gorton,

My name is Joy Bethune, I am a Principal Executive Sales
Specialist for ACADIA Pharmaceuticals and writing to speak on
behalf of Christopher Ponzo's character.  I have known
Christopher for over 30 years, our families grew up together in
the same town of Stoneham.  As of recently (last 12 years), we
have grown even closer, as our children attend the same school,
St. Joseph's School of Wakefield MA.  I have now come to
know Chris as a husband, father, neighbor and most importantly
a dear friend.
Christopher embodies the word generous and lives a life as a
faithful God-Fearing man that one can only watch and attempt to
emulate.  It's one thing to donate, or write a check, but the thing
we value most as humans is time.  He spends day in and day out
giving just that, time.  Spending time with the Drama
department making sure each year the play sets are built;
costumes are provided for the kids and even hosting a pizza
party annually for the cast.  In the fall he and his wife Nicole set
up, provide and run a stroll in the courtyard of the school where
they transform it into a Halloween Spectacular.  The winter is
also hosted by Christopher where he spends hours turning
pavement and bricks into a magical Christmas Wonderland.
Each holiday he is seen around the school dressing as Easter
Bunny, Santa Clause or whatever the school's needs are to put a
smile on each kid's face.  He has even been known to drive on
field trips to make sure each child and faculty get to the
destination safely, even when it's not his own kid's grades.
Chris embodies what a Christian man is and if we gave back
even 1% of what Chris does, the world wouldn't be filled with
such hate and anger.

On a personal note, I can't help but speak to Chris as a father. His three young boys are his entire world, Christian (12 years old), your typical first born type A kid, who strives for perfection in everything he does. Calvin, (9 years old), the "wild" one, can always be caught telling a joke, singing a song, dancing and just bringing life to any and every conversation he is a part of. Finally, Julian (2 years old) a combination of his two older brothers, sweet and charming with a twist of fun and spice. Christopher is not your typical father, he has NEVER missed one single play, game, meet, concert, church mass or public speaking event. His happy time is doing anything and everything that he has to do with his children. I understand the depth and gravity of the charges Christopher is facing and I am begging you on behalf of the St. Josephs Community, his friends, his wife and his boys PLEASE have mercy on him. We as a community are begging for your compassion and forgiveness when it comes to the sentencing of Christopher Ponzo.

Sincerely,

Joy E. Bethune

Joy E. Bethune

CP-029

**NEW ENGLAND**
**CONSTRUCTION**
EST 1985

CELEBRATING **35** YEARS

The Honorable Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Christopher Ponzo

Dear Judge Gorton,

My name is Adam Arsenault, Director of Operations for New England Construction. I've known Christopher (Chris) Ponzo for about 16 years as both a friend and a colleague. Most of those years, I've known him as a close friend to my brother Paul Arsenault. Through their friendship, I became friends with Chris myself. Chris is the god father to one of my nieces. I know his character and have no objections to Paul's choice. It's worth mentioning that Paul and I have two more brothers. He thought his second born was better guided by Chris (and wife Nikki) than actual relatives. I'm not devout myself but I'm aware of the Ponzo family's commitment to the church and being standup citizens in the community.

I've always known Chris to be a kind, generous and hard-working person. I've witnessed his generosity and commitment to his community, friends, colleagues and of course family. I've gone to several church or school events where the Ponzo family was one of the main contributors in both time and monetary commitment. Most recently, I attended an annual Halloween event/ fund raiser for the school at which his kids and my nieces attend. I admittedly don't even know the name of the school, but I was invited by the Ponzos to bring my two kids to enjoy the festivities.

On a personal note, in 2015 when I first purchased a house, about a month into it I had a pipe burst and had a finish basement flood. Chris found out through my brother and arranged to drop off commercial dehumidifiers that night. No questions asked or money required. He saw a friend that needed his help. Later that year at the same property I ran into electrical issues, and he sent electricians to fix code issues that made my home safe immediately.

On a professional note, over the past year or two, CAP electric has bid on and completed several projects for New England Construction (NEC). We've found Chris' company to be highly competitive and capable, beating several of our more established trade partners. They continue to bid us, and I expect will continue to do great work for us.

These are just a few examples of Chris' character, but I believe they show my respect and admiration for him and his family. His three beautiful sons have an exceptional role model to emulate and learn from. It is my opinion that they will be far better men under his guidance.

Sincerely,

Adam Arsenault
Director of Operations
New England Construction

CP-030

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

**Re: Christopher Ponzo Character Reference**

Dear Judge Gorton:

I am writing to you on behalf of Christopher Ponzo, whom I have known for over 15 years. My name is Robert Constantine, and I am a retired electrical worker with 40 years of service for Boston Edison, NSTAR, and Eversource. I live in Wakefield, MA, where I am an active and devoted member of St. Joseph's Parish.

I have had the privilege of knowing Chris through my family, as he is the godfather of my granddaughter. Chris and his family, including his wife Nicole and their children, Christian, Calvin, and Julian, have become like an extended part of our family. They are present at birthdays and holiday events, and though not related by blood, their presence is always felt as deeply as that of any family member.

My wife and I see Chris and his family every week at church. They are dedicated and respectful members of the parish. From Chris down to his youngest child, they embody kindness, generosity, and respect—qualities that are a testament to the values instilled by Chris as a father and husband.

Throughout the years, I have known Chris to be a compassionate and giving individual, always ready to lend a hand to those in need. One instance that stands out in my mind occurred when I experienced significant flooding in my basement after installing an irrigation system at my home in Wakefield. I called Chris, and without hesitation, he arrived with industrial dehumidifiers and equipment to help us mitigate the damage. He did this without asking for any compensation or even offering a second thought. That's the kind of person Chris is: resourceful, reliable, and deeply caring for others.

Your Honor, I respectfully request your leniency when considering sentencing for Christopher Ponzo. He is a man of strong character who has positively impacted the lives of many, both in his personal circle and in the larger community. His generosity and integrity speak volumes about who he is as a person, and I believe his actions throughout his life are evidence of his deep commitment to doing good.

Thank you for considering my perspective and for taking the time to read this letter.

Respectfully submitted,

*Robert Constantine*
Robert Constantine

CP-031

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Jessica Ortiz. My occupation is Software Sales. I am writing to offer my wholehearted support for Chris Ponzo, who I have had the privilege of knowing for over 10 years. In this time, I have come to know Chris Ponzo as a person of exceptional kindness, generosity, and unwavering integrity. I have been continually impressed by Cris's extraordinary deep commitment to family, friends and the community.

One of the most remarkable qualities about Chris Ponzo is the way he and his wife have created a warm, welcoming home for everyone. Their home is a sanctuary where friends, neighbors, and even newcomers are greeted with open arms and genuine hospitality. Through the years my family and I have enjoyed the gatherings we attended that brought people together. Chris and his family embody the spirit of generosity.

Chris Ponzo has consistently demonstrated a commitment to helping others. When my husband and I reached out a few years ago about making a donation to the Nashua Latin Festival, Chris did not hesitate to make a donation. He also took the time out of his busy schedule to attend this local community event with his wife and children. I remember another time where our family and friends planned an outdoor event for a family member going thru cancer, It was supposed to rain that day and since the event was outdoors we needed a tent. Chris Ponzo somehow found out and surprised us by contacting a local tent rental company to set up a tent for us and generously paid for it. These are just a few examples of his generosity.

Chris Ponzo is not only a devoted husband and father but also a role model for his children, teaching them by example the importance of compassion and kindness. His ability to make others feel valued and supported has had a profound impact on everyone fortunate enough to know him.

I have no doubt that Chris's kindhearted nature and positive influence will continue to enrich the lives of those around him. It is my hope that this letter provides insight into the person he truly is—someone who gives selflessly and brings out the best in others.

Thank you for taking the time to consider my words and perspective. Please feel free to contact me at 603-566-2444 or jortizbizi@gmail.com if you have any questions or require further information.

Sincerely,

Jessica Ortiz
1 Clocktower Place Apt#308
Nashua, NH 03060

Scanned with
CS CamScanner
CP-032

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is David Scarpello, and I work as a Chief Financial Officer for a wealth management company. My wife, Jennifer Scarpello, works as a para-education aid at an elementary school in our hometown of Wakefield. Our family has known Chris and Nicole Ponzo for seven years, as our youngest daughter, Stella, attended Saint Joseph School with their two boys, Christian and Calvin.

What first struck me about Chris was how involved he was with his two boys and with Saint Joseph community. Any time the school was putting on an event such as the Halloween Party, Holiday Craft Fair, or the spring musical, Chris was not only there to assist, but he was most often acting as the leader of the volunteers. He wanted to make sure that everything was perfect for his boys, and for all the students, teachers, and parents. As a parent of four children, I have been involved with Saint Joseph School for 20 years. I can honestly say that within those 20 years, I have never seen any dad devote his time and talent more than Chris.

Beginning in October of 2023, one of our children was diagnosed with a serious condition and as a result had to spend significant time at the Hospital. This was an extremely difficult time for our family. While many friends checked in periodically to inquire how we were all doing, no one did so more frequently and with more genuine concern than Chris. He genuinely cared about how my child was doing, and how Jen and I were doing too. Chris and his entire family made us feel very special during those challenging days. We will never forget how thoughtful and caring he was, a quality that one doesn't see all that often anymore.

Chris is a dedicated husband and father, and he is a guy who goes out of his way to care for those around him. He is a good man, and if more of us put others first the way that Chris does, the world would be a much better place.

Sincerely,

David Scarpello

CP-033

**The Honorable Nathaniel M. Gorton**
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Michelle McHugh, and I am writing to provide a character reference for Christopher Ponzo. I have had the privilege of working for Chris over the past two years. Chris is not only my employer but has also become a very close friend of mine. During this time, I have witnessed firsthand his incredible generosity, humility, and dedication to those around him.

Chris is an exceptionally humble person and carries himself with a very humble demeanor. He never seeks recognition or expects anything in return for what he does for others or the community. His actions truly come from the kindness of his own heart. Whether it's time, resources, or energy, Chris is always willing to help others, and he is consistently going above and beyond to support his family, employees, and community. This is something I can contest firsthand as I have seen him go out of his way to help others in time of need whether it is one of his employees or a customer/ individual he does not know.

I have been a direct beneficiary of Chris's generosity many times. He has provided me with financial support from his personal funds on several occasions, whether it was for vacations or celebrating my birthday. He has also allowed me to stay at his vacation home in Florida free of charge.

Chris regularly gives back to his community all out of the kindness of his own heart. For example, each year, he dresses up as the Easter Bunny for his children's school because he knows how much the children love it. Every Halloween, he spends hours organizing a walk-through event for the children and families at the school. And for Christmas, he orchestrates a sleigh ride for less fortunate families in Stoneham, ensuring that they can experience the holiday magic, even if they may be struggling financially. These are just a few of many examples of ways he gives back to his community.

One of the most admirable characteristics of Chris's character is his selflessness, even in times of personal difficulty. Despite facing this major life-altering decision, Chris's primary concern was ensuring his employees received their Christmas bonuses, worried about putting together props for the children's annual play he helps organize, and of course his family. His ability to put others first, even in a time of personal crisis, speaks volumes about the kind of man he is.

Chris is a devoted father, a loving husband, and a role model for all who know him. His dedication to his family and his community is truly inspiring. While speaking with his wife, Nicole, she shared that when she met Chris, one of the things she loved most about him was his ability to help others. That spirit of selflessness is at the core of who Chris is. I consider myself very fortunate to know Chris, both as my employer and as a friend.

Thank you for your time and consideration. Please feel free to reach out if I can be of any further assistance.

Sincerely,

*Michelle McHugh*

Michelle McHugh
(978)239-9612

CP-034

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Gorton,

I'm writing this letter in support of Christopher Ponzo. I have known Chris since we were 1 year old. Throughout our childhood, we spent the majority of our down time at the girl's and boy's club of Stoneham. Although we had different interests, we became fast friends. Chris was very good at working with his hands, while I preferred playing sports. Despite our different passions, Chris's enthusiasm and drive was contagious. I have fond childhood memories with Chris, building forts/go carts, sledding, shoveling neighbors' driveways or going to the campground: just to name a few examples.

Chris has always had a strong work ethic. He started working at an early age, delivering newspapers before school then working at the New England Medical Center. As many of us went off to college, Chris started a successful DJ business. While running his DJ business, Chris ventured into property management and real estate. Chris spent countless hours managing properties and being approachable to his tenants. Despite his successes, he never forgot where he came from and was always supportive of his friends, family and community. Chris is known in the community for his volunteer work for the girls and boys club and gifting Christmas presents for disenfranchised children in town.

Chris has always been a loyal and trusted friend. Besides my family, there is not a single person that has a greater impact on my life than Chris. When I bought my first home, Chris was the first person to lend a hand. He worked tirelessly to make my house habitable, as I bought a fixer upper. Years later, he was an integral part in refurbishing my house. He volunteered his time by coordinating the contractors for my home improvement. All the while, allowing me to stay at his house during the project.

His biggest accomplishment is being a great family man, as both a husband and father. I've had the luxury of seeing firsthand his unconditional love for his wife and children. Chris and Nicole devote their lives to support their children's passions. Whether attending/coaching their sporting teams, donating their time to school functions (including building the sets for their kids plays) or organizing fundraising efforts. Their unwavering

CP-035

dedication to their children's success has developed compassionate and well-rounded children.

I respectfully ask that you take into account his positive contributions to the community and his paternal role to provide financial and emotional stability to his family. Thank you for taking the time to consider my letter. I appreciate your attention to this matter.

Sincerely,

Steven Busby

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Jacqueline Johnson. I am a registered nurse at Beth Israel Deaconess Medical Center where I work in the medical intensive care unit for the past twenty years. I have known Christopher Ponzo for nineteen years after meeting him in 2005 through my best friend and college roommate, Alexandra Melino. I have always leaned heavily on my friendship with Alexandra and have spent a lot of time with her and her family. Chris is Alexandra's brother-in-law and I consider him a very dear friend. When I stop to think about how many life events I have shared with Chris and his family, they are numerous: birthdays, baptisms, weddings, funerals & holidays; not to mention softball games, football Sundays and family dinner nights. Most recently in June at my friend Alexandra's 40th birthday dinner, Chris and I were discussing our relationship and how long we've known each other. He looked at me and said, "Jackie. You're family."

For the entire 19 years I have known Chris, his humor, charm and good nature would stand out in any story I could share with you. However, what would also become very obvious is Chris's kind heart and generous nature. As cliché as it sounds, Chris is a man who would truly give you the shirt off his back. In 2022, after coming to my house in Dedham for dinner one night, Chris noticed our recessed light bulbs were the "cool" color that you wouldn't ordinarily put in homes. My husband explained that when he renovated our home he made a quick decision on the lighting color and later regretted it. Chris made a quick comment about how he had several bulbs that he could send us. Later that week, two large boxes were delivered on our doorstep. They contained over fifty "warm" recessed light bulbs. When I called to thank Chris, his response was that he forgot to include a set of steak knives that he had also wanted to gift to us. That is Chris in a nutshell: generous to his core.

In 2014, with my mom in the hospital nearing the end of her life, Chris graciously hosted my surprise 30th birthday party at his home. He generously provided and paid for the food, drink and entertainment for fifty friends and family members. Over the years, I have been to several dinners with Chris where he will pay the bill and not accept money from anyone. Having everyone together, sitting around the table enjoying themselves is what makes Chris happy. He is unapologetic in his ferocity for his family and friends.

Several years ago it became tradition for Chris and a friend to don chicken suits and show up on the dance floor of family weddings to get the crowd going. At the wedding of a mutual friend in New Hampshire, Chris had forgotten the chicken suits back at the hotel. During cocktail hour, he called the front desk and went above and beyond to arrange for a member of the hotel staff to transport the chicken suits to the wedding venue. A silly example, sure. But it speaks to Chris's desire to selflessly provide joy to those around him without ever expecting anything in return.

CP-037

Judge Gorton, please take my stories and opinions of Christopher Ponzo into careful consideration. Chris's personality is bursting with energy. He is rarely able to sit still and relax. He is a generous, kind person with the strongest work ethic I have ever seen. He is a man who came from very little and has built a beautiful life for his family through grit, hard work and constant effort. As I have described above, he is a man who makes promises and delivers on those promises. Please allow him the opportunity to uphold the promises he made to his wife, Nicole and their three young sons, Christian, Calvin and Julian, to be a consistent and present husband, father and provider.

Respectfully,

Jacqueline Johnson

CP-038

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

In the course of our lifetime. we meet many people, some who come and go, while others will remain and become close friends. I always believed that some of the best people in our life are people we have not met yet. How true this statement was for me when my path crossed with Christopher Ponzo.

I have known Chris for almost 10 years and remember the day our paths crossed. I was working on a project for The Stoneham Boys & Girls Club, and after working with them, I was introduced to Chris. We introduced ourselves, and after back-and-forth conversations I had asked Chris, on the Boys Club behalf, if he would review the contracts and the scope of work to make sure all was in order and to assure me and the customer that we would be getting the best possible price and proper materials. Chris took it upon himself to review all the documents, research the specs and, using his professional opinion, make any adjustments he thought would be in the best interest of the club. It involved more work than he once thought, but sincerely did his due diligence in order to make my customer confident to take the next step.

After seeing firsthand his work ethic, his kindness, and sincerity throughout our encounters. I knew I wanted to build a relationship with him, a business one first, and if I was lucky, a personal one thereafter. He started to take on some other projects as well, and one thing was for certain, the quality, his dedication, the hard work of himself and his crew were always top notch. He took great pride in doing a thorough job from the minute it started and right up until the last of the project was signed off on. Chris went above and beyond in everything that was assigned to him, but after my experiences with him, I expected nothing less.

I truly feel that Chris has made me a better person since meeting him. I have witnessed firsthand the utmost dedication, commitment and kindness that is present in every project he took on, no matter how complex or difficult it would seem.

As our friendship grew over the years, that same dedication and kindness spilled over in his personal life as well. He is an amazing husband, and father of three incredible young boys. Even as hectic as life was with his own growing family, he never forgot where he came from, and was always a phone call away from his own parents and would instill in his children the importance of love and respect that grandparents deserve. One night I reached out to Chris regarding a job we were involved in, and I had asked how things were going with family. He had mentioned that his dad had been sick and not doing very well and was on the decline. He was at his dad's bedside holding his dad's hand waiting for the inevitable yet was still available for my call. He told me when he found out about his dad's decline, he stopped everything, leaving prior commitments behind and got on the next plane to be with him; and stayed right where he needed to be until the end. This to me showed how unselfish and giving this man was. Each time he spoke of his dad, he would as about mine. One a visit with my dad I was telling him about Chris and all that the good he does, and my dad asked if he could meet Chris someday. I told Chris the next day and he immediately started talking about a day we could meet for lunch so he could meet my dad. I was beyond touched by this. He talked to my dad like he knew him forever and was a great listener and showed lots of patience with all of my dad's questions. My dad is a very sharp and religious man himself and on the drive home from lunch he said "it was a pleasure to meet your friend Alan, no wonder you enjoy his friendship, I loved his values, very generous indeed".

I've also learned about his commitment to his faith. He along with his wife have instilled the importance of God in their children's lives while enrolling them in Catholic schools. His children were not the only ones involved in their school; Chris was as well. Chris was a constant volunteer at school offering his time as well as his resources for every occasion, holiday events, and many fundraisers, all to benefit the children involved with the schools. He would take the time out of his busy work schedule to build props for plays, floats for parades, or any other help the staff would need. Again, always committed. But nothing spoke to me more of who Chris Ponzo was when I heard that he would go around leaving secret Santa notes in family's mailboxes that he knew were less fortunate and might not be able to provide Christmas for their own children. In the note was a phone number to call to make a special request, or wish they had. Chris would collect all the responses from phone calls and purchase gifts, food, etc, load up his truck, decorated as a Christmas sleigh, with his own children dressed up as elves to deliver the wishes to the homes. I was so touched by his kindness, and his thoughtfulness.

Everyone should experience a friendship like I have with Chris. I am confident I can call him and he will continue to show up, because that's who he is. It's rare in this day to meet a person you know has your back regardless. His children are better because of him, and the community he has given back to time after time wont be forgotten. I have learned Chris has one main weakness, and that's his heart and the kindness he provides to others. Not only to his family who adore him and need him in their lives, but to countless businesses, friends, and the community around him.

With deep respect, thank you for allowing me to share my encounters and memories with Chris Ponzo. Please know that if there is anything else I can help you with or discuss, I would be more than happy to assist you.

Sincerely,

Alan J. Marrocco
40 Rinzee Road
Dracut, MA 01826
Cell (617) 694-0780

CP-040

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210


Dear Judge Gorton,

My name is Kyle Higgins, and I am a barber in North Reading, Massachusetts. I am writing to you on behalf of Chris Ponzo, whom I have known for approximately 10 years. In my experience, Chris is one of the kindest, most giving people I have ever met. He consistently goes out of his way to help others and has personally been incredibly generous to me and my growing family. Whether through his time or resources, Chris is always there for others.

Whenever Chris comes into the barbershop, he instinctively looks for ways to help. If there's hair on the floor, he starts sweeping. If something isn't working properly, he offers to fix it. If we need supplies, he volunteers to pick them up in his truck. He's always eager to lend a hand. I remember one instance when I accidentally left my keys at home. My car is push-to-start, so I was able to drive to the barbershop but couldn't get inside or return home to retrieve my keys. Fortunately, Chris was my first appointment that day. Without hesitation, he drove me all the way home to get my keys. Remarkably, he wasn't even concerned about getting his haircut afterward because he didn't want to disrupt my schedule.

On numerous occasions, I've witnessed Chris quietly perform acts of kindness. For example, he often pays for services for military veterans or people in uniform. He doesn't stick around for thanks or make a show of it, he simply does it and moves on.

One memorable moment was when Chris was in my chair, and another client, Dan, arrived. They greeted each other warmly, and afterward, I asked Dan how he knew Chris. Dan explained that Chris had gotten to know his father casually while dropping off packages at the UPS store where Dan's father worked. Tragically, Dan's father passed away, and when Chris heard the news, he stepped in to help the family with funeral expenses. This is just one example of the countless stories I've heard from others who have interacted with Chris. Whether in personal, business, or community settings, I have never heard anyone speak negatively about him.

Every year, Chris and his brother Joe dedicate time around the holidays to support people in need. They organize a Christmas sleigh ride around town to deliver gifts to families and host a "Breakfast with Santa" event for local children. These are not obligations—they are acts of kindness driven by Chris's genuine desire to make the lives of those around him better.

While Chris's generosity and community involvement are remarkable, what I admire most is the way he has raised his children. Chris and his wife, Nicole, are exemplary parents, and their three children are the most well-behaved, polite, and socially engaged kids I've encountered at the

barbershop. Raising children like that doesn't happen by accident, it reflects the love, time, and effort Chris and Nicole invest in their family. Witnessing Chris's dedication to his children has inspired me to prioritize the same level of involvement with my own son and future child.

Without a doubt, Chris has positively impacted his family and our community in countless ways. I sincerely hope this letter gives you insight into the kind of person Chris is—an exceptional father, friend, and neighbor who consistently goes above and beyond to enrich the lives of others.

**Sincerely,**

Kyle Higgins

Christopher Humber
289 Elm Street
North Reading, MA 01864

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Character Reference for Christopher Ponzo

Dear Judge Gorton,

My name is Christopher Humber. I have been a Stoneham firefighter for 24 years, an electrician in the Navy and I have continued in that field since. Christopher Ponzo has been one of my best friends since we were 5 years old and a great influence throughout my life. Mr. Ponzo encouraged me to go to a technical school for high school and that changed the course of my life. There I became an electrician. After I graduated, Mr. Ponzo encouraged me to enlist in the Navy. I began my tour in June of 1993. Mr. Ponzo was the only person with me when I left and was the only person that came to visit me. He supported me through some difficult times prior to entering the Navy and also some very dark times during my enlistment. After I was honorably discharged from the Navy in 1995, Mr. Ponzo gave me my first job out of the service. We worked together for many years at a business that he started independently when he was 18 years old.

Through the years Mr. Ponzo has been an incredible friend and a great support. In 2016, I had the opportunity to work with him again. Mr. Ponzo was also a best man at my wedding and our families continue to be close to this day. Through successes and challenges, we have remained connected and supported each other. When my father-in-law passed away in 2017, he stood by my family, offering emotional support and generously providing a coalition for my wife's family. When my own father fell ill and eventually passed away in May 2022, he was there once again, ready to provide whatever we needed. Just one month later, when my niece tragically passed away in June 2022, he was there for us yet again, a constant source of strength and compassion during our most difficult moments.

Over the years, Mr. Ponzo has been deeply committed to giving back to the community in meaningful ways. During the Christmas season, many years ago, Mr. Ponzo started with a simple sleigh ride for some friends and family one Christmas Eve. Over the years, this tradition morphed into a cherished effort which has spread joy and has brought thousands of dollars' worth of gifts to less fortunate families, proving the power of generosity and community spirit.

CP-043

Whether it's through charitable donations, building connections with organizations like the Boys and Girls Club, or transforming a warehouse into a creative workshops to build sets for his family's church, Mr. Ponzo's efforts have had a lasting impact on so many. Mr. Ponzo has supported my son's fundraising efforts since he started playing youth sports when he was 4 years old. Mr. Ponzo's dedication to helping others is inspiring. It is these kinds of contributions that strengthen communities and create lasting change.

In the face of adversity, Mr. Ponzo's strength of character is defined by his selflessness and ability to remain steady and resilient; his influence in the lives of others and his unwavering commitment to supporting those around them, even in challenging times, should be what defines a man. I am honored to write this letter on behalf of Mr. Ponzo, and I appreciate your consideration.

Sincerely,

*Christopher Humber*

Christopher Humber

CP-044

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing to you about my boss, Chris Ponzo. I have worked for Chris for eight years, but practiced trades for most of my life, and I have never worked for someone like him.

When I started with his company, I knew nothing about electrical, but my friends told me that it was a good company, and the boss was really good... they were right! Chris took a chance on me, and he noticed my hard work. He let me work with different teams so I could learn more and gain experience, and he promoted me when he saw I was ready. He even paid for me to take electrical classes.

I am not rich, and I didn't go to college, but Chris never talked down to me or acted like he was better than me. He always made himself available to talk, he listened to me, and always treated me well. He became a mentor, and a friend to me. And it wasn't all talk- he gave me bonuses for a job well done and gave gifts to me and my family on special occasions, like holidays. He even helped my family with clothes and diapers, and baby stuff when my daughter was born 9 months ago. When my daughter was born, Chris also let me use my vacation time before I accrued it, taking my word that I would be here to pay it back. Chris is a good man, and I really look up to him.

I hope you will consider all of this in your decision.

Sincerely,

*Paulo Correa*

Paulo Correa

CP-045

# BRIDGETON PROPERTIES LLC

January 2, 2025

Judge Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Christopher Ponzo Reference

Dear Judge Gorton,

I am writing in regard to Christopher Ponzo.

For the past 20 years I have worked as a Project Manager for Bridgeton Properties LLC and oversee 30 properties North of Boston including 300+ apartments, office space, retail and warehouse spaces.

My job involves contracting with a variety of businesses including electrical contractors. I have contracted with Chris Ponzo for 15+ years first with his company Electrical Associates, then later with C.A.P Electric. The scope of work varies from anything simple like the replacement of a light fixture, to complete build outs of office space and recently the renovation of the Greater Boston Stage Company Theatre in Stoneham, MA. Chris and his associates are always professional and fair with initial bids and final billing. Chris goes out of his way to make sure all work is completed on time to the highest level of quality and it is for these reasons we have continued a long-term relationship with Mr. Ponzo.

During Christmas, Chris takes time to ride around the Town of Stoneham with a sleigh to pass out gifts to those less fortunate. Chris has also been a supporter of the Stoneham and Wakefield Boys and Girls clubs. Also with my conversations with Chris, it is clear is a true family man that puts his wife and young children first in his life.

Please reach out if you should have any questions.

Thank you,

Mark Livesey
Project Manager

50 Dodge Street    Beverly, MA 01915    Phone: 978.922.7800    Fax 978.922.5444
www.bridgetonpropertiesllc.com    email: info@bridgetonpropertiesllc.com

CP-046

The Honorable Nathaniel M. Gorton
United States District Court
he Courthouse Way
Boston, MA 02210

Dear Judge Gorton:

My name is Angelo Panacopoulos, and I am currently employed at Zoll Medical Corporation in Chelmsford, MA as the Director of Credit and Collections. I am writing this letter on behalf of Christopher Ponzo who has recently appeared before your court. I first met Mr. Ponzo and his family over forty years ago at a campground in Rochester, NH. Our families quickly bonded, and that connection still goes strong today. My own parents treated Mr. Ponzo like a son and his father was an important figure in my life. These strong family values have made Mr. Ponzo one of the most caring and generous people that I know, and it shows in the devotion he has for his own wife and children.

As I am sure you are aware, this type of letter is not something anyone wants to write. I understand the seriousness of this matter and wish the circumstances were different. I'd just like to share some of Mr. Ponzo's positive qualities. In addition to Mr. Ponzo's strong family values, I have witnessed the kindness and generosity that he has shown, particularly to my friends and family, on numerous occasions. He is the proverbial "give you the shirt off his back" individual and NEVER asks for anything in return.

From a personal standpoint, Mr. Ponzo has always been there for me. One particular event in 2010 stands out the most in my mind. The evening before I was scheduled to sell my home my furnace stopped working. The real estate closing was early the next morning so there was no way I would be able to sell the house without heat and hot water. To complicate matters I was also scheduled to buy my next home a few hours after the sale and any delay was going to ng significant financial hardship to my family.

At that point, repair companies were closed, and I had no other option other than to reach out to Mr. Ponzo as I knew he was skilled in multiple trades. I explained the circumstances and he quickly stopped what he was doing to come over to assess the situation as he could sense the desperation in my voice. After several hours of trouble shooting and a few trips to home improvement stores Mr. Ponzo was able to resolve the problem. Now one may just look at this as someone being a good friend but what I didn't realize until later was that Mr. Ponzo had an important family commitment that evening which he had to miss. This is just one example where Mr. Ponzo made a personal sacrifice to help a friend who was in desperate need, and I will always be grateful and proud to be his friend.

No matter what happens, I am sure that Mr. Ponzo will emerge as an even better person than the one I have known and admired all these years. Your Honor, I sincerely hope that you will take this letter into consideration during sentencing, and I truly believe Mr. Ponzo is a valuable member of the community.

Sincerely,

Angelo Panacopoulos
1288 Salem Street
North Andover, MA 01845

CP-047

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am a second grade teacher at Saint Joseph's School in Wakefield, and having two of Christopher Ponzo's children as students in my classroom, I have had the pleasure to know Christopher on a personal basis. Education is the most important thing in a child's life. The parents are the first teachers. I would like to describe to you how Mr. Christopher Ponzo is a great teacher aside from a great father. Christopher not only showed up from every event in his sons' school, he also coordinated it. He was Santa Claus, the Easter Bunny, the event coordinator for all celebrations in our school. He is a hard-working electrician who used his skills and talents through generosity for the community and for those in need. He's a great member of our school community not only because he's a parent, but also because he is a faithful Catholic parishioner and leader.

Christopher endured the death of his father at the same time welcoming the joy of the birth of his third son Julian. He truly believes in the adage of faith, family, and friends... in that order. He is the most generous person I've ever met in my life. He is also the most sincere and faithful friend to all. He is known to many and liked by all. My sincere proof in this letter is to represent Christopher as the first teacher of his sons, leader of his community, and a dear and true friend. I share in his support of the school community and the faith of our church with dignity, solace, and pride. Life presents us many challenges.

All the good this man has made represents life. I implore that you consider all the good that he has done for our school, for his family, and for our community, which is too much to mention in this letter. This man represents truth, dignity, but mostly his faith that exoneration will show what he is all about regardless of the outcome.

Truthfully yours,

Anne Marie Parris
Saint Joseph School
17 Gould Street
Wakefield, MA 01880

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is James McNally. I am 69 years old and reside at 44 Central St, North Reading, MA 01864. From 1984 through 2012 I served as a Special Agent with the U.S. Secret Service and the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am now the owner of McNally Boxing, located at 48 Main St, North Reading.

I have personally known Chris for three years but have known of him for several years before that due to his involvement in the community. His sons, Christian and Calvin, have been members of my boxing gym. Chris and his wife, Nicole, are outstanding parents to the boys. One recurring comment I hear from others is about Chris Ponzo's generosity. He consistently offers his time and financial support whenever needed.

I hope the positive impact Chris has made is considered. He is a good man who does not deserve the current situation he's in. Thank you for your time, and please feel free to contact me if I can be of any further assistance.

Sincerely,

*James McNally*

James McNally
617-719-7562

CP-049

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

November 26, 2024

Dear Judge Gorton,

My name is Maral Bucci, and I am a friend of Chris Ponzo. I have known Chris for more than 20 years and Chris has always been a loving and caring friend of mine since we first met.

That is why I am writing this letter as a character reference for Chris, because he has always been a respected, kind person, and a genuine person to everyone he has come across, including me and my entire family.

To give you a personal example, just this past year I experienced a terrible situation when my basement flooded and many of my personal belongings were ruined due to a power outage. Chris was the first person to come to my house with a generator, fans, and dehumidifier to help remedy the situation. Whenever I need anything, I know that I can count on Chris and he will be more than happy to help.

It is unfortunate that Chris is in this situation. Understanding the serious nature of these charges, I hope that you take into consideration this character reference knowing that Chris will do more good outside of prison than he will behind bars.

Yours truly,

Maral Bucci

Maral Bucci
51 Howard Street
Reading, MA 01867

CP-050

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Tammy Laurina. I am 54 yrs old and live in North Andover. I am the Installations Coordinator for Interstate Food Equipment Service of Malden.

I have known Chris for 30 years. We met while myself and my husband (who has since passed) were camping with family at Grandview Campgrounds in Rochester. We quickly became friendly with Chris as he was so magnetic. His personality was electric. As the years passed Chris quickly became part of the family. There wasn't a family function without Chris there.
Chris once had his own small business as a DJ. This is where Chris's personality really shines as he enjoyed his work but loved entertaining his clients and made sure to do his best to make everyone happy, have a good time and just be free. He even had a private party for my family. They still to this day talk about how fun it was and how much Chris was the biggest part of that. In 2016, my husband was diagnosed with lung Cancer. Through all his treatment and surgeries Chris was the one to always check in on me and the kids. Always asking if we needed anything no matter what it was. He was the first to donate generously to our GoFundMe. This just to make sure that we were not struggling for anything.

My husband passed in August 2022 and till this day, Chris still checks in with me and the kids every month. He makes sure to send me a video of my husband's favorite song that him and Chris would sing together always making sure to yell in the background "Joey, I love and miss you buddy".

I could go on forever with all of Chris's amazing qualities and how great a friend he has been but this would then be a very long letter. What was mentioned above are just a few examples but are what shows Chris to be one of the most caring and outstanding friend and adopted family.

Sincerely,

*Tammy Laurina*

**Tammy Laurina**
18 Royal Crest Dr
North Andover, MA. 01845
(781) 727-5592
tammi1225@gmail.com

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton:

      I have had the pleasure of knowing Chris Ponzo for over 20 years. Chris is a devoted, charismatic family man and businessman whose selfless character shows how he cares for others.

      His motivation and dedication have proven to be successful in all his accomplishments. I have always looked up to Chris and he has been like a big brother to me over the years. He was/is always there to offer advice, assistance and support whenever I needed it. Chris encouraged me to join the military as an Army Infantry officer and supported me throughout my 7-year career.

      As a facilities project manager for a large firm, I hired Chris for his electrical services and his quality of work, attention to detail and customer service were all second to none. Chris helped me start and develop my general contracting business with key connections, investments, resources and positive testimonials. Chris genuinely cares about the success and welfare of others and to describe him as a productive, positive member of society is an understatement. I am truly privileged to have Chris as a friend.

Sincerely,

Brent N. Last
Owner. Licensed Construction Supervisor
Structure Pro GC

CP-052

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,

My name is Fursey Keleghan, I am an Irish immigrant who came over here in the late 80's. I was a young boy at 15 years old and I just lost my mother and father. My Mother's wishes were for me to live with her sister in Boston and I attended the vocational school in Wakefield. It was a tough time for me losing my parents and leaving the rest of my family and friends back in Ireland. One of the first people I met at school was Christopher Ponzo, it was such a pleasure to meet somebody who was so caring and kind to me at such a young age, and that has carried over into our adult life as he is still a great friend to me and now a wonderful husband and father to his three beautiful children. I admire him and all he has accomplished in life. I am very lucky to have him in my life to this day.

Thank you for your time and consideration.

Sincerely,

*Fursey Keleghan*

Fursey Keleghan

CP-053

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I met Chris over 15 years ago while working with his wife, Nicole. From the moment I met him, I could tell the kind of man he is. Kindhearted, generous, and, without a doubt, the funniest person in the room.

Growing up as an only child, I was fortunate enough to grow close to Nicole, and in doing so, she became the sister I never had. So, when it came time to choose godparents for my two daughters, I didn't hesitate to select her and Chris. I wanted someone who was a great role model, and invested in their lives as well as in church and parenting, which they are. When I thought about who would care for my children if anything were to happen to me, they were the first people I thought of. Parenting is something I take very seriously, and choosing godparents is not a decision I made lightly, but the way Chris raises his sons made the selection process easy.

Chris is the kind of father who is always attentive, patient, and consistently present for his three sons. Every moment of his life is dedicated to his family, and anyone who knows him can attest to that. He is the type of parent, husband, and son every family hopes to have.

Over the 15 years I've known him, I have also seen Chris be a devoted husband. He is my best friend's rock, and I've watched them navigate many ups and downs. What they are facing now is, without a doubt, the hardest challenge they've ever encountered. But through it all, they've been there for each other and for everyone they love, giving their whole hearts. I truly never met anyone as loving, thoughtful and caring as these two are.

Nicole has supported Chris through this difficult time while also protecting her children and trying to hold herself together. Chris has always been Nicole's rock, and now she is his. Despite the pain they are both enduring, they continue to keep life "normal" for their children. Celebrating birthdays, attending church every Sunday, and preparing for their big school play. Chris even designs and builds every prop for the play each year, as well as for other school and church events they are deeply involved in. Watching their struggles is heartbreaking, but the strength and love they show is inspiring. Trying to balance the roles of both parents while carrying such a heavy mental load is incredibly difficult. Yet, each day they put one foot in front of the other for their boys. Chris and Nicole are the most loving, compassionate, and caring couple anyone could be lucky enough to have in their lives. When my mother was diagnosed with stage four cancer, Chris was one of the first people to reach out, offering support, and asking if there was anything he could do. His constant presence during that time meant the world to my family. To feel that kind of support during such a challenging time is something I'll never forget. Chris and Nicole actually crafted a piece of art that they gifted to my mother to help her spirits during the fight that read, "If you saw the size of the blessing coming, you would understand the magnitude of the battle you are fighting", it was a powerful message that I returned back to them during this time where it can be their guardian angel now in their battle.

Chris makes you feel as though you've known him your entire life. He welcomes you into his family with open arms, and my two daughters know him as "Uncle Chris." They don't need to be blood-related to have that special bond. My daughters also consider his sons to be their cousins. Last year, my oldest daughter (6 years old) started a new school year feeling nervous and shy. It was their middle son, Calvin, who took the time to make her feel at ease. He became her school buddy, holding her hand walking her to church, helping her with school work, and teaching her new things each week. He is becoming an amazing young boy, thanks to the wonderful example set by Chris.

Their oldest son, Christian, is one of the kindest, most respectful, and thoughtful young men I've had the pleasure of watching grow. Every time I see him, or my children do, he meets us with the biggest hug and kiss on the cheek. A warm embrace that he learned from his father, who treats everyone like family and they are the most important person in the world.

Their third child, Julian, is the sweetest little boy who always has a smile on his face. It's unintentional at his age (2), but he has a way to him where he lights up the room and people gravitate towards. Characteristics he undoubtedly shares with his father. He was an answer to their prayers after many years of trying to complete their family. Chris has provided those boys with an incredibly strong foundation.

Chris has never had anything handed to him. He is tireless and is one of the hardest-working people I know. I never see him stop. If he isn't working or raising his children, he is helping family or friends.

I would like to thank you for taking the time to read this letter and I ask you to consider who Chris is as a person, friend, husband, uncle, and father when making your decision. He is the heart of our community and the one we all lean on.

Regards,

Renee Danielle Arsenault

Renee Danielle Arsenault
47 Pleasant Street
Wakefield, MA 01880

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton:

I hope this letter finds you well.

My name is Lawrence Bruno, and I have had the privilege of knowing Chris Ponzo for just under a decade.

Throughout our friendship, I have witnessed firsthand the remarkable impact Chris has made in both his personal and professional life. It is an honor to write to you today, sharing my thoughts on his character and the positive influence he has had on me, my business, and our community.

Chris is a person who consistently demonstrates a profound commitment to others, both in his professional endeavors and within his personal life. His generosity and kindness know no bounds. Over the years, I have seen him give his time, talents, and resources without hesitation, always with the goal of making those around him feel valued and supported. He has been an outstanding presence in our local community, and his efforts have touched many lives.

As a local businessman, Chris has built relationships based on trust, respect, and integrity. His reputation in the business community is one of reliability and honesty, and he takes great pride in treating both his clients and employees with the utmost respect. He goes beyond mere business transactions, cultivating personal connections that have led to lasting friendships. Whether he is helping a customer or mentoring a young entrepreneur, Chris has consistently shown a willingness to guide and support others in their journeys.

What sets Chris apart is his deep sense of empathy and his ability to listen and connect with people. He has been a steady source of support not only for my family but also for many others who have had the privilege of knowing him. I have witnessed Chris step in during times of crisis, offering comfort, advice, or simply his presence. His actions speak volumes about his character – he doesn't seek recognition for his kindness, but rather acts from a place of genuine care and concern for those around him.

Chris is also a dedicated family man, deeply committed to his wife and children. His love and devotion to them are evident in everything he does. He values faith, family, and friendship, and these core principles guide his every action.

I understand that you are facing an important decision in Chris's case, and I urge you to consider the many lives he has touched and the positive contributions he has made to our community. His integrity, work ethic, and generosity have created a ripple effect of kindness that extends far beyond what may be immediately visible.

Thank you for taking the time to read this letter. I trust that you will consider the full scope of Chris Ponzo's character as you move forward.

Sincerely,

Lawrence Bruno

**Lawrence Bruno**

CP-056

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

    My name is Nicholas Souza. I manage the North Reading branch of Anton's Cleaners, a dry cleaning chain found all over the commonwealth.

    Chris ponzo has been a friend of my family and myself for many years. Chris is all about community and seeing the people around him succeed. I've watched him spread kindness and a sense of family throughout the North Reading community. Whether it's at the local barbershop or restaurant or gas station, you see CAP water bottles and hoodies everywhere and if you go ask the people wearing those things how they feel about Chris, I know they share my sentiments about him. He's a great man that does his best to be someone people can rely on and count on to be a friend.

    Chris' generosity is something I can personally attest to. My father George, who was a friend of Chris', passed away in 2018 leaving my mother in an incredibly tough financial situation and Chris stepped right up and gave the largest donation, ten thousand dollars to the go fund me set up to help our family. His generosity and kindness never end. He regularly checks up on my family and I and always asks what he can do to give us a hand. Chris is someone I've looked up to since the day I met him and I hope this letter illuminates how he's touched my family and my own life and demonstrates what I've known for years, that Chris Ponzo is a great man who deserves the support that he has given to so many people in this world and especially our community.

Thank you,

Nicholas Souza

CP-057

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Nathaniel Gorton,

I have known Chris Ponzo and his family since I was in the first grade. He is one of the most generous and caring people I have ever met, along with his three adorable sons and his kindhearted wife Nicole. Over the years, Mr. Ponzo has become like a second father to me.

Every Christmas Eve, Mr. Ponzo and his brother Joe recognize the less fortunate kids who live in Stoneham. They consider what each kid has on their Christmas list, and they travel through the town on a sleigh, hand delivering gifts to children whose parents cannot afford it. The two brothers put in the effort to make sure every child has a magical Christmas. This year I was lucky enough to go along with them and watch as they gave out bikes, barbie dolls and toy cars. Not only did I realize how fortunate I am, but I realized how generous, thoughtful and considerate the Ponzo brothers are.

Every year the highlight of my Summer is tubing. My family often goes over to the Ponzo's house, where Mr. Ponzo takes all of the kids out on the pond to tube. After hours of swimming and tubing we all roast marshmallows over the fire and enjoy other desserts. This winter, the pond froze over and Mr. Ponzo invited a bunch of families over to skate, drink hot chocolate and sit by the fire. Being around good-hearted people like Mr. Ponzo and his family makes me realize how lucky I am.

Mr. Ponzo does a lot for Saint Joseph's school. St Joseph's school is the school that I went to my whole life and just recently graduated from two years ago. It is also how my family met the Ponzo family, because that is the school that two of his sons, Christian and Calvin, attend. Mr. Ponzo goes out of his way to buy Halloween animatronics so the kids can have an annual Halloween stroll. Throughout the school year, he and his wife construct props for the school play in his warehouse. During Christmas the Ponzo family decorates the school yard with inflatable characters and Christmas trees. Kids that are in preschool all the way to 8th grade love the dedication and effort that he puts in to make holidays extra special and exciting.

Chris is an amazing person who always puts others before himself and is loved by everyone who has the privilege to know him. Kindhearted people like Mr. Ponzo make this world a better place and I am thankful to have him and his family in my life. Judge Gorton, thank you for taking the time to read this letter and consider who Mr. Ponzo is to me.

Sincerely,

*Olivia Casoli*

Olivia Casoli

CP-058

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Justina Langone, and I am the owner of The Remedy Exchange, a health-focused café in Wakefield, Massachusetts. Over the past six years, I've had the privilege of getting to know Chris Ponzo, his wife Nicole, and their wonderful family as regulars at my café.

I opened The Remedy Exchange in August 2018, and shortly after, Chris and his family became some of our most cherished patrons. They would often stop by for healthy meals, whether before or after school drop-offs, church events, or simply to spend quality time together. Their presence always brought warmth and positivity, creating a welcoming atmosphere that enriched our community space.

Even before I got to know Chris and Nicole personally, I admired them as exemplary individuals. They are kind, generous, and genuinely uplifting. Their magnetic energy and love for their family are evident, and their sons reflect these same values. Chris and Nicole truly embody the kind of family that inspires others.

As I grew to know Chris better, I saw firsthand his entrepreneurial spirit and his unwavering willingness to help others. Whether it was holding a door for a fellow customer, assisting me with tasks like swapping out a light or carrying groceries, or simply asking if there was anything I needed, Chris always went above and beyond. These acts weren't performed for recognition—they stemmed from his sincere kindness and desire to see others succeed.

When my fiancé, Mike Gallo, launched a docking and barge service business two years ago, Chris was one of his biggest supporters. He has consistently offered help, whether through physical labor, networking opportunities, or marketing ideas. Chris's generosity and enthusiasm are unmatched—he genuinely wants to see others thrive.

In every interaction I've had with Chris and his family—likely over a thousand moments over the years—he has consistently left people better than he found them. My staff and I often reflect on how much we enjoy having the Ponzos as customers; they're easily a top pick for our favorite family.

To put it simply, Chris is a phenomenal human being. His positivity, selflessness, and integrity inspire everyone around him. The world would undoubtedly be a better place with more people like Chris Ponzo in it.

Sincerely,

Justina Langone
Owner, The Remedy Exchange
Wakefield, MA

CP-059

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Wendy Bradford, and I am a friend of Chris Ponzo. I have known him for 4 years. I am a retired grandmother of 10 grandchildren. Five of my grandchildren attend Saint Joseph School in Wakefield, MA along with Chris' 3 boys.

Chris is not only an outstanding father to his 3 sons, he is also a huge support to the St. Joseph community. Chris goes above and beyond for the school and is forever giving of his time and talents. He is there for all the school events and takes the time to provide a helping hand wherever it is needed. In Chris' spare time, he spends much of the winter building the sets for the fabulous play the kids put on in the spring. The staff and the kids love Chris for all that he brings to the school.

I was the hall monitor at Stoneham High School before retiring. That is where I saw the best and sometimes the worst of adolescent kids. It was very evident that the kids without a stable home were the toughest of students. And, without a doubt, more of my direction needed to be provided to the boys over the girls. I could see and understand how incredibly important it is for young men to have their father to grow up with.

Chris and Nicole have raised and continue to raise 3 of the nicest and most pleasant boys to be with at any given time. These boys are so very respectful to adults and their peers. And I have to say that they all have permanent smiles on their beautiful faces. There is never a time that they don't stop to give me a hug.

As a grandparent I have watched generations of families throughout my years. I am very concerned currently of these 3 young boys growing up without their dad present in their daily lives.

I more than understand your job as a Judge. I am praying you can understand my concern for these 3 precious sons and how their lives will be impacted. I appreciate you taking the time to understand my deepest concern. Thank you for your time and understanding.

Thank you,

Wendy Bradford

Wendy Bradford

CP-060

Then Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I am writing to provide a character reference for my friend, Chris Ponzo, whom I have had the privilege of knowing for two decades. Throughout our friendship, Chris has shown himself to be a kind, generous, and genuinely friendly individual. His strong work ethic and dedication to his family and community are qualities that I deeply respect.

In 2010, I was honored to witness Chris's marriage to his wife, Nicole. Over the years, I have watched as Chris and Nicole have built a beautiful life together, filled with love, respect, and joy - qualities that Chris brings to every interaction and relationship he has. They have raised three remarkable young boys who are creative, outgoing, and sweet - a testament to the nurturing and supportive environment Chris has helped create.

Chris is not only a dedicated family man but also an active and generous community member. He is involved in their church, where he consistently donates his time and resources to support the programs and community activities that help bring people together. At St. Joseph's School, where his wife and I attended together as children and where his two oldest boys are currently enrolled, Chris's support has enriched its programs, helping create an environment of learning where children thrive. Additionally, Chris is a committed supporter of the local Boys and Girls Club, which serves Wakefield and Stoneham, dedicating his time and resources. His contributions to this organization are meaningful and have provided long-lasting, meaningful benefits for the children and staff. Chris's dedication to these causes speaks volumes about his character and his desire to give back to the community at large.

Chris brings energy and enthusiasm that is infectious, uplifting everyone around him and creating a positive, welcoming atmosphere wherever he goes. His hospitality and generous spirit are constants, and it is clear that he genuinely values the people around him. He deeply loves Nicole and their boys, and his absence would have a profoundly negative impact on his family.

I humbly ask that you take into account the significant role Chris plays in his family and community. His positive influence and contributions reach far and wide, and his absence would leave a significant void for those who depend on him, especially his boys, who at only 7th grade, 4th grade, and just two years old, rely profoundly on his guidance, support, and love during these formative years.

Thank you for your time and consideration.

Sincerely,

*Bridget Cox*

Bridget Cox
7 Bedard Ave
Pelham, NH 03076

CP-061

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I am writing to share my experience with Christopher Ponzo in hopes that it will help provide a more comprehensive picture of his character. To share more about myself, I am a mother to 3 sons, a caregiver for my elderly parents and my career has been dedicated to underserved populations, including those with incarceration histories, substance use disorders, chronic illness, intellectual and developmental disorders and those who are economically and culturally diverse.

St Joseph Parish is a vibrant community with a Catholic elementary school. It is through the church and school community that I first met Chris Ponzo. He is a devout Catholic and attends church regularly with his family. Our sons have attended school together for the past 9 years and in that time, I've developed a strong friendship with the Ponzo family and observed Chris' interactions. Chris is friendly with absolutely everyone and always willing to engage in pleasant conversation, and offer his support or help when needed. I've never met anyone who doesn't have a kind and positive thing to say about him.

Chris is incredibly generous, especially with his time and his talents. He volunteered to plan and execute a Halloween and Christmas stroll for school families, a beloved school tradition for the past 5 years. Chris has generously volunteered to design and built the sets for every single theater production, he sponsored youth baseball teams, and participated in many school and community fundraisers.

Chris is always a bright light; he supports the community and school families in ways that many don't see. More importantly, Chris does this from his heart. For example, 2 years ago my husband and I separated. He moved out abruptly on my sons' birthday and while my 74-year-old mother was hospitalized after emergency surgery. I was incredibly stressed, embarrassed and ashamed. I withdrew from school and community events, and while I am sure others noticed, it was Chris who candidly reached out. A simple text to check in and offer his support was more impactful than he knows. Since then, Chris has shared his experience as a child of divorced parents and continually assures me that my family will get through this difficult time, all while he has been going through a difficult time himself. I am sure that he has deeply impacted others, just as he has impacted me and my family.

Family is the most important aspect of his life. He is an active and engaged husband and father, who is at every game and school event. I respectfully request that you please consider Chris' character and the impact on his family, especially his sons, as you decide the consequences for this unfortunate situation.

Sincerely,

Christina Hildonen

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing this letter as a character reference for Christopher Ponzo, who will be before you for sentencing in February 2025.

I am a Registered Dietitian working in long-term care. I met Chris through St. Joseph School and got to know him when we teamed-up to build sets/props for the school's Drama Club.

I've known Chris for 5 years, but we actually met casually 10 years ago when my daughter transferred into St. Joseph School. Being new to the school, I volunteered for the school's Craft Fair to meet other parents. I was alone and struggling with setting up tables, and Chris came over to help me. I doubt he even remembers it, but it made a nice impression on me. He was very nice to me.

Then in 2018, I was helping with the school's theater production, and again, Chris saw me struggling with a backdrop, and even though we didn't know each other, he voluntarily came to help. He saw my problem; he left and quietly returned an hour later with homemade hooks that he made for me. He didn't ask for any thanks (and we still use those same hooks every year.)

I really got to know Chris in 2020 when he and his and his wife, Nicole, joined the school's theater program. The three of us became a team, planning and building sets and props together. We've done this every year since 2020 (except for 2021 due to COVID), and we have lots of fun creating a special experience for the children. It is hard work, but Chris is always generous with his energy, creativity and time. He is warm, reliable, thoughtful and respectful. He is a hard worker, using early mornings, late nights, and weekends to build what we need. "It's for the kids" he always says.

Chris, Nicole, and their children make a beautiful, close family. Chris is very involved with raising his three boys, and they look up to him. They are well-behaved and polite. I've gotten to know Chris as a "give the shirt off his back" type of person. He greets people with a hug. He is unusually sensitive and caring about other people. He is quick to offer help, moral support, or a little personalized gift, which he has done for me more than once.

I respectfully submit this character reference to you to let you know that Chris is needed and valued as a member of the community, as a husband and father, and as a friend.

Sincerely,

*Kathryn G. Butler*

Kathryn Butler
38 Montrose Ave., Wakefield, MA 01880

CP-063

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Christianne Chiodini. I am an elementary school teacher at St. Joseph's Catholic School in Wakefield, Massachusetts. I have known Chris Ponzo for 6 years. I first met him when his son joined the school's drama club. I was building sets and Chris offered to help. As the years progressed, he became more and more involved until the sets were pretty exclusively built by him. He has always solved every single problem presented, not only related to set building but also audio questions. He was a professional DJ earlier in his life and knows a fair bit about audio systems. If anything was missing, he purchased it and never asked for reimbursement. Given that we are a parochial school with no money for a drama program, his generosity allowed the drama department to excel in offering first rate sets for our productions that have rivaled any public school with drama budgets. His expenditures ranged from $4,000.00 to $5,000.00 a year, not including 200 plus hours of labor.

During COVID Chris supported the teachers' needs to be heard over their masks by buying every teacher a portable speaker and headset, just trying to help out in a time of need.

Chris also purchased artificial trees in 2020 for every classroom so that during Christmas time each class could decorate a tree which was then used for an outdoor Christmas party. In this way, we could all stay together while respecting the COVID protocols. He never asked for anything in return, but desired only that the children would experience Christmas cheer at our school under stressful conditions.

Chris has procured, set up, and run our Halloween party with multiple blowups and other wonderfully gruesome creatures that have delighted our students, at no cost to the school.

As a parent, Chris has always been very generous with his children's teachers, showing us deep appreciation with gift cards and other presents to make our jobs easier.

Chris has been an essential part of our school community since his family joined St. Joseph's. He became the right hand man of our principal who called on him for any situation that needed a strong hand or financial help. When our principal, who was in charge of a field trip to his favorite fishing pond with my class, couldn't make it, Chris stepped in, buying the pizza and then treating everyone to ice cream cones at a favorite ice cream shop in Wakefield.

I have never known a man more available to work on as well as to financially support a project he deems reasonable and helpful. Chris doesn't think twice, he decides and acts. My husband had a knee replacement this year and we have a stairlift used previously for my mother in law which wasn't working. No stairlift company would send out a repairman and we were left with no other option than to replace the entire stairlift. I asked Chris if he could send someone to look at the problem. He did and that man spent approximately 5 hours figuring out what was wrong and fixing it. As I expected, Chris

wouldn't take any money for fixing the stairlift.  On my side, I have been able to help Chris' son Christian by teaching him piano.  This is what we do as Christians;  those who are more financially sound and energetic, give of their surplus and strength;  those of us less financially wealthy,  give of whatever talents we possess.

Chris is a shining example of a man who sees a need, financial or otherwise, and immediately addresses it with his numerous capabilities.  Chris does not count the cost, he simply acts to relieve the situation.

Regards,

Christianne Chiodini

December 29, 2024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is René Ferrazzani, I am an Office Manager, employed by Paglia Plastering and have been in that position since March 04, 2015. My office address is 16 Jonspin Road Wilmington, MA.

I am writing this letter on behalf of Christopher Ponzo, whom I have known for the past six years. Chris Ponzo is the owner of the building where my office is located.

Since the first time I met Chris, he has shown me an incredible level of kindness and generosity. I remember chatting with him at work soon after we were introduced, and I casually mentioned that my water filter system at home had broken the night before. Chris knew I was a single mom and that I was struggling financially at the time. The very next day, to my surprise, Chris arrived at work with a brand-new water filter for me. This gesture was not an isolated incident; rather, it is reflective of Chris' character. Over the last six years, he has always gone out of his way to help me and my kids. I've also seen him on multiple occasions lend a hand to others who are going through tough times.

Chris really shows his caring nature through his constant acts of kindness and generosity. Every year for Christmas Chris puts together an event for the Boys and Girls Club of Stoneham. He collects, wraps and delivers presents to the children of families in need. The presents are handed to the children by Santa and his Elves who are on a Christmas sleigh that was built by Chris. Beyond the holidays, Chris extends his generosity to his children's school, where he plays a pivotal role in organizing events and celebrations for all the students throughout the year.

I just wanted to take a moment to express how fortunate I feel to have Chris as a friend. Ever since I met him, he has continually impressed me with his honesty, kindness, and strong values. He's really an extraordinary person, not just in who he is, but also in the way he lives his life. The fact that he's always willing to help others without expecting anything in return shows a deep level of empathy and selflessness that's truly admirable, especially in today's world.

Judge Gorton, I appreciate your time and attention to this letter. If you require further information from me, please contact me at the number or email below.

Sincerely,

*René Ferrazzani*

René Ferrazzani
12 Westward Circle
North Reading, MA 01864
reneferr09@gmail.com
781-526-3942

CP-066

The Honorable Nathaniel M. Gorton
United Stated District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Loraine Doiron, a 79-year-old woman, who is a teacher's assistant at Saint Joseph's Parish school in Wakefield Massachusetts. I have known Chris Ponzo for several years. Chris has such a positive impact on our community. He gives so much of his time to the school and church. His charitable time is unsurpassed by anyone that I know. His caring for children makes the children smile on each holiday is above and beyond, for example his dressing up as a bunny and visiting our classrooms, the Halloween Bash in the school yard, or the Christmas Stroll in our school yard. There are many others too many to mention. The children get so excited to see him preparing for it. There is not a person I know that has said a bad word about him. He is a devoted church goer, a wonderful family man, and husband.

There are so many that will be affected by his absence. I believe no one will step up to make these children smile like Chris. The work he does is unbelievable along with his time. Chris is an integral part of St. Joseph School, a wonderful human being, and I ask you to consider all of this. With all that is going on in the world, we need more people like Chris Ponzo. We are praying for you to help with Chris staying with his boys who adore him and a wife cherishes him. These years are very important to have guidance and a father figure in their household. They are very well mannered. You would be amazed if you could just sit and speak with them. Please have mercy on Chris. He is not what the news is portraying him to be. Please listen to your heart and find a solution to keep him with his family.

We all need Chris! God bless you and please make the right decision. We need kindness like Chris Ponzo in this world especially at this time.

Thank you,

Loraine Doiron
287 Ash Street
Reading Ma 01867

CP-067

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

This letter is to tell you a little bit about Chris Ponzo. I moved to North Reading in 2019 and had the privilege of becoming neighbors with the Ponzo family. From the second I moved in, Chris made me feel welcome in the neighborhood. My first impression of Chris was that he was a standup guy who puts others first. In my first interaction with Chris, he immediately stopped his truck going out of his way to shake my hand and introduce himself. With that introduction included an offer to help with whatever I needed, and unlike most people, he meant it. From that point, I could tell he was uncommon.

In the neighborhood, Chris is continually going out of his way for others. One example is clearing driveways for others, especially our elderly neighbors. For other families, Chris maintains and improves the part of the street that the city does not. There are at least 4 to 5 households that would be negatively impacted without this kindness. Chris has continued to offer help and support to anyone who needs it. He has gone out of his way for me personally on many occasions and does so for everyone he meets. This may be as simple as borrowing a tool or rolling up his sleeves and lending a hand. Chris offers help never asking for or expecting anything in return.

I am aware of the case against Chris and felt it was important to acknowledge that in this letter. This case has never changed my opinion of Chris and my faith in him is unwavering. He is a family man, a man of faith, and an excellent neighbor and friend. Chris is one of the hardest working individuals I have met and putting others first is a constant theme in his life. Chris has enriched my life, and I am glad he is in it. I appreciate your attention and am happy to speak further on Chris's character.

Best Regards,

*James Lutz*

James Lutz
Program Manager
WizNucleus, Inc.
781-244-2903 (C)

CP-068

The Honorable Nathanial M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Robert Melino and my wife's name is Alexandra Melino. I am a managing partner and physical therapist with Bay State Physical Therapy. My wife is a registered nurse and currently a full-time homemaker. We are writing on behalf of the character of Christopher Ponzo.

We have known Chris as a brother-in-law, provider, and friend for 25 years. Although we could list off countless accolades Chris has accomplished throughout his life, nothing compares to his greatest achievement, that of being a father. To be a father means to provide for, protect, and serve your family. Chris exhibits these characteristics daily and it is quite evident of the amazing job he is doing when looking at his three sons. These three boys exude his kind natured spirit, sensitivity towards others, and goodwill. They are the first to offer a hand to a friend, pick someone up when they are down, and help others when they are in need. To see boys of their age act in such chivalry is not by chance. These are learned behaviors. Learned from watching, studying, and emulating their father.

Chris is the godfather of two of our three children. We chose him for this important role because we know that if something were to happen to us, Chris would protect, nurture, and love our children as his own. To cite specific examples of Chris' selfless nature would be impossible. There are simply too many to count, from showing up at 10pm to help diagnose a septic system problem, to installing a new water heater with no question, to the person we call when we need to take one of our children to the ER in the middle of the night and someone needs to be home with the others, there is one common theme, he always shows up. He shows up, not for recognition, acknowledgement, or validation. Chris' actions are always driven by one singular motive, a genuine love to help and see others happy and thriving. In a world full of jealousy and hatred to see a man go out of his way to help others succeed is not only commendable it is also admirable.

Chris' daily presence in his children's lives as well as our family's life is so supremely important in these formidable years. He is the blue board and plaster that hold the strong walls of our family together. Please, please don't take that away from us.

Sincerely,

Robert and Alexandra Melino

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing to provide a character reference for Christopher Ponzo, a man I have had the pleasure of knowing for nearly a decade. Throughout our friendship, I have consistently witnessed Chris's generosity, selflessness, and commitment to his community.

I initially became aware of Chris and his family through their active participation at St. Joseph Church in Wakefield, MA, where I am currently employed as a Facilities Manager. My wife, Kasey, and I have two young daughters, Charlotte and Amelia, who also attend the school affiliated with our parish.

Even though I had seen Chris at church, I hadn't had the opportunity to talk to him much, until one day when I was refinishing the custom-made mahogany doors that lead into the church. The doors had been damaged from the sun. I needed to strip, sand, stain and refinish them. As I was sanding the doors by hand, Chris happened to walk up behind me and said, "Hey buddy, do you need an electric palm sander? That would make your job a lot easier." I turned around, and it was Chris. I politely declined, explaining that these are custom made doors and I didn't want to risk damaging the delicate trim or causing more work. He said, "Ok, but if you ever need help, just let me know." He didn't know me but as soon as he saw me working in the hot sun, he instantly tried to make my job easier. This type of relationship continued for a while as I was a bit of an introvert and just preferred to keep to myself. However, as my time working at the church and our children attending the same school, Chris and I became great friends. I honestly can say that every time I'm doing anything, Chris is always there offering help; not only to me but to my family, the parish, the school, the community, and to anyone who needs anything at all.

Chris has frequently invited my family and I to holiday gatherings at his home, which speaks to his welcoming nature. There have been several occasions when I faced challenges at my own home that I was unable to resolve. Upon learning of my difficulties, Chris selflessly sent his employees to assist me, insisting on refusing any payment, despite my willingness to compensate him for his help.

Chris and his family are deeply involved with both our local school and the church community. A memorable instance occurred right before a Christmas craft fair when the refrigerator at the church broke down. Despite our efforts to secure a timely repair, we were unsuccessful. In true Chris fashion, he stepped in and provided a refrigerator from his own property to ensure success of the event.

His commitment to supporting others extends to the school, where he and his wife, Nicole, dedicate countless hours to building, painting, and setting up props for school plays. They also organize Halloween and Christmas strolls every year in the school yard with elaborate decorations and thoughtful and meaningful activities for the kids. They do this without seeking help, recognition or compensation; solely for the benefit of the students

CP-070

and the enjoyment of the wider community.

Chris Ponzo embodies honesty, integrity, and a sense of responsibility toward his community. Thank you for considering this reference. I believe that Chris deserves compassion and understanding during this difficult time.

Sincerely,

Alexander Canto

CP-071

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

We write this letter in support of Christopher Ponzo whom we have known in a personal capacity and have been friends with for over three decades! We grew up in the same town of Stoneham, Massachusetts.

Chris is an outstanding friend. There have been so many times throughout the years when we have called upon him to assist us, whether with help on a home repair project, lending a hand to move something or even just giving advice on a personal level, he has always been generous with his time and always willing to help. Chris is one of the smartest and hardest working individuals that we know. From a very young age he was always trying to make himself better and more self-sufficient. Throughout his life, Chris started and ran multiple successful businesses. You only need to show Chris one time how to do something and after that he is going to do it all himself. He is always striving to make himself better, and not wanting to rely or bother anyone is just how he is.

If I had to pick only one word to best describe Chris it would be *generous*. He is extremely generous with his time, money and knowledge. No matter who you are, or what you need, he is always there to help. Chris has always been generous with everything and everybody!! Whether he's known you his whole life, or just met you, he treats everyone the same.

We have always been impressed by Chris's genuine display of empathy and compassion in the community, especially during the holiday season. Chris is extremely thoughtful and caring. Year after year on Christmas Eve, he and his family do a sleigh ride with Santa; buying gifts and volunteering their time delivering wrapped toys, clothes and presents to underprivileged families. As a firefighter for the Town of Stoneham for almost thirty years, I know firsthand just how amazing this event is and what it means to many of the families that are lucky enough to receive these wonderful gifts.

Chris is an unselfish hard worker, great boss, dedicated friend, caring brother and husband and a wonderful loving father who always pours

CP-072

everything into his three young sons. Chris will go to the end of the earth and back for his family. And he would bend over backwards for anyone that asks for help.

We appreciate your consideration in this decision.

Sincerely,

Scott & Melissa Greenleaf

CP-073

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I have had the privilege of calling Chris Ponzo a friend for over 15 years. Chris leads by example in every aspect of his life as a husband, father, and Godfather. He is my granddaughter's Godfather, and I have witnessed firsthand his unwavering commitment to his family and his faith.

Every week, Chris attends church with his entire family, and it always brings a smile to our faces to see them fill an entire pew together. His strong faith is evident, not just in his church attendance, but in the way he lives his life.

When there are events at the church or school, Chris can always be counted on behind the scenes. Whether it's assembling sets, painting backdrops, or even playing DJ for plays, school events, or sports activities, he is there, volunteering his time and talents. He's a truly hands-on father, and his three sons absolutely adore spending time with him. We often run into them on their way to baseball and basketball games, or even at Home Depot for a "boys' day" outing, including their haircuts. The love and connection within their family is truly special, and it's clear that his sons are being raised with incredible care, guidance, and nurture.

Chris possesses a unique, sincere, and warm quality that we cherish deeply. Several years ago, when I was diagnosed with stage four cancer, Chris and his wife were among the first to offer support and encouragement. They regularly delivered baskets filled with inspirational items and trinkets, which lifted my spirits more than I can express. Chris is the first person that you can depend on and the last person to let you down. We are truly blessed to call Christopher Ponzo our dear and close friend.

Judge Gorton, I would humbly request you consider the type of man Christopher is to his community and his family when you are issuing his sentence. We are all better people, and the world is a better place with him around. Thank you for your consideration.

Warm regards,

Julie Constantine

CP-074

October 29, 2024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Nathaniel Gorton,

My name is Kelly Williams. I am a friend of Chris Ponzo. I have known Chris for the past eleven years. I feel the need to write this letter on behalf of Chris who has displayed generosity and love to myself, my family and our school community for as long as I've known him.

Chris is a man who gives his time and talents to others. He is the reason our Saint Joseph School community has become a special place for all 242 students. All the students know him as "Mr. Ponzo". He continually gives his time and talents to bring joy to all of them, asking for nothing in return. For example, year after year Chris gives hours to creating an annual Halloween Haunted Stroll and Christmas stroll. Even in the past week with all he has going on in his personal life he still showed up to provide lasting memories for the children at Saint Joseph School. He never puts himself before others. These two events alone have provided our families with core memories and countless smiles. When students leave school, they never remember the day-to-day learning that happens, the school memories that stick with them are the ones of celebrations of learning, clubs and performances. Chris dedicates months to building theater sets for school productions. Late nights and creative challenges never phase Mr. Ponzo. He will figure it out all for the children. Chris is the one creating these school memories for our community. Without Mr. Ponzo our school would not be able to bring these and many other programs to the students at Saint Joseph School, Wakefield. Chris is an essential part of our school community.

Chris displays great gratitude and empathy towards others. He is patient, kind and encourages others to be better versions of themselves. He uses his talents to build up others and help them in times of need. He is a man of faith, who not only gives to our school community but attends our church community every weekend. He is someone you can count on. I have been able to count on Chris for kind words and company through challenging years. He shows up in times of grief and sorrow. Over the past 11 years Chris has been there for me, my husband and my three sons more times than I can name. The thing is, it's not just for me and my family, Chris shows up this way for anyone and everyone. He truly is the most selfless person I have ever met. Chris has been a blessing in the lives of many. He is one of a kind.

Please think of the positive impact Chris has on the lives of many, especially the students and families of Saint Joseph School. Consider the good Chris does, the services Chris provides and the people who love and need him. Chris is a loving husband and father, the strength of his family. Have mercy on him as we all need and count on Mr. Ponzo.

Thank you for taking the time to read this letter.

Sincerely,

Kelly Williams

Kelly Williams
5 Gould Street
Wakefield, MA 01880

CP-075

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing this letter regarding Christopher Ponzo. I have personally known him for 30 years. In that time, I have personally observed his kindness and generosity towards communities and anyone in need. Chris has run his own Toys for Tots type programs for years in Stoneham and surrounding communities to gift toys for underprivileged children and would decorate a trailer into a makeshift sleigh with Christmas Carolers and a Santa. He would do this with his own time and money every year, and it became contagious. What started as Christopher with a few others grew to several other volunteers joining in every year to partake in bringing a little joy into others' lives. Chris has always been well known in the hometown of Stoneham but became known to other cities and towns for his caring and generous demeanor. In the 30 years I have known Chris I have yet to find anyone who would say anything negative about an experience with him. I have friends associated with the Boys and Girls club of Stoneham, who would share stories about how the Ponzo boys grew up there as members and later became leaders who paid it back to the club.

Over the years, I have friends who have come into hard times and without ever being asked for help Christopher has always jumped into action, assisting with whatever was needed from morale support to financial support or just checking in with phone calls and texts. Chris has always been the type to help strangers, but you really knew when you were his friend. Chris would always be by your side. I can think of very few friends that I would say that about without question. Chris is what I call a pillar of a community. People who put others before themselves are what makes this country the greatest in the world. I can say without a doubt Christopher is one of those people, and without him in the community, we all suffer.

I have worked in the Justice system for almost 30 years, in my time as a court clerk, probation officer and Police officer I have seen the wide range of crimes and cases, as have you. Knowing the background of Christopher and the crimes he is being charged with, I can't think of anyone more deserving of a second chance. Chris is not harmful, violent or a threat to society; He is a caring son, husband, father and friend. And taking him from all those situations would create more victims as their loss would be great.

Respectfully Submitted

Jay McCarthy

8 Pine Grove Ave

Woburn, Ma 01801

December 13, 2024

The Honorable Nathaniel M. Gorton
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   **Character Letter in Support of Christopher Ponzo**

Dear Judge Gorton:

We write today in personal support of Christopher Ponzo to attest to his good character and the immense positive impact he has had within our local community.

We first met Chris and his lovely family after transferring our children to small local Catholic parochial elementary school in the fall of 2020. Primarily because of Chris and his wife (Nicole), we were immediately welcomed with open arms into the school and congregation.

As the days turned into weeks, months, and now years, we have had the pleasure to enjoy a wonderfully tight-knit schooling community focused on establishing an academic and spiritual guidepost for our children's life-long success both within and beyond the school and parish communities. The families within the school are extremely active with almost daily events, charitable service requirements, fundraisers, and student get-togethers allowing the families to grow beyond the classrooms.

Without hesitation, we can definitively say that Chris is far and beyond the most involved and charitable parent at the school. He is dependable beyond measure, man of his word, and always follows through. His good deeds at the school are beyond compare. He is the first one setting up tables for the annual craft fair and last one there after 3 days taking it all down again; he spends months personally building the sets for the school play; brings in light structures and decorations for the Halloween and Christmas strolls; never misses the weekly Monday morning Praise and Worship; sponsors every fundraiser. The list truly goes on and on. Every parent will wholeheartedly confirm that without Chris, our school and community would suffer irreparably.

Additionally, like Chris, we have three small children. From this perspective, having spent countless hours together, we have personally observed Chris as a parent. Every child should be lucky to call Chris their father. The love and devotion he shows his boys is overwhelming. We cannot think of a single event, no matter how trivial, where Chris was not there in the first row cheering them on.

We sincerely appreciate you consideration in reading this letter and remain readily available should you need anything further.

Warmest regards,

Matthew & Megan Mantalos

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210


Dear Judge Gorton,

We are writing this letter on behalf of our brother-in-law, Christopher Ponzo. Our names are Mike and Michelle Maione, and Chris has been a part of our family for over 20 years. We both work in technology, Mike is a managing director, and Michelle is a product designer. We wanted to share the impact Chris has had on our lives, our families lives, and the community.

Chris is one of the most reliable and caring people you could have the good fortune of having in your life. He's the guy that will show up for you on moving day with a truck and a positive attitude—the one that will come over early before a birthday party when it's raining to set up tents. The guy that shows up to all events, big or small, to celebrate and support you. When Michelle was in college, Chris helped her move across the country for an internship. He's an active supporter of our personal achievements, always offering a way to help us succeed.

Additionally, Chris has always done what he could to take care of my family. He provided affordable housing for my grandfather to live in so he could be closer to my parents, and is currently housing my aging parents at no cost. He is the main provider for a multi-generational family, which he does simply because he truly cares for my family and loves us all deeply.

Each year, Chris spearheaded the town's annual Christmas charity event, which brought gifts to underprivileged families in the form of a traveling Christmas sleigh. So many people in the community have been touched by Chris's generosity—whether you were a friend, an acquaintance, or a member of the church. Chris became the person so many people count on.

I could write paragraphs highlighting all of the ways he's affected the lives of those around him, but the biggest reflection of his character is his three wonderful children. They are kind, thoughtful, honest, brave little boys, and the best role models for my own children. Chris takes a daily (if not, hourly) interest in raising his boys—driving them to school, volunteering at the school, participating in their activities, sitting around the dinner table every night, teaching them values. His involvement in their lives is closer than most fathers, something that is a testament to how remarkable they are. I have no doubt they will grow up to be reputable contributors to society with deep values and morals.

Please take this letter into consideration as a testament to Christopher's character and his critical role in the lives of so many.

Thank you

*Michelle Maione*

**Michael and Michelle Maione**
13 Spring Hill Farm
Wenham, MA 01984

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,

My name is Mark Flanagan. I have been a FedEx courier for 37 years. I met Mr. Ponzo 5 years ago when I became his courier. From that very first day and day thereafter, Chris has always been respectful and friendly to me. No matter how busy he was, Chris would stop what he was doing to greet me and ask how my day was going.

When I was getting ready for knee replacement surgery last year, Chris went out of his way to remind me that I had his number and to call him if I needed anything. Fortunately, I didn't have to call him, but that didn't stop him from reaching out to me to check in and make sure that both me and my family were doing well after the surgery. It meant a lot to me that Chris was true to his word, as many people often offer to help in situations like that but never follow through.

Although I am not a member of Mr. Ponzo's family or a life-long friend of his, the kindness that Chris has shown to me and my family over this past year speaks volumes to what kind of man he is and the friend that he has become. There are very few people who I would consider writing a letter for that are not my family, but Chris Ponzo is one of those few. I can only hope that this letter is able to convey my heartfelt appreciation for the selflessness that Chris has shown to me, and that I have seen him show to others on a daily basis.

I ask that you consider leniency for Mr. Ponzo and keep his young family in mind when making your decision. Thank you for taking the time to read this.

Sincerely,

*Mark Flanagan*

Mark Flanagan

CP-079

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Ronald DiVincenzo and I am the owner of Cap World with 12 stores in 4 states.

I am writing this letter to provide a character reference for Christopher Ponzo, whom I have known for over 30 years.

Throughout the time I have known Christopher, he has consistently demonstrated qualities of integrity, dedication, and kindness. Growing up in Stoneham, he was actively involved in various community activities and sports, which helped shape his strong sense of teamwork and responsibility. His commitment to personal and professional growth is evident in everything he does.

In North Reading, Christopher has continued to be an exemplary member of the community. He is well regarded by his neighbors and colleagues for his willingness to help others and his positive attitude. Christopher's dedication to his family and his work is truly commendable. He is always ready to lend a helping hand, whether it's volunteering for community events or supporting friends and family in times of need.

Christopher's character is marked by his honesty, reliability, and compassion. He is a person who can be trusted to handle any situation with maturity and grace. His ability to connect with people from all walks of life is one of his most admirable traits.

In conclusion, I wholeheartedly recommend Christopher Ponzo as a person of exceptional character. He has my utmost respect and confidence, and I am certain that he will continue to be a positive influence in any community he is a part of.

Please feel free to contact me if you require any further information. My cell number is 617-799-1102 and my email is ron@capworld.com

Sincerely,

*Ron DiVincenzo*

Ron DiVincenzo

General Manager
Cap World
15 West Emerson Street
Melrose, MA 02176
www.capworld.com

CP-080

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Candace Cooper, and I am the Chief Human Resources Officer for a national digital marketing agency. I am writing to express my heartfelt support for Chris Ponzo, a man I have had the privilege of knowing for the past eight years.

I first met Chris at my daughter's school, where one of his sons and my daughter have been classmates since kindergarten. Over the years, I have come to know Chris as a kind, compassionate, supportive, and selfless individual whose character shines brightly in every interaction.

Chris has been a constant presence in our community, volunteering his time and energy to countless church and community events. His involvement has included setting up, facilitating, transporting, and cleaning up at:

- The annual Halloween Stroll
- The annual craft fair
- The annual holiday festivities
- The annual 5K run and family fun day

These events require significant effort and commitment, and Chris has consistently stepped up without hesitation. One instance that stands out to me occurred during an event I was organizing. Due to an unexpected weather change, I found myself struggling to transport tables, uniforms, snacks, beverages, games, and other supplies from one location to another. It was a daunting task, and I wasn't sure how I would manage. Although this event was not one Chris was directly involved in, he noticed my predicament and, without me even asking, offered his time and assistance. His help ensured the event's success and spared me what could have been a logistical disaster. At the end of the event, he even stayed to help return all the items to their storage locations.

This kind of selflessness is not an isolated example. Chris has repeatedly volunteered to transport donations from families to their intended destinations, often dedicating his evenings and weekends to ensure others' needs are met. His generosity frequently takes time away from activities he could be enjoying with his own family or friends, yet he never complains or seeks recognition.

Chris's unwavering commitment to helping others has positively impacted countless lives. In a world where cruelty and selfishness often prevail, his actions serve as a reminder of the goodness that still exists. His kindness, warmth, and compassion make our community a better

place. Quite frankly, the world would be a bleaker place without individuals like Chris who spread positivity and hope through their actions.

I respectfully ask that you take into consideration the remarkable character of Chris Ponzo. He is a man who not only embodies selflessness but inspires it in others. His contributions to our community are immeasurable, and his presence is an invaluable gift to all who know him.

Thank you for your time and thoughtful consideration.

Sincerely,

Candace Cooper

Candace Cooper

CP-082

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse way
Boston, MA 02210

Dear Judge Gorton,

My name is Kevin Carmody, and I am a recently retired union laborer. I hold the family unit in the highest regard, and I keep my inner circle small, reserving it for family, close friends, and those who share similar values and beliefs. A couple of years ago, through my niece and nephew, I had the privilege of meeting Chris Ponzo, and we quickly became close family friends.

From the beginning, I was struck by Chris' unwavering commitment to his family and his community. He is always present, generous with his time, and an active participant in the lives of those around him. One example that stands out is Chris' tireless dedication to the St. Joseph's School community. Over the years, he has spent countless hours constructing and deconstructing the school's playsets, among many other contributions, all in the service of the children and families at the school.

Chris and his wife, Nicole, are raising their three children to be thoughtful, respectful, and kind-hearted young boys. This is evident in the way their two older sons, Christian and Calvin, consistently show kindness by offering sincere and respectful greetings to others. With their youngest, Julien, Chris and Nicole continue to instill the same values of respect and consideration. This speaks volumes about the positive influence that Chris and Nicole's joint parenting has on their children and the importance they place on family.

It is clear to me that removing Chris from his family would have a significant negative impact on the growth and development of his young children, especially during these formative years. Furthermore, taking him away from his community would be deeply detrimental to the many people who benefit from his selfless contributions.

I urge you to consider the far-reaching consequences of removing Chris from the lives of those who rely on him, especially his children, who need his ongoing presence and guidance as they navigate the important stages of their lives.

Thank you for your time and consideration.

Sincerely,

Kevin Carmody

CP-083

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Jill Barry, and I live in Wakefield, MA. I am a working mother to 3 young boys, having spent the last 15 years in technology sales. I am writing to you regarding Chris Ponzo, who is currently before you in court. I understand that you are tasked with making an important decision, and I would like to offer my perspective on Chris as a character witness.

I have known Chris for 20+ years as a friend and member of both our town & church communities. In addition, my children attend the same school as Chris's 3 sons and have become incredibly close with these 3 thriving young boys. Over the years, I have come to know Chris as an individual of exceptional integrity, kindness, and responsibility. Chris is someone who consistently demonstrates honesty in his life, and his commitment to doing what is right, even in difficult circumstances, is something I deeply admire.

In all the years I have known Chris, I have witnessed countless acts of devotion, reliability, and fairness. Chris has shown time and again that his actions are motivated by a strong moral compass and a sincere desire to contribute positively to the lives of others. Whether it be a simple school drop-off or dedicating countless hours to ensure the school drama production is a success - Chris is the person we turn to and can count on. He is good to the core & has garnered endless respect from many.

I recognize the gravity of the situation at hand and the responsibilities that come with it. However, I believe that the character and life history of Chris should also be taken into account when considering the outcome. As the father to 3 incredible boys, the husband to an equally kind and compassionate wife, and a backbone to our community - Chris' presence and purpose is deep.

Thank you for your time and consideration. I trust that, in addition to the legal aspects of this case, you will consider the positive contributions Chris has made to the community and the sincerity of his character.

Respectfully,

Jill Barry

Jill Barry

December 17, 2024

Timothy Haggerty
29 Fatherland Drive
Byfield MA 01922

Dear Honorable Judge Gorton,

My name is Timothy Haggerty, and I am the owner of a lighting manufacturing and distribution company called Briteluxe. I have had the privilege of knowing Christopher Ponzo in a professional, as well as personal manner for over 8 years. In all our business transactions, and time working together on electrical projects I have found Chris to be an honorable customer to work with. In fact, I wish I had more customers like Christopher Ponzo.

On a personal level I spent many hours delivering electrical product to the CAP Electrical warehouse. On many of those deliveries I had the opportunity to meet Christophers young family. I witnessed first-hand of how Chris was such an attentive and loving Dad to his boys. Once I saw his relationship with his children, I knew I was working with a good person and someone I could trust in business.

It is my sincere hope that the Court takes my character reference into consideration in your judgement. I truly believe Christophers most important job is being a loving Father to his young boys.

If you should require any more information from me or would like to discuss further, please do not hesitate to contact me.

Sincerely,

Timothy F. Haggerty
tim@briteluxe.com
Tel: 781-910-8440

CP-085

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Kevin Pierce Jr., a Regional Sales Manager responsible for overseeing New England. Upstate New York. and the Metro New York area. I am writing this letter to provide an earnest character reference for my neighbor, Christopher Ponzo. I have had the privilege of knowing Christopher since I moved into our neighborhood in January of 2020, and during this time, I have consistently observed him demonstrating kindness, selflessness, and an unwavering commitment to our community.

Christopher is the kind of person who makes a neighborhood feel like home. He has consistently gone above and beyond for those around him, often without being asked or expecting anything in return. For example, I've seen him plow an elderly neighbor's driveway during every snowstorm, ensuring she has safe and clear access to her home. Additionally, he has generously covered the cost of leaf removal for other neighbors who might not have been able to manage it themselves. His annual Forth of July celebration is something everyone in our community looks forward to, as he makes it a point to include and connect with everyone.

Beyond his contributions to the community, Christopher has also been an invaluable source of help and kindness to me personally. When I experienced a faulty circuit breaker in my home, he generously replaced it for me, saving me both time and expense. During my front-step renovation project, he loaned me a chipping gun to help me complete the work efficiently. And when my newborn son arrived seven weeks prematurely, he graciously handed down clothes his boys had outgrown, a gesture that deeply touched my family and me.

In all my interactions with Christopher, he has proven himself to be a man of integrity, generosity, and a true community leader. His willingness to lend a helping hand, his thoughtful gestures, and his ability to bring people together are qualities that make him an outstanding neighbor and individual.

Sincerely,

Kevin Pierce Jr.

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Parker Rogers, and I am writing to provide a character reference for Christopher Ponzo. I have had the privilege of knowing him for a little over two years since he hired my girlfriend to work for him. In that time, he has had a great impact to not only my girlfriend's life, but my own as well.

First and foremost, Chris has been an incredible mentor to me. He is someone I look up to and admire greatly, both personally and professionally. As a father figure, Chris has set a great example of what it means to be a dedicated, compassionate, and loving parent and husband. When thinking of having children, I strive to match his approach to fatherhood and have as much of an impact as he does on his children on my own one day.

When I was purchasing my first home, Chris was an invaluable resource and offered guidance and knowledge through the whole process. This is something I had never done before, and he was always there to answer any questions I had. On top of his knowledge, he assisted me with electrical work I needed throughout my home.

Beyond his personal and professional contributions, Chris is a great boss to my girlfriend. She always tells me about the positive working environment and support he provides to his employees. His leadership and kindness are evident in how he treats others and approaches every situation.

Furthermore, Chris is always giving back, whether it's helping children at Christmas time who are less fortunate or putting together the play for his kids' school. He consistently goes above and beyond to make a difference in the lives of others.

In conclusion, Chris is a person of great integrity, wisdom, and generosity. His influence has had a lasting impact on my life, and I have no doubt that his character and actions continue to inspire those around him.

Thank you for considering this letter.


Sincerely,

*Parker Rogers*

Parker Rogers

CP-087

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Request for leniency in sentencing for Joseph & Christopher Ponzo

Dear Judge Gorton,

My name is Anthony Silvestri. I am the brother-in-law of Joseph and Christopher Ponzo who are due to stand before you for sentencing soon. I was lucky enough to meet my wife, Janeen Ponzo, approximately 15 years ago and shortly after was introduced to her family, which included her two brothers Joseph & Christopher. They all welcomed me into their family with open arms and made the transition from boyfriend to husband as easy as I could imagine. From the very beginning, I realized the type of people they were by the way they were involved in the community in many ways. They were raised in a very religious family and stayed connected to that community and their church. They made Christmas better for the people who were not as lucky to have what others had. These gentlemen made sure to spread joy and happiness to children, the elderly, and the sick. I have become not only their brother-in-law but their friend and it has been a wonderful part of my life.

Approximately 4 years ago I was involved in a catastrophic snowmobile accident that eventually led to my right leg being amputated. I experienced a lengthy hospital stay, along with another long stay in rehab, and was away from my family for several months. They stepped in without being asked and helped their sister and my children get through a traumatic time. Even when many friends and family have faded out after my injuries, they were true constants in our lives. No matter what was needed, they were there for me and continue to be by my side and help my family whatever the problem or need may be. They are extremely important to me, providing help around my home in every way imaginable. I rely on them for things I am unable to do for my family now. This help has included doing multiple projects around my home to make it handicap accessible for me, shoveling, plowing, yard work, transportation when needed, and moral support that is beyond words. Even while dealing with their own problems, they still find the time and sympathy to reach out to me daily and check on me. They are amazing individuals, and I am so lucky to have joined their family. They have shown me (and many others) who they are, what they stand for, and how great they were raised. The men that will stand before you are leaders of their community and leaders of their families.

I ask you to please consider the men, fathers, sons, brothers, brother-in-laws, and friends that they are. They are constant providers for all who know them, and them being away for any amount of time will have long term effects on their wives, children, mother, sister and myself. Thank you so much for considering leniency on two of the most important people in my life. If I can answer any questions you may have, please feel free to call me at the number below.

Sincerely,

Anthony Silvestri
(617) 799-4444

CP-088

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse way
Boston, MA 02210

Dear Judge Gorton,

My name is James Marshall, I am a Captain on Stoneham MA. Fire Department. I am writing this letter in testament to the character of my friend, Christopher Ponzo. Please forgive any redundancy between this and the letter I write for Chris's Brother Joe Ponzo, as I feel very much the same about both of these men. I have known Chris Ponzo for over 25 years and have been a friend of Chris's for most of that time. Chris is, in my opinion, one of the nicest and most generous men I know. Chris started working with real estate at a young age and worked very hard to maintain his property. Chris is the kind of man who cannot stop working, he always has some task to complete to keep him busy. Chris, through his very hard work, was able to purchase a property near Daytona FL. to be used as a rental property. On a few occasions, Chris invited me to join him and some friends to that property. Chris would work all day, trimming bushes, laying stone for landscaping, building a deck and much more. He would work while his friends were just relaxing, he works constantly.

Chris had offered that property in Florida to me on many occasions, so in February of 2018, I took my family to Disney, we stayed at Chris's rental property. Chris would only take enough money to pay for the cleaning company he had contracted to clean the house between renters, he would take nothing for the time we stayed there, in Florida, in February, you can imagine was definitely lost revenue from this rental property. Chris is just that kind of man.

I remember, on a summer day, myself and my then two young daughters and their friends stopped by Chris's home for an impromptu, unannounced visit, Chris was home with his young son. Chris stopped everything he was doing, he made the girls and their friends feel so welcome with snacks and drinks, then he took them all tubing with his boat for hours, they had such a great time. Chris made such a positive impression on those young girls, that they still talk about it today, many years later. That's just one of many examples of Chris's generous and fun-loving nature.

In closing I would like to say, Chris Ponzo, like his brother Joe, is just a great person, truly, I have been very fortunate to call Chris my friend. Thank you for your time and consideration.

Sincerely,

James G. Marshall
80 Shawsheen Street
Tewksbury MA. 01876

1/10/2025

CP-089

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

We hope this letter finds you well. This letter is being written jointly by Brian Mason, Senior Vice President of Commercial Banking at Rockland Trust and Danielle Mason, Teacher at Saint Joseph School. We are writing to you with sincere respect and humility to ask for leniency in the sentencing of Christopher Ponzo, a man we have had the privilege of knowing and calling a friend for many years. While we fully understand the seriousness of the situation, we wanted to take this opportunity to share a more personal perspective on the profound impact Chris has had on our family and the Saint Joseph School community.

Chris is a genuinely kind and generous person who has always been there for us, his family, and his community. He has an unwavering spirit of giving, and whether it's lending a helping hand, offering support during tough times, or simply ensuring others feel seen and valued, Chris does so without hesitation. His generosity extends far beyond his immediate circle, and those who know him consider themselves lucky to be in his life.

On a personal note, Chris has three boys who are like cousins to our two boys, and we spend most weekends together. He goes out of his way to make sure the boys have quality time to bond and create lifelong memories, whether it's something as simple as getting haircuts together or enjoying other weekend activities. Over the years, our families have grown incredibly close, and we are truly fortunate to consider Chris part of our family. He has wholeheartedly embraced the role of an honorary uncle to our boys, and the special bond they share with him is undeniable. Chris is always finding ways to bring joy into their lives. His influence on them is immeasurable. Following Brian's mother's recent cancer diagnosis, Chris has been consistently checking in to make sure she's doing well and that our family is coping. He truly cares about our well-being and is always ready to offer his support in any way possible.

Being a teacher at Saint Joseph School I can say with certainty that Chris is a vital part of our school's community. He pours his heart into supporting school events and spends countless hours creating beautiful sets for the school plays alongside his wife, Nicole. The effort and love he puts into these activities speaks volumes about his character and dedication. His contributions make the school environment better for every child and family and his absence would leave a gap that would be deeply felt by our school community.

Your Honor, we ask that you consider the person Chris truly is—the selfless, caring man who has enriched so many lives, including ours. The loss of such a dedicated and loving individual would have a lasting impact on his family, our families, and the entire community he serves. We know that Chris will continue to make a meaningful impact, and we hope he is given the opportunity to do so.

Thank you for taking the time to consider our words. We are grateful for your understanding.

With respect and gratitude,

Brian and Danielle Mason

CP-090

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Michael Labriola Jr. and I am writing to you on behalf of Joseph and Christopher Ponzo. I have been a firefighter for the Stoneham Fire Department for over 22 years and I was recently promoted to the rank of Captain in Fire Prevention. I am also a Veteran and an Eagle Scout. I met both Joe and Chris early in my career with the fire department having mutual friends working for the town.

For as long as I have known Joe and Chris, they have been involved with the Stoneham Boys and Girls Club supporting their mission whenever they could. Joe and Chris also took an active role in the community by collecting and delivering Christmas gifts to children in the Town of Stoneham. These selfless acts have brought joy and smiles to so many children during the holidays and throughout the year.

I have always had an interest in community service and the example that Joe and Chris set for me motivated me to start a Stoneham Fire Department toy drive back in 2012. Since 2012, I have personally seen the positive impact that Joe and Chris have had on the youth of the Town ensuring that hundreds of children have gifts for the holidays.

Personally, I know that both Joe and Chris are the type of guys that would take the shirt off their backs to help another in need. I would like to thank you for your time.

Sincerely,

Michael J. Labriola Jr.

CP-091

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Ralph Simard. I have been friends with Chris Ponzo for over six years. I am not here to plead innocence or guilt on this issue. I am here to tell you about my friend Chris.

Chris is the person that walks into a room and shakes everybody's hand and introduces himself, his wife, his boys and now the new little man.

Chris is such an incredibly kind, friendly and outgoing person. After one meets him, they often say, 'Wow, what a great guy!', Also know that if you say goodbye to him after just meeting him once, he will again shake your hand and there is a 90% chance he will give you and your family a hug goodbye.

The time Chris spends with the boys at sporting events, home building Lego's, riding bikes with them (he even clears out his warehouse in bad weather so that the kids have a safe place to ride), is quite special to witness. The daily life lessons that I've seen Chris teach the boys are things that I wish my father had taught me as a young man. Now, I try to mimic those things with my own family. I guess what I am trying to say here is that I have not seen a more loving and caring father. Those boys are incredibly lucky. They say you should rub elbows with people you want to emulate; well I am grateful to rub elbows with Chris.

Chris's young boys are true gentlemen. They are kind, friendly, outgoing and polite. They will truly offer you the last cookie in the jar- and mean it! Chris and his wife are raising these boys with values. Even the little things such as teaching the boys to brush their teeth after every meal, to never leave the house without brushing their hair, to wash their face and hands after a day outside playing. Seems trivial, but I see his daily lessons and admire his effort to set the foundation in making these boys into fine young men someday.

The countless hours of time that Chris donates to the schools and church are second to none. I have witnessed countless hours of prep, set up, and tear down for school plays. He wants to be involved in the boys school. I have seen the hours of preparation for church functions, never for accolades or a thank you. He just does because Chris is a doer.

Chris and his wife teach the boys by example. They practice kindness, sharing, and forgiveness daily. Church and community are important to them.

If you knew Chris personally, you would most certainly agree that he is a wonderful husband, father, family man, friend, neighbor, and boss that any person would love to have in their life.

I beg you at this time to please take my words into consideration. The daily values that Chris lives by is needed in our community.

Thank you,

Ralph Simard

CP-092

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Mark Troisi and I am a retired business owner. I am writing to offer my wholehearted recommendation of my friend, Chris Ponzo, as an individual of exceptional character and integrity. I have had the privilege of knowing Chris for over eight years, since we first met at the gym, and during this time, I have come to know him as a remarkable person, friend, and valued member of his community.

Chris is a dedicated and hardworking individual who consistently demonstrates a strong work ethic in his role with his electrical contracting business. His commitment to his profession is surpassed only by his deep love for and devotion to his family, especially his three sons and his loving wife. He is a pillar of strength for those around him, and his generosity is evident in every facet of his life.

One of the qualities I most admire in Chris is his unwavering desire to give back to his community. He is a dedicated supporter of St. Joseph's Church and School, where his children are enrolled, and he regularly contributes his time and resources to school events, including plays and holiday parades. His commitment to the Stoneham Boys and Girls Club is also noteworthy as he again generously donates to the organization, demonstrating his passion for helping young people grow and thrive.

As a friend, Chris is always ready to listen, offer advice, and provide support. Our many conversations over coffee have been a very enjoyable part of my life, filled with laughter, shared stories, and life experiences. His empathetic and thoughtful nature makes him a friend you can always count on. He often finds it difficult to say no to others, eager to lend a helping hand, which speaks to his kind heart and altruistic spirit.

In closing, I can say with full confidence that Chris is an individual of outstanding moral character, compassion and benevolence. He truly has a commitment to improving the lives of those around him.

If you have any further questions, please feel free to reach out.

Sincerely,

Mark Troisi
24 Westover Drive
Lynnfield, MA  01940

CP-093

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse way
Boston, MA 02210

Dear Judge Gorton,

My name is Lou Ann Melino and I have known Chris Ponzo for over twenty years. He and my daughter dated for almost eight years before getting married in 2010. He is not only my son-in-law, but I consider him more than that. He is my son and I could not be any prouder of him today as I have been at any other time since knowing him.

To know Chris, is to know someone who truly cares about other people, especially his family and those in need. I have witnessed his giving spirit time and time again. I will never forget that Saturday morning about fifteen years ago, when we got a call from my daughter to meet them in the parking lot of Home Depot, my husband's favorite store. When we got out of the car, Chris told my husband to take a look at a white Ford Pick up truck sitting in the parking lot. Thinking that Chris just bought a new truck, he was so excited for him. Little did he know, it was for him! I have never seen my husband as excited as he was that day. You see, his pick up truck was over twenty years old and on its way to the junkyard. My husband is a very proud man and insisted that he pay Chris for the new truck, but Chris would not accept his offer. My husband loved that truck like it was his baby. Unfortunately, he was in a very serious accident about a year and a half ago and totaled his truck. He fractured his back and was hospitalized and then in rehab for about a month. He could not walk up and down the stairs in our townhouse. Chris and Nicole suggested that we sell our townhouse and move in with them. They fixed up their basement and made it into an in-law apartment. We have lived there rent free since then. Chris refuses when we try to help with any household bills they may have. He tells us to save our money for our retirement.

Chris also bought a condo in Stoneham with the hope that my elderly parents would move from Somerville so they could be closer to us because my Mom's health began to fail and I was her caregiver. He charged them a very low rent and he paid the HOA fees each month.

There have been multiple times when Chris has helped many family members as well as friends move from one residence to another. We have moved three times in the past five years and Chris has been there every step of the way. My son, my younger daughter, even my sister, among many others, have been helped by him during their moves.

Chris is a hands-on Dad to his three children, my grandsons. Not many dads are as involved in their children's lives as Chris. Christian, the oldest, is twelve and in seventh grade. Calvin is nine and in the fourth grade, and Juian is two years old. Chris drives his children to school each day, but when they are not in school, he spends a lot of time with them. He is always right by their sides, helping with school projects, teaching them how to build and use tools. He taught them how to fish, drive a boat, ride a bike, and help others without being asked. He is the one who puts Julian to bed each night. When one of the boys gets sick, he is the one who sleeps with them because my daughter cannot be around anyone who is sick.

Not only is Chris involved with his family at home, but also with his children's school, St. Joseph School in Wakefield, where I am also the first grade teacher. He volunteers in any way he can, whether it be setting up for a school function, building sets for our school plays, breaking down

CP-094

after a function, transporting large items from place to place, or just donating his time and talent whenever needed. He and my daughter started two school traditions during the covid year so the students would not miss out on celebrating Halloween or Christmas. Because indoor parties were banned, they had the idea to have them outside in our schoolyard. They transformed the yard into a Halloween spooky fest, complete with lots of animatronics and treats, not only for the school families, but for anyone who wanted to come, free of charge. Because Halloween was such a success, Chris had the idea to transform our schoolyard into a Christmas wonderland so school families could enjoy celebrating the Christmas season together. He purchased Christmas trees for each classroom which students decorated in a certain theme and then he lined them up in the schoolyard to light the way to the Nativity stable and then onto Santa and his sleigh. These two activities continue to be an important part of our school celebrations each year.

I could go on and on about Chris, but I hope I have given you another perspective to see Chris as he truly is...a very giving man who is devoted to his family and one who brings joy to all who meet him.

Sincerely,

Lou Ann Melino

CP-095

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

Thank you for taking the time to allow me to write on behalf of my friend Christopher Ponzo. Chris and I have been family friends since we were young kids growing up in Stoneham, MA. Although there isn't an age gap, Chris is someone I always looked up to. Chris came from a great family who was always well known in Stoneham.

Chris at a young age started his own DJ'ing business with his older brother Joe. Chris and Joe were very successful and loved to entertain and always brought smiles to people's faces. There wasn't a party unless those two brothers were DJ'ing. Later Chris would go and open his own Electrical company which was also very successful. While opening his business Chris would go on to get married and have three beautiful children. He's always taken his role as provider, husband and most important role father very seriously.

Every winter as far as I can remember Chris has always helped families in our community, toys have been bought, cards were handed out and Santa and his sleigh would drop by just to bring smiles to kids and families. My own children have watched " Santas sleigh" cruise down the street yelling in excitement. To say he is a kind soul is an understatement. He is a very big part of our Stoneham community and his own town.

Chris is an amazing father to three young kids, who need their father during these impressionable times. His children are his world, never missing a game, school performances or social events. He is very much the glue to his family. Taking time away from his wife and children will greatly impact their future and their day-to-day life.

I hope this letter finds you well, and you take into consideration all the people who will be greatly impacted by your decision, and for you to get to know the true person Chris is, the person that we know and love.

Thank you,

*Joseph Sarno*

Joseph Sarno

CP-096

January 15, 2025

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Character Reference for Christopher Ponzo

Dear Judge Gorton,

I hope this letter finds you well. My name is Pat Todisco a resident of Middleton, MA and I am the owner of Todisco Services Inc. located in Salem, MA. I am writing to provide a character reference for my friend, Christopher Ponzo, who is currently before the court. I understand that he is facing legal proceedings, and I wanted to share my personal perspective on his character and conduct over the years that I have had the pleasure of his acquaintance.

I have known Chris Ponzo for eighteen years and can confidently say that he is a person of integrity, kindness, and responsibility. Chris has consistently demonstrated positive qualities in both personal and professional spheres in all my experiences with him. As a friend as well as having a business relationship I have had the opportunity to witness his commitment to his family, his children's school, his friends as well as his business and work colleagues, and I believe these actions speak volumes to the kind of person he truly is.

In business and in life you often meet people that all seem know the same people in some way or another it's truly a small world. In all the years that I have encountered anyone that knows Chris I have never heard anyone speak in a negative way about him. I have only heard about his positive qualities. He has always shown a deep respect for others and a strong sense of responsibility. Chris and his family have always been there to lend a helping hand when needed and have always been very welcoming to anyone.

I understand the seriousness of the matter before you, and I trust that you will carefully consider all factors in your judgment. I am confident that Chris will continue to contribute positively to society, community and his family and friends. Thank you for considering this letter. I appreciate your time and understanding. If you require any further information or clarification, please do not hesitate to contact me.

Yours sincerely,

*Pat Todisco*

Pat Todisco

CP-097

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Candace Voelker and I am a co-teacher at St. Joseph School in Wakefield, MA. I met Chris Ponzo approximately 25 years ago.

My first interaction with Chris was when I was on the committee to plan my St. Mary's High School class reunion. We were about two weeks out from the reunion date when our booked D.J. Unexpectedly passed away. Needless to say, my former classmates and I scrambled to try to find a replacement, combing through the phonebook and asking other friends for referrals. After countless phone calls, unanswered messages and disappointing conversations, I happened upon Daffy's Professional D.J. Service and its owner, Chris Ponzo. Unfortunately, Chris was fully booked for the date we needed but, at the end of our phone conversation, he promised I would have a D.J. for our event.

It may have been my tears of desperation that moved him, but true to his word, we ended up with a great D.J. and a successful event thanks to Chris's kind heart towards a complete stranger in need. Fast forward 23 or so years... I began working at St. Joseph School. One of the things that impressed me most about the school was the sense of community present throughout all the social and fundraising events needed to run a small Catholic school. It soon became obvious that Chris Ponzo and his wife, Nicole, were the most hardworking parents in the school. The Halloween Stroll, Thanksgiving Feast, the fundraising craft fair, the Christmas Stroll, the Easter Bunny visit and brunch, the school play, and various smaller events in between. Each event required many man hours, had many moving parts, needed many physical props and... was executed flawlessly.

I don't want to go on and on because, Judge Gorton, I'm sure you see my point. This school, this world, needs more of Chris Ponzo's. This man has been a wonderful role model for his well-mannered, smart and loving boys. I believe he has also been a role model for other parents who I've personally seen step up because of Chris's leadership and enthusiasm.

Your Honor, I pray that you take something from my above thoughts that will touch your heart and move you to leniency. If there was ever anyone who deserves someone to show his compassion, as he has shown to others too often, it is Chris Ponzo.
Thank you for your time.

Most sincerely,

*Voelker*

Candace Voelker
364 Lynn Fells Parkway
Saugus, MA 01906

CP-098

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

Thank you for the opportunity to convey my sentiments regarding my friend Chris Ponzo. Thank you for your current service to our country within the Justice Department. I am a lifelong resident of Stoneham, MA. I raised my children here and have been retired for 5 years. I have become close friends with Chris and his family over the last 4 years, as his children attend St Joseph's School in Wakefield, MA, along with my grandchildren.

I cannot speak to the specifics of the case, however, I can speak to the person, friend, father and colleague, I know in Chris Ponzo. A famous quote from Barry Gibbs of the Bee Gees states, "The Measure of a Man is his Family." The loving supportive family Chris and Nicole are providing for their three young sons is touching and wonderful. The young boys are happy, smart, affectionate and are growing up within the loving community of St Joseph School and Parish. Chris is an integral part of our St Joseph community and is constantly giving of his time and talents for the benefit of all the children.

I cannot speak to the rules of crime and punishment within our Justice system. Here I trust your wisdom and experience. As a patriotic American who loves this country, I trust our system. As a practicing Christian and Catholic, I (like all of us) understand our own shortcomings and mistakes. I believe in compassion and forgiveness. Judge Gorton, I implore you to do your job with grace and fortitude, serve justice in an enlightened way that will keep this strong family unit together and secure the continued happy growth of three young boys who unquestionably need their father in their daily lives.

Regards,

Michael Bradford

CP-099

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Phil Alviti, and I have had the pleasure of knowing Chris for over 10 years. We first crossed paths through business, and over the years, our professional relationship has evolved into a true friendship. I wanted to take a moment to speak on his behalf and share a bit about the kind of person Chris is.

I work as a lighting agent, and Chris and I often collaborate to procure products for the various projects he's involved with. Our communication is almost daily, as we work together closely to ensure everything runs smoothly. Over the years, I've had the opportunity to meet with Chris frequently—whether at his place of business, on job sites, or occasionally in more casual social settings.

With over 30 years of experience in this industry, I've worked with many individuals, but I can confidently say that Chris is one of the most stand-up, dependable people I've ever met. His professionalism and integrity stand out in everything he does. He approaches every project, no matter how big or small, with the utmost attention to detail, and his commitment to doing things the right way has earned him my highest respect.

Throughout our business dealings, I've seen nothing but respect and professionalism from Chris. Whether he's working directly with me or interacting with others, he always maintains a level of courtesy and fairness that sets him apart.

But what truly sets Chris apart is his character. Whenever I visited his warehouse, I would often see Chris involved in volunteer work, particularly with his children's school. Whether it was designing and building elaborate stage sets for a school play or putting together festive holiday displays for the annual Holiday Stroll at St. Joseph's, Chris always finds time to give back to his community. His generosity and selflessness are evident in everything he does, and these qualities truly reflect the kind of person he is—someone who cares deeply about the people and causes around him.

I'm proud to call Chris not just a colleague, but a friend. His professionalism, work ethic, and generosity speak volumes about his character, and I'm fortunate to have worked alongside him for so many years.

Sincerely

*Phil Alviti*

Phil Alviti
7 Fair St Unit 7B
Newburyport, MA 01950

CP-100

The Honorable Nathaniel M Gorton
United States District Court
One Courthouse Way
Boston, MA  02210

January 13, 2025

Dear Judge Gorton,

My name is Silva Dakessian, I reside at 57 Augustus Court, #2013 in Reading MA and am employed as the VP of Operations for Cassidy Corp.

Please accept this letter on behalf of knowing Christopher Ponzo as a character witness. Christopher and I have been friends for over 30 years. He is like a brother to me and has always been someone in my life I can always count on. Christopher and I had lived in the same house for a few years prior to me having my daughter. Now my daughter calls him Uncle Chris. Since we met Christopher has always been a hard worker. He is always willing to lend a helping hand to anyone and has been there for me on numerous occasions. He has helped me move, helped me with electrical work and has been a true and dear friend when I need an ear. Since I met Christopher he has always done sleigh rides on Christmas morning to deliver presents to children in need. I also have spent many Christmas Eves with him, his brother and friends caroling around town bringing smiles to many faces during the holidays. He was also there to help my sister and brother in law when their basement got flooded. He took time out of his day to help and to deliver commercial dehumidifiers to help dry out the basement. Christopher is a loving husband, father, brother, son and I am proud to say that he is my friend!

Very truly yours,

Silva Dakessian    Silva Dakessian

CP-101

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Kevin Wesley. I am 54 years old, a full-time Fire Fighter in the town of Wakefield, MA where I also live with my wife and two college aged children.

I met Chris when I was around 18 years of age. Even though we both were from Stoneham, since I am a few years older than him, we didn't meet in school. Since the first day we met though, I honestly felt there was a connection between us. We have many mutual friends in common, but just never crossed paths until I was out of high school. Since we met, I have always felt Chris is one of those friends, that if I ever needed anything at all, a ride, someone to talk to or a place to stay, he would be the friend that I know I could reach out to and he'd be there in a minute. He has such a big heart and treats everyone he knows with respect and compassion. Even though we have never worked together, he is one of the hardest working guys I know. Even from the early days when he started his DJ business until now, he is nonstop, always working to provide for his wife and children. We belong to the same church in Wakefield, St Joseph's Parish. Chris is there with his wife and children, but always makes it a point to say hello to me when we are at the same Mass.

In closing, I hope things work out fairly for Chris as I have nothing but respect for him and would trust him with my life. His wife and young children should not be without their Dad who is one of the most stand-up guys I personally know. Feel free to contact me if there is anything else you would like to discuss.

Sincerely,

Kevin Wesley

Kevin Wesley
5 Woodville Circle
Wakefield, MA 01880

CP-102

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Brian Pollack, General Sales Manager at GMC/Buick and have known Christopher Ponzo for thirty plus years. Chris and I were childhood friends and along with our families, we built a friendship that still holds strong today.

Chris has not only been a friend that has always been only a call away, but the only call I would make. Chris is a friend I trust with my life and know he has my family's best interests and treat them as his own.

Chris is a few years older than me, and he is considered an older brother to me. In any event in my life, personally or professionally, he has been there to help me, guide me, listen, or push me through anything I'm having trouble with. He listens without judgement and has a way of guiding me by talking it through with me. I would be lost without having him as a sounding board and voice of reason. I know for a fact, along with hundreds of other friends and family, that I will be lost if he is taken away from us.

Chris is an honest, reliable, compassionate, hardworking man who is dedicated to his family. His positive character traits are being ingrained in his children. His children are at a very impressionable age and need their father to guide them.

I strongly recommend Christopher Ponzo is a person of good character and a valuable member of society.

Thank you,

Brian J. Pollack

CP-103

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,

We are Samantha and Jonathan Oliphant. It is our great pleasure to write this letter on behalf of Christopher Ponzo to help you understand just the kind of person he is. We have had the privilege of knowing Chris for the past 25 years, and during this time, he has consistently demonstrated his remarkable character, kindness, and unwavering dedication to others.

Our two boys, now 25 and 27 years old, have always looked up to Chris as a positive role model. We first came to know him as a close friend, and later he became family when my sister married his brother. Over the years, we've shared countless holidays, summers, and family gatherings with Chris. He has always been the life of the party, bringing energy, laughter, and fun to every event.

Chris's talent as a DJ is one of the many things that set him apart. He has an incredible ability to get the crowd dancing and singing, creating memories that last a lifetime. One particularly special memory is the sleigh he built himself. Chris has used this sleigh to drive Santa around on Christmas Eve morning, delivering toys—either donated or personally purchased by him—to less fortunate children. He continues this beautiful tradition to this day, spreading joy and leaving smiles on countless children's faces.

Chris's generosity and hospitality extend far beyond special occasions. He frequently opens his home to friends and family, hosting gatherings filled with love, laughter, and the simple joy of being together.

Chris is also deeply involved in his community and his children's school. At St. Joseph's School, he has spent hundreds of hours building and supplying props for the school's annual plays, ensuring each performance is memorable for the students. Every year, Chris provides and sets up over 40 inflatable decorations for the Halloween and Christmas "Stroll" events at the school, something the students eagerly look forward to.

In addition to his school contributions, Chris has volunteered his time as a DJ for various community events, including fundraisers and Town Day in Stoneham. He also served for many years as a member of the Auxiliary Police in Stoneham, volunteering his time to help keep the community safe during events like Halloween.

Chris's professional and personal life further reflect his dedication and hard work. As a longtime real estate owner and landlord, he has shown responsibility and professionalism, earning the respect of those who work with him. He has even generously opened his vacation home to us, further showcasing his thoughtfulness and generosity.

CP-104

One of Chris's greatest accomplishments is his role as a father. His three young boys are his pride and joy, and he puts 110% into being the best dad any child could hope for. Chris strikes the perfect balance between being a protective and nurturing parent and being the most fun dad we've ever witnessed. His days often start with family dance parties, followed by singing their favorite songs together on the way to school. Evenings end with Chris lying down with the boys until they fall asleep—every single night.

Chris is truly one of a kind. His warmth, dedication, and commitment to making a positive impact on those around him have touched countless lives, including ours. We feel incredibly fortunate to know him and have him as part of our family.

Sincerely,

Samantha Oliphant

Jonathan Oliphant

CP-105

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

We are writing this letter to you today to provide a character reference for Christopher Ponzo. He has been very happily married to our niece, Nicole, since 2010. They share three wonderful boys, Christian 12, Calvin 10, and Julian 2. The fatherly love and care he provides them is incomparable. They see themselves in him. He has taught them the value of hard work and how various tools work. While we understand the seriousness of the civil case against Chris, we firmly believe this isolated incident does not reflect the person he is. Chris is a valuable member of our family and the community and has always conducted himself with the highest standards of personal and professional ethics.

Throughout our relationship with Chris, we have found him to be a man of exceptional character, demonstrating honesty, integrity, reliability, a strong work ethic and community involvement. Specifically, we see him year after year volunteering to create, transport, and set up elaborate sets for the annual St. Joseph drama club play in Wakefield. In addition, he has helped us move our residence twice, being the first to arrive, and the last to leave. He is tireless. We have often sought his advice when needing repairs on our home, as his knowledge in these affairs is extensive. In 2019 we inquired if he knew a reputable drain company to help us assess the condition of a pipe associated with a drainage easement on the property of the home we wanted to purchase in Tewksbury. In no time the company arrived and deemed the system in good working order. No invoice made it to us. It was apparent Chris paid the bill . This was just another example of his generosity. Several family members have had similar experiences. Waitresses and waiters alike are especially enamored by his benevolence. We have witnessed him provide great joy to servers by rewarding their hard work with a substantial tip.

We have both been gainfully employed by our respective companies for over 25 years. I am with Verizon Communications in Boston, Wendy with Union Office Interiors in Wilmington, Massachusetts. We are confident that Chris is capable of taking responsibility for his actions and learning from this experience. We respectfully request that you consider his positive character and contributions when making your decision regarding this case.

Sincerely,

Robert Henry Minton Jr.
Wendy Lee Minton
40 Orchard Street
Tewksbury, MA. 01876

CP-106

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Sharyn Pasquale, I am a realtor at Compass in Winchester, MA. I met Chris through my boyfriend who lived next door to Chris in 2014. I can vividly remember the first time we met. I was outside and Chris appeared from around the corner, came right over and gave me a huge hug and said welcome to the neighborhood. Chris is one of the most generous, kindhearted souls I have ever met, always willing to help others in need.

I remember my daughter's car broke down and Chris was the first to take time out of his day to go and help her. I had complete faith and trust in Chris to take care of my daughter.

Over the years, I have listed and sold his family houses and Chris has sent me referrals as well. When I was selling his in-laws house, Chris was there to lend a helping hand without hesitation. He was assisting with packing, moving furniture, trash removal, and whatever else was needed. I have so much love and respect for Chris.

He is a selfless individual who always puts everyone ahead of himself. He is funny and always has a big smile on his face. I have been to birthday parties, Christmas parties and pool parties that he hosted. He always makes sure everyone is having a great time and enjoying themselves. When my boyfriend and I decided to move in 2016 across town from Chris we all cried together on moving day. He had such a big impact on us. The best neighbor you could ask for. Chris is and will always be a huge part of our lives and we miss him as our neighbor.

Chris has a beautiful wife, three handsome sons and so many loved ones that count on him and need his presence.

Thank you for taking the time to read my letter on behalf of Chris Ponzo, my friend.

Best,

Sharyn Pasquale
Sharyn Pasquale

CP-107

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Carmen Panacopoulos
6 Agawam Avenue
Danvers, MA 01923

January 16, 2025

Dear Judge Gorton,

I am writing this letter on behalf of my dear friend, Chris Ponzo, whom I have had the privilege of knowing for over 20 the years, Chris, is one of the most selfless, reliable, giving, generous, and kind-hearted individual I have ever met in my life.

Chris played an important role in one of the most memorable days of my life-our wedding-and has continued to be a steadfast source of support ever since. He is married to Nicole (Nikki) who is equally wonderful, with the kindest heart, and together they have created a beautiful family with three incredible and smart boys. It's no surprise, given his character, that his family reflects the same warmth and generosity he exudes.

What sets Chris apart is his unwavering commitment to those he cares about and the community and customers he serves. He has consistently shown up for my family and me in ways that have left a lasting impact, whether through his support in difficult moments when our mom and dad passed away or his ability to celebrate our successes throughout the years with our two daughters as though they were his own. His giving nature, integrity, and deep sense of loyalty have made him a friend we cherish deeply. It is admirable.

I cannot emphasize enough how much Chris deserves every opportunity for success and being there for his wife, young boys and his family. He is the kind of person who enriches the lives of those around him simply by being himself. I am honored to vouch for his character and wholeheartedly recommend him for any opportunity or consideration.

If you need further information or would like to discuss his attributes in more detail, please do not hesitate to contact me at 978-968-3857

Sincerely,

Carmen Panacopoulos
The Panacopoulos Family

CP-108

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Caitlin Flores. I am writing to offer my support for Christopher Ponzo as a character witness. I have known Chris on a professional and personal level since 2019.

I respect that Chris has pled guilty to this matter, but I hope that this letter can offer a more complete picture of who Chris is as a person.

If I was asked to describe what generosity means to me, I would be describing Chris. Chris is the person that will give you the shirt off his own back to help you.

My very first interaction with Chris was when I was asked to help bring boxes of pennies to his child's Kindergarten class so that they could win a fundraising challenge. He not only donated his own money but also his time to ensure that his child's entire class and school would be better than he found it.

From there on Chris has shown time and time again how important being generous is to him just for the sake of others. The next year he donated countless hours and supplies to put on the most amazing Christmas stroll for the children and families of the school. Chris is the type of person that helps others to make their life better without expecting them to do the same for him.

If there is someone that the community would absolutely suffer without, that person is Chris. If there is someone who strives to leave the world a better place than he found it, that person is Chris.

On top of that, Chris is the father of 3 very young children who would greatly benefit from continuing to watch him be the kind, generous person I know him to be. He is also a devoted husband and the embodiment of a family man.

I respectfully request that you consider who Chris is to his community, his family and friends when making your sentencing decision. Thank you for your time.

Respectfully,

*Caitlin Flores*

Caitlin Flores

CP-109

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

    I am writing to you today on behalf of Christopher Ponzo. My name is Matt Duhamel. I am a licensed physical therapist and athletic trainer who has worked in the professional sports realm for the past 14 years. I have known Chris for 15+ years, we became friends during my time studying at Northeastern University and Boston University. I was born and raised in the Boston area and have always considered it home. My wife and I have since relocated to Minneapolis, MN due to my profession.

    In the years I have known Chris, I can only describe him as caring, compassionate, and loving. Although our paths have led us to raise our families in different states, we have found ways to stay connected via annual summer vacations, Facetime calls, or even a simple text message. My children know him as "Uncle Chris" and look forward to making summer memories in York, ME with him and his family. Our kids look forward to body boarding, ice cream, and arcades with their "cousins." And although the kids only get together once or twice a year, they pick up right where they left off. Chris and I can't help but smile at each other as we both know that all the early mornings, long days, and late nights of work are for those moments. We do it all for our kids.

    Chris is a great father for his boys. We commonly rehash the challenges of fatherhood and of raising young children in today's world. His ability to be present for his children and his family is undeniable. Whether it's a weeknight sports practice or holiday event at the school, Chris is always willing to put the kids first and help leave a lasting impression on them and his community. He has led by example in showing them – and his friends - the importance of family, community, and selflessness. I believe his kids are the most important thing in the world to him and he truly deserves the opportunity to be present in their lives as they continue to grow into young men. They deserve to have his leadership and guidance as they begin to navigate their own challenges.

    Lastly, I would like to comment on Chris' generosity of spirit. When my Mother was terminally ill and in the hospital – and I was living and working a very busy schedule in Minneapolis - Chris was one of the first people to offer support and comfort during this difficult time. Similarly, when my Father was later having trouble staying in his home because of mobility issues, Chris consistently offered his support in helping me manage this transition from afar.

    It is my humble opinion that Chris Ponzo is a kind, compassionate, and thoughtful person who works hard to serve and support his family, his community, and others that he cares about. Thank you for your time and consideration.

Respectfully,

*Matt Duhamel*
Matt Duhamel

CP-110

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210


Dear Judge Gorton,

Please accept this letter on behalf of Chris Ponzo.
I have had the great pleasure of knowing Chris for more than 25
years. When I first met Chris, he was a friend. He was a kind,
sincere, hardworking, and compassionate friend. Over the years
I have had the continued pleasure of watching him grow into
other roles. His favorite role without a doubt, "daddy" being a
wonderful father to 3 kind, sincere, hardworking and
compassionate boys, Christian, Calvin and Julian. Another
treasured role, husband, putting his wife Nicole on a pedestal,
treating her with all those same previously mentioned qualities.
In addition to his beloved roles as both a father and husband, he
quickly filled the shoes of a mentor, a giver and volunteer, most
notably with the Saint Joseph School community. Chris' passion
for this community runs deep and is evident to anyone that
knows him. Putting in hours upon hours of his time to ensure the
success of all school's events (often single handedly);
orchestrating detail-oriented holiday strolls, Christmas tree
deliveries for those in need, building drama club sets, overseeing
janitorial and maintenance support, just to name a few. All of
this done with a humble spirit and smile. Never looking for a pat
on the back, only showing up to do what he feels passionate
about. What he believes is the kind and sincere thing. The
students look up to him, the adults respect him, everyone loves
him. I hope you take all this information into serious
consideration while making your rulings.
May we all use Chris' giving and generous spirit as an example
of a lifestyle we could all learn from.
Sincerely,

Noel F. Talanian

CP-111

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Jared Grondin. I am writing this letter to you in support of Chris Ponzo. I have known Chris since we were children, and I can confidently say that he is a person of integrity, kindness, and unwavering support.

Growing up, Chris was a consistent presence in my life. He played an invaluable role in helping my father at our family campground. His willingness to lend a hand, whether it was fixing up the facilities or helping guests, always showcased his strong work ethic and deep sense of community.

When I started my pool service business in Florida, Chris was there for me once again. He offered his guidance and support, helping me navigate the challenges of starting a new venture. His encouragement and practical advice were essential in getting my business off the ground, and I am forever grateful for his assistance during that crucial time in my life.

Moreover, Chris stepped in to help my family when we faced one of the hardest moments: the passing of my father. He was a rock for my mother and me during that time of grief, providing emotional support and assisting with anything we needed. Chris's compassion and willingness to help others truly shone during our time of need.

In summary, I wholeheartedly believe that Chris Ponzo is a person who contributes positively to those around him and the community at large. His actions have consistently shown his character as a reliable and compassionate individual. I respectfully ask that you consider this letter when deliberating on his case.

Thank you for your time and consideration.

Sincerely,

*Jared Grondin*
Jared Grondin

CP-112

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,

My name is Lisa Guild and I have known Christopher Ponzo for the last 7 years. I am a Stay at Home Mom that spends most of my free Time volunteering for nonprofit organizations including Saint Joseph school in Wakefield. I met Chris Ponzo 7 years ago in our sons' kindergarten class (Saint Joseph School Wakefield) and our boys have remained friends and classmates since. During this Time, I have found Chris to be a trustworthy and generous person. He is constantly volunteering his Time and money to our school. He always has a smile on his face and brings such happiness to the children and teachers. Everybody loves "Mr. Ponzo"!

Some examples of his generosity are: He purchases all materials and builds the stage sets for the school play each year; He is always donating breakfast for the teachers; He runs our annual Halloween party and donates dozens of animatronics to the school; He has donated many Christmas trees to the school Christmas Stroll and even delivered one to a school family in need one Christmas; He dresses up as the Easter Bunny and visits each class at Easter and "Hawk" the school mascot at the basketball games. There is not another school family that even does half as much as this one man does for our school!

Chris is also charitable outside of the school. My favorite example of Chris Ponzo's generosity is his commitment to the Boys & Girls club, where he buys & delivers Christmas presents to families in need each Christmas. He and his family ride on a sleigh throughout the streets of Stoneham playing Christmas music while delivering gifts. This brings such joy to all those families that they visit as well as the by standers in the streets. Best of all, his young children accompany him, learning the most valuable lesson of charity from their father. He is a great father and community member.

In conclusion, Chris Ponzo is an extremely generous man whose kindness goes above and beyond most. He is a great father, friend, and member of the community. My family & I feel very lucky to have him in our lives.

Yours Sincerely,

Lisa Guild

CP-113

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Scott Jones Jr. and I am a real estate Broker/Owner. I have had the privilege of knowing Chris Ponzo for about four years. We met through St. Joseph's School, where our paths crossed often, and over time, we became close friends.

From the very beginning, it was clear to me that Chris is one of the most generous and selfless individuals I have ever met. His dedication to his family and to the school community is truly remarkable. Chris has made an incredible impact on the students and families of St. Joseph's School. He consistently goes above and beyond to support the school, whether it's by building the entire set for the school play, coordinating and supplying decorations for the beloved Halloween stroll, or being the first to volunteer whenever help is needed. Chris's commitment to the school and the joy he brings to these events have touched the lives of many, creating lasting memories for the students and their families.

Beyond his contributions to the school, Chris is a devoted husband and father who is deeply involved in his three boys' lives. He serves as a positive role model for them, demonstrating the importance of hard work, kindness, and community involvement. His children look up to him not only as a parent but as someone who genuinely cares for others and leads by example.

I am aware that Chris is now facing a difficult time due to these proceedings. While I do not wish to comment on the case specifically, I firmly believe that this experience has given Chris an opportunity for reflection and personal growth. The Chris I know is someone who has always been eager to make a positive difference, and I am confident that he will continue to contribute positively to his community.

Thank you for taking the time to consider this letter. I sincerely hope you will take Chris's character, his dedication to his family, and his countless contributions to St. Joseph's School into account during the sentencing process.

Sincerely,

Scott Jones Jr.
4 Norma Lane
Saugus, MA 01906

CP-114

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

We are writing to offer my highest recommendation and provide a character reference for Christopher Ponzo, whom we have had the privilege of knowing for over 10 years in various capacities—as a customer, and a friend. I have witnessed firsthand his dedication, integrity, and respect for others, and we believe these qualities speak volumes about his character.

As a customer, Christopher Ponzo always demonstrated fairness, patience, and professionalism in all interactions, showing respect not only for the services provided but also for the people involved. This was consistently evident in how he handled challenges, always seeking constructive solutions while maintaining a positive and composed demeanor.

Over the years, we also had the opportunity to work closely with Christopher Ponzo in a professional setting. As a customer/supplier, he exhibited a strong work ethic, reliability, and a genuine willingness to collaborate. Christopher's contributions were always thoughtful, and he consistently went above and beyond expectations. We found him to be someone who approaches responsibilities with sincerity and commitment, and his interpersonal skills are invaluable in fostering a supportive and productive team environment.

On a personal level, we have come to know Christopher Ponzo as a trustworthy, compassionate, and understanding individual. Whether offering support during difficult times or celebrating personal milestones, he has been a dependable and caring friend. We have seen him give of his time and resources without hesitation, always striving to help others and make a positive impact on those around him.

We understand that Christopher is currently before the court, and I believe that the person we have known for over a decade is someone who deeply values responsibility, accountability, and personal growth.

We kindly ask that you take into consideration the positive traits that define Christopher Ponzo as a person when reviewing his case. We are confident that he will continue to contribute positively to society and learn from this experience.

Thank you for your time and consideration. If you require any further information, please do not hesitate to contact us.

Sincerely,

Adalberta Morais
Office Manager/Executive Planner
Customer and Friend

Manuel Morais
Facilities Supervisor
Customer and Friend

CP-115

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Christine Manley and I am a Registered Dental Hygienist. I am writing to you on behalf of Mr. Christopher Ponzo. I have known Chris for over twenty-five years. Though we are not related by blood, I consider him family. He is a great uncle to my two children. Chris is a kind, honest, and loyal friend. He has been there for me and my family through thick and thin. He is very reliable and is always there in an instant. Chris is the life of the party. He is funny, witty and keeps us all laughing.

Chris is a dedicated husband and wonderful father to his three young boys. He is actively involved in his boys' lives. He is supportive, shows unconditional love, and is a positive role model. He is always there when they need him. He is selfless and puts others first with no expectations. Chris is also such an asset to his community. He is actively involved in St. Joseph's School in Wakefield. Though my children do not attend, I have been able to see first hand all that he does. He pours his heart and soul into making memories for the students, staff, and their families from the Halloween Haunted Happening to the Holiday Stroll to the countless hours preparing and constructing scenery for the drama club and so so much more. He and his family have made a huge impact on St. Joseph's School, Parish, and all the members of its community. Chris is extremely generous and has a heart of gold. His faith is very

important to him and I know it will get him through this difficult time. He is such an amazing person in so many ways and carries himself with such integrity. Thank you so much for your time. I hope you will take into consideration all Mr. Ponzo's wonderful attributes. Christian, Calvin, and Julien need their daddy in their lives. I kindly request leniency while making your decision.


Sincerely,

*Christine Manley*
Christine Manley
17 Worcester Rd
Peabody, MA. 01960

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Konstantinos ( Charlie ) Keskinidis, and I am heartbroken to be writing this letter for Chris Ponzo as he has been so loving, caring and so respectful towards me and my whole family.

I am writing to provide a character reference for my friend, Christopher Ponzo. I have had the privilege of knowing Christopher Ponzo for 28 years  and have come to know him as a person of integrity, kindness, and responsibility. He is like family to me, a brother I never had. He will do anything for you, no matter who you are, he is always there to help and support you. There are not too many people in this world like Chris. He has a heart of gold and has touched a lot of peoples life somehow with his warm heart, generosity, and caring ways that he only knows how to make you feel happy and keep smiling.

Throughout our friendship, I have consistently been impressed by Christophers strong moral character and his ability to make thoughtful, sound decisions, and always being responsible. He is someone who can always be counted on to offer support, whether in personal matters or professional endeavors. He demonstrates empathy and understanding, which makes him a positive role model ... Always there to help, support and encourage and always with a good sense of humor.

In addition to his warm and caring nature, Christopher is incredibly hardworking and dedicated. Whether it is volunteering, working on a project, or pursuing personal goals, he gives his full effort and never walks away from challenges. I have witnessed firsthand how he takes responsibility seriously and always strives to do the right thing.

It is without hesitation that I can attest that he will succeed in any endeavor he may pursue. I am confident that his strong sense of ethics, coupled with his excellent work ethic, will make him a valuable asset in any situation.

As you consider sentencing Chris, I ask for leniency for this case, if possible. If you could please consider all the positive things in life and especially for others that Chris has done. He is a loving father and husband and is needed for his family and all of us.

Thank you so much for taking the time to read this letter.

Sincerely,

*Konstantinos Keskinidis*

Konstantinos Keskinidis
176 Deering Drive
Tewksbury, MA  01876

CP-117

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Character Reference for Christopher Ponzo

Dear Judge Gorton,

I am writing this letter to provide a character reference for my employer, Chrisopher Ponzo, in the matter currently before you. I have had the privilege of working for Chris for 5 years at CAP Electric. Throughout our professional relationship, I have had the opportunity to observe Chris closely and can confidently speak to his integrity, work ethic, and commitment to doing what is right.

From the very first day I began working under Chris, it was clear that he is someone who leads by example. He exhibits an unwavering commitment to honesty, fairness, and professionalism in every aspect of his work. In addition to being a competent and dedicated leader, Chris has always demonstrated a genuine concern for the well-being of his employees, including myself. For example, when my daughter was born in 2022, Chris made a point to reach out and make sure my family had everything we needed. Chris was generous enough to give me 3 weeks of paid leave while I stayed home with my wife and daughter after her birth. He fosters an environment of respect and open communication and is always available to offer guidance or assistance when needed.

While working for Chris I feel well taken care of. He provides his employees with generous Christmas bonuses and throws us a party. Not only is he generous but he creates a sense of community in our company that is rarely seen in male dominant work environments.

While I understand that there are matters currently being considered in your courtroom, I want to emphasize that in my experience, Chris is a person of high moral standing, and I believe this should be taken into consideration. He has always been someone I can rely on both professionally and personally, and I believe this reflects the values he upholds in all aspects of life.

Thank you for considering this reference. I hope this letter provides a broader understanding of Chris's character and the positive influence he has had on the people around him.

If you require any further information or clarification, please do not hesitate to contact me.

Sincerely,

*Kyle James*

Kyle James
Journeyman Electrician
CAP Electric

CP-118

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I am writing to offer a character reference for Christopher Ponzo, a dear friend whom I have had the privilege of knowing for almost 20 years. While I fully understand the seriousness of the charges he is facing, I want to share my perspective on the person Chris is and the positive impact he has had on my life and others.

Chris is one of the kindest, most loving, and generous people I know. He has a unique ability to bring warmth and laughter into any situation, and his love for his family is undeniable. As a devoted husband to his wife, Nicole, and a hands-on father to their three children, including their youngest who is just one year old, Chris's world revolves around his family. It is heartbreaking to think about the impact any time away from them would have—not just on Chris, but on his children, who adore their father.

Chris has also been a source of unwavering support in my life. There was a time when I had nowhere else to go during the holidays, and Chris and his family welcomed me into their home with open arms. That experience showed me the depth of his kindness and his genuine desire to make others feel loved and cared for. He didn't have to include me, but he did, and I will always be grateful for that.

Another moment that stands out is when a pipe in my home froze and burst in the middle of winter. I was overwhelmed and couldn't reach anyone else, but Chris stepped in without hesitation. He showed up immediately, fixed the issue, and offered me reassurance during a stressful time. That's who Chris is—a person who shows up for the people, time and time again.

I know that Chris is deeply remorseful for the mistakes that brought him here, and I believe he is committed to learning and growing from this experience. The Chris I know is a devoted father, a loving husband, and a friend who has consistently shown kindness, generosity, and integrity throughout the years.

Thank you for taking the time to read my letter. I hope it provides a glimpse into the Chris I know—a man whose heart and character have made a lasting impact on my life. I trust in your fairness and compassion as you consider all aspects of his case.

Respectfully,

Melissa L. Symes

CP-119

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Matt Walker, I have known Chris for 8 years or so, and I wanted to write this letter in support of Chris Ponzo.

I met Chris while I was working at the Pro Desk at the Reading Home Depot. He was friends with another associate who had done a lot of business with Chris, but recently his sales were far below what he was doing in the past. I sat down and had a conversation with Chris about how we could service him better and get his sales back to where they were. Chris's biggest complaint was that Home Depot didn't service their pros as they should. I took CAP Electric on as one of my pros and was able to get their spend up over 1 million dollars.

In the process, I got to know Chris and his family, he would frequently bring his wife and his sons Christian and Calvin in, and I got to know them as well, to the point they called me "uncle Matt". I would save some of the kid's workshop kits for them, which they loved getting.

As I got to know Chris on a more personal level, I learned about all the charity things he did in the town, including dressing as Santa and going around to the less privileged kids in town and delivering toys for Christmas. He was also very active in the activities of his kid's school, volunteering to build the sets for the seasonal plays at his expense, and even buying a lot of the giant displays for Halloween and Christmas walks for the families of the students.

I have never known Chris to be in any way dishonest, to the contrary, he has always been one of the most honest and giving people I have ever known. He has never been anything but professional with me, only asking for my dedication to getting his orders correct and to work out any issues that pop up.

I am honored to call Chris my friend, he is loyal, honest, a hard worker, a genuine Christian, a devoted family man and a good husband, an asset to the community, and a friend to those less fortunate than he.

Sincerely,

Matt Walker

CP-120

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing to provide a character reference for Chris Ponzo. I have known Chris for many years, both through our work together and in more personal capacities, and I feel privileged to speak on his behalf.

I started working for Chris at the end of 2013. At the time, I was employed by another electrical contractor, but when I received a call about an opportunity to work with Chris, I was excited. I had heard so many positive things about him through mutual acquaintances, even though we had never met. I quickly realized that the reputation he had earned was well-deserved.

From the moment I started, Chris was not only a supportive and approachable employer, but also a mentor. He was always willing to help, whether it was work-related, personal, or just offering advice on everyday matters. In the months that followed, I began meeting more people who knew Chris — from customers and vendors to his neighbors and even longtime family friends. The common thread in every conversation was the same: Chris is a man who is deeply loved and respected.

One thing that stood out to me was Chris's generosity with his personal time. He was always ready to give his time and resources, whether it was volunteering to build play sets for school, participating in the Santa themed local parade to distribute gifts, or simply giving back to the employees at the company. His willingness to contribute to the community, both in big ways and small, speaks to the kind of man he is.

As I reflect on the many qualities that define Chris, I can honestly say that I can think of few people who embody such integrity and kindness. He is a loving husband, a devoted father, a loyal friend, and, without a doubt, a pleasant stranger to encounter at the least — someone who leaves a positive impression on everyone he meets.

Thank you for taking the time to consider this letter. I am confident that Chris's character speaks for itself.

Sincerely,

Patrick Walsh

CP-121

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston. MA 02210

Dear Judge Gorton,

My name is Scott Jones Sr., and I have had the privilege of knowing Chris Ponzo for over 21 years. I am a Home Builder and have been in business for over 40 years. My first encounter with Chris was in 2003, when he worked in charge of maintenance in a commercial building where my business office was located. From the outset, I was impressed by his strong work ethic, professionalism, and dedication. Chris was always respectful, efficient, and quick to respond to our needs. Whether it was handling a task himself or coordinating with the building owner, he approached every situation with care and attention to detail, ensuring everything was done right. His work was always neat, and he understood the importance of maintaining a professional environment. especially with clients coming through the building regularly.

Our paths crossed again in 2020 through St. Joseph's Church and School in Wakefield, MA, where our families became close. His children and my grandchildren attend the school together, and my daughter is a teacher there. Chris and his wife. Nicole, have been incredibly active in the school and church. volunteering their time, skills, and resources. They go above and beyond in supporting the church's programs, the school's activities, and the wider community. Everyone involved with the school speaks highly of them, and their commitment to helping others is truly remarkable.

Beyond his work at the school and church, Chris is a devoted husband and father. He is one of the most loving, caring, and generous people I know. My wife and I consider Chris, Nicole, and their children part of our family. We've watched their children grow and thrive. involved in choir, drama, sports, Christian service and other activities—always with Chris by their side, supporting them every step of the way.

Your Honor, I ask that you consider the profound impact that sentencing would have on Chris and his family. His family relies on him for emotional and practical support. His presence at home is crucial to his family's well-being. and it would offer him the best opportunity for redemption and healing.

I respectfully ask that you show mercy and offer Chris a chance to continue contributing to his family and community.

Sincerely,

Scott Jones Sr.

Wakefield, MA

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I'd like to take some time to speak on behalf of Christopher Ponzo and his level of kindness and generosity, primarily of his time. I've known Christopher for about 25 years, and he has helped me several times.

One winter day I woke up to water in my basement because my water heater had failed and I called him looking for some advice or direction on how to handle it and he said, "find the handle that's feeding the water into the heater and shut it off and call me back after". A few minutes later he called me back and said, "ill be at your house in 20 minutes". He changed his plans for the day and arrived with his tools and the trailer attached to his jeep. We went over to Home Depot, we purchased a brand-new water heater, we brought it back to the house and within two hours everything was up and running with minimal damage and at the cost of just a friend helping a friend in his time of need.

There was another time during an ice storm when I drove home and as I pulled into my driveway which was a sheet of ice I slid into my garage door, and again, Christopher came over on a day when it wasn't sub zero temperatures and helped me dismantle the broken door and helped and showed me how to replace the broken parts and rebuild my garage door, again a friend just helping a friend.

Christopher offered his DJ services for our wedding which was incredibly generous of him to do so, and he saved us a couple of thousand dollars as a young couple just starting out.

Your Honor, Chris is an honorable man, a great friend, a devoted husband, and caring and nurturing father. We thank you for taking the time to read our letter and we ask that you show mercy when it comes to sentencing this man we love so dearly.

Thank you,

*Roy Mallane*
*Ann Mallane*

Roy & Ann Mallane

CP-123

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing on behalf of Christopher Ponzo. He is a kind, generous, gracious, and most importantly has made the community a better place.

He has served the children, non-profit organizations, boy and girls clubs, having ran toy drives and so much more.

I have known Chris for over 20 years. During this time frame I have seen nothing but generosity with local charities, lending a helping hand and willingness to make the community a safe and better place.

Chris has donated time to help families in the community that where in need of some type of help. If someone needed a ride, repairs on a home, watching out to make sure the neighborhoods were safer. The list is endless.

He has helped aspire young and old adults to want to be better human beings. Not too many human beings are able to do this.

Chris would send a crew to work on a single mom's home for electrical at no charge to make the home safe for her young children.

Although these my sound minor to some – they mean a lot to the individuals that are receiving them are the time, always paying it forward to the communities.

I could fill this letter up with so many more stories, but I think you understand where this is coming from. It is coming from the heart.

If you have any questions or comments, please do not hesitate to ask.

Respectfully Yours,

*Maria Luker*

Maria Luker

CP-124

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I have known Christopher Ponzo for over 40 years. We have been lifelong friends. We camped together since we were kids at a family campground in Rochester, NH.

Our families were very close. During the summer, we did everything together. We went fishing, played softball, went canoeing, hung out by campfires, had big barbecues together, enjoyed dancing and celebrated each other's birthdays together.

Chris and I were very close. He was like a big brother to me, we were always together, and he always looked out for me. Chris looked out for all the younger kids. We may not be family, but our bond and growing up together make us like we are. Chris is a great person with a positive attitude who always has a big smile on his face. He loves to help others, he brings people together, and makes them laugh. Chris has grown up to become a great husband and father to his family. I'm proud to call him a very dear friend of mine and I'm grateful for the lifelong friendship we continue to have.

Sincerely,

Melanie Koulouris

CP-125

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

My name is Lisa (Caggiano)Jones, and I am a substitute teacher and volunteer at St. Joseph's School in Wakefield, MA. I have known Chris Ponzo for many years, going back to when my husband (Scott Jones, Sr.) and I had our office in the building where Chris was the maintenance supervisor. Known then for his personable, honest and hard working ethic and still to this day known for these same qualities adding devoted husband, father and his dedication to the school and church where his children attend.

Since being involved at the school I have had the opportunity to witness the many deeds Chris has voluntarily done to benefit the students, school and church. His unwavering devotion has made a large impact on many people, myself included. My four grandchildren also attend St. Joseph's and have been close friends to Chris and Nicole's boys, (in fact they call themselves cousins) our families have melded together over the years, creating many wonderful memories.

I cannot express enough the importance of parents and family being there for their children, especially at their young formidable years. It's heartbreaking to me of the chance that Chris' wife and three young boys will be separated for any amount of time, not having the dedicated father figure in their lives.

Your Honor, please find it in your heart to consider leniency when making your decision regarding not only Chris' future but the future of his family. Thank you.

Respectfully,

Lisa Jones

Lisa Jones

Wakefield, MA

CP-126

November 24, 2024

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Character Reference for Christopher Ponzo

Dear Judge Gorton,

I hope this letter finds you well. I am writing to you on behalf of Christopher Ponzo, whom I have had the privilege of knowing for over 20 years as a close friend. I appreciate the opportunity to provide this character reference for consideration.

During my time knowing Christopher, I have come to know him as man who has always demonstrated a strong sense of family, work ethic and community involvement. Christopher has always illustrated immense gratitude and empathy for those around him. Over the past 20 years, Christopher has always included me as a member of his family. He has helped me in so many ways from business advice to life advice and I was always able to confide in Christopher knowing he would be someone that genuinely wanted the best for me and was always willing to lend a helping hand. I can honestly say that Christopher is one of the few people that I have met in my life that has expressed true empathy for others and genuinely wants to uplift those around him.

In writing this letter, I understand the severity and nature of the charges against Christopher, and I do not wish to minimize the impact of Christopher's actions. Based on my knowledge and understanding of Christopher's circumstances, I respectfully request your Honor for leniency in your sentencing decision. Christopher is a loving father and husband the glue that holds it all together for his family and for those around him. Please consider this man, the generous, loving and empathetic man so many have come to know.

Thank you for your time and consideration.

Sincerely,

Jonathan Schwartz
24 High Pine
Glen Cove, New York 11542
Schwartz0210@gmail.com
516-427-1899

CP-127

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I am writing this letter on behalf of Chris Ponzo, someone I have had the honor of knowing since 2014 when I first met him through his brother, Joe. From the very beginning, regardless of how new our friendship was, he welcomed me into his life as if I had been a part of it forever, treating me more like family than just a friend.

Over the years, I have seen countless examples of his reliability and compassion, and his genuine care for the well-being of those around him.

However, if there is one aspect of Chris's character that stands out above all , it is his role as a father to his three sons: Christian, Calvin, and Julian. Chris's dedication to his boys is nothing short of remarkable. Every time I have been around Christian and Calvin, the oldest two, I am struck by the respect, kindness, and strength of character they display—qualities that are a direct reflection of the values Chris instills in them. It is clear that he is deeply committed to their growth and development, raising them to be not just good men, but true gentlemen.

I wholeheartedly believe in Chris's potential to continue being a positive influence on his family, friends, and community. He is a man of strong moral values, someone who inspires those around him to be better. I hope this letter helps provide a glimpse of the incredible person Chris truly is.

Thank you for your time and consideration.


Respectfully,

Daniel Staffieri

CP-128

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Honorable Judge Gorton,

My name is Ryan Oliphant and I am not only Chris Ponzo's nephew but long time employee at CAP Electric. Chris has always been a very close part of my life since I was a kid. He has taught me so many lifelong lessons and groomed me in the person I have become which I am so grateful for.

One of the many characteristics Chris has taught me in life is about giving back to the community. Every Christmas Eve since I was a kid we go out around the town of Stoneham giving out gift to the less fortunate who may not be able to receive as many or even any gifts. Some years we were able to deliver to over 40 families! This was all put together by the middle school PTO fundraising. Unfortunately, a few years back they did not have the funds and had to shut down this program. Chris took matters into his own hands to raise the money and get gift donations to continue this tradition for those in need because he knows how much it means to some people. The smiles on those kids faces receiving the gifts is amazing!

Chris's friends and family are truly his entire life. The amount of time and money he and his wife Nicole donate to their kids school (St. Joseph's in Wakefield Ma) is honestly remarkable. Whether it's the Halloween party, the Christmas holiday stroll or the yearly play. Most of his time and effort goes into making sure these events are executed to perfection. I am very well aware of this because every year in December our electrical shop turns into a woodworking shop for Chris to build all of the sets for the school play in the spring which he spends countless hours, day and night just to make sure everything comes out just right.

The stories about how amazing Chris is can go on and on but the best example about his true character is how he raised the three sweetest boys on earth. When Christian(12) Calvin(9) and Julien(2) walk into the room everyone day is made as they stop whatever they are doing to come over and greet everyone there with true love and joy.

I sincerely thank you Judge Gordon for your valuable time to read this letter and take it into consideration at the time of sentencing. Chris is the most respectable and genuine guy I have ever met and consider him a father figure in my life.

Respectfully Submitted,

Ryan Oliphant

CP-129



# ROSS RIVERA

Maintenance Manager

**CONTACT**

PHONE:
617-840-2704

EMAIL:
Rosswellrivera@gmail.com

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

I am writing to provide a character reference for Chris Ponzo, whom I have met through a co-worker and whom I have known for over 12 years. I am aware of the charges brought against and upcoming court proceedings, and I believe it is important to share my perspective on character and conduct.

I have had the privilege of witnessing Chris demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Chis Ponzo has always been a person of high moral character, displaying honesty and truthfulness in all interactions. Chris has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Furthermore, I have observed Chris fulfill responsibilities with diligence and dedication. Whether it was in a professional capacity or personal commitments, Chris has consistently displayed a strong work ethic and a commitment to excellence. Chris is known for going above and beyond expectations, exhibiting reliability and dependability in pursuits.

I kindly request the court's consideration of Chris's overall character and previous contributions to society. I Am confident that Chris will continue to positively contribute to the community.

Thank you for taking time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

Ross Rivera

CP-130

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Re: Request for leniency in sentencing for Joseph & Christopher Ponzo

Dear Judge Gorton,

I hope this letter finds you well. My name is Janeen Silvestri, formerly Janeen Ponzo, and I am Joseph & Christopher's sister. I am writing to respectfully request leniency in their upcoming sentencing.

As their sister, I have known them my entire life, am very close to them both still today, and can truly testify to their morals, beliefs, and characters. First, I'd like to say that this came as a complete shock to myself and our family. If you knew them as I do and as so many people do, you would understand why this was such a shock. My brothers and I were raised in a very religious, loving and caring environment. We were brought up to respect others, care for other people, help others in need, and have faith in God and our church. We attended Mass every single week religiously at St Patrick's Church in Stoneham, and our mother has been a volunteer helper in Church our whole lives and continues to do so today. We were taught to be kind and treat others as we would like to be treated, a value we follow to this day as adults and parents. My brothers and I had this instilled in us since birth and portray this every day in daily actions.

In my eyes, my brothers are pillars of their community. They have always been highly respected in our town and have been active members of the community for years. As you know, my brother Joseph was a Stoneham police officer for over 20 years. He was recognized over the years for his duty and his highest regard for human dignity and public care. He was the Safety officer in our town for many years and built positive relationships with students and staff in our schools, educating them on safety procedures and crime prevention. To say everyone loved him at these schools is an understatement. My brother Christopher has also contributed to the community in positive ways. Years ago, he started an annual tradition at Christmas time. He had the idea of giving back to families and providing the children, and maybe less fortunate children, with the joy of receiving gifts that they may not have had the pleasure of. Christopher turned a trailer into "Santa's sled" and pulls this trailer around the town during the holiday season. The sled is large enough to hold a group of people, including Santa, and Christmas music is played through the

CP-131

speakers. Christopher provides Santa with a very generous bag of toys and gifts to hand out to the children as they make various stops around town. This act of generosity brings a joy to children that cannot be measured. These are the type of people my brothers are. They put the needs and wants of everyone around them first, before themselves. They believe in giving back to their community, to their friends and family, and to anyone they can help.

Aside from the community, they are devoted to their family and their friends. On a more personal level, they have been a God send to me and my family. My husband was involved in a snowmobile accident a few years back and lost his right leg. Our lives changed drastically that day, and I struggled to keep things running at home and maintain a normal routine and lifestyle for my daughter. I would not have been able to do this without the help of both of my brothers. They have helped me, not only financially, but physically in every way possible including household issues and repairs, assisting with my husband's medical needs and changes to our home, and helping take care of my daughter when I was not able to be home. I am forever grateful to them and only hope to be able to repay them in some way in the future.

I fully understand the seriousness of the charges brought against them, and know that if time could be turned back, they would do things differently. I hope you will consider my request for a more lenient sentence that will give them the opportunity to make up for their actions and continue to care for their families.

Thank you so much for your time and your consideration.

Sincerely,

*Janeen Silvestri*

Janeen Silvestri
(781) 389-8112
janeen.ponzo@gmail.com

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Jesse Cammarata, and I am one of the owners at Gilgun Group, a construction company that also specializes in real estate. I have known Chris for about eight years, both personally and professionally. From the moment I met him, he has consistently been willing to help me and has offered invaluable support in many ways.

On one occasion, I found myself in a vulnerable situation with a house project, and I reached out to Chris for assistance. Without hesitation, he came to my aid. In an industry where many might have taken advantage of me, Chris went above and beyond to support both me and my company. His generosity and professionalism have made a lasting impression, and I am grateful for the positive impact he has had on my business and my life.

Thank you for your time and consideration.

Sincerely,

Jesse Cammarata
Gilgun Group

CP-133

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

Simply put, Chris Ponzo is the single most generous person I have ever come across.

My name is Renee Dorney. My husband Andrew and I have known Chris as a casual acquaintance since 2018, as a fellow parent at Saint Joseph School.

Year after year, the entire school community is in awe of the Ponzo family's generosity, but mostly their time. I am talking about days setting up, breaking down, attending and managing every event that makes that school a worthwhile community to be a part of. To me, this is the sign of a truly generous person.

Chris is the type of guy that would give you the shirt off his back. Quite literally, I once commented on a shirt he was wearing, saying my husband would love it, and he responded, "I have a bunch, he can have one."

I have family members who are far wealthier than the Ponzo's. They're nice people, but they don't go out of their way.

In my lived experience, financial means doesn't make someone generous- it's a character trait you either have, or don't have.

Sincerely,

*Renee Dorney*

Renee Dorney

CP-134

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Judge Gorton,

We are writing to express support for our friend, Christopher Ponzo, who is facing sentencing in February 2025.

Chris has been a dear friend of ours for more than ten years. Three qualities immediately come to mind when thinking about Chris: Faith, Family, Friends.

He is a dedicated husband and father of three young boys. The boys are smart, handsome, well-adjusted and extremely polite. His oldest children attend school at St. Joseph's in Wakefield. Chris and his wife are active participants in the school and the parish, doing many benevolent things behind the scenes and never seeking recognition. Quiet grace is a quality that Chris and his wife embody.

Chris grew up in Stoneham. Despite no longer living here, he continues to be a huge supporter of the town. He is an avid supporter of the Boys and Girls Club and contributes to all their events including wiring the Festival of Trees, a large fund-raising event for the Club. Every Christmas Eve, Chris, his children, relatives and friends ride around Stoneham on a sleigh, delivering gifts to kids in need. He funds this personally with his family. I am honored to ride along with them as Mrs. Claus for this beautiful event that brings squeals of delight from the children and smiles of relief from the parents and care givers.

We appreciate you taking the time to read our sincere and heartfelt words about Chris and ask that you take into consideration the effects of his sentence on his family, especially his children.

*"There is no person so severely punished, as those who subject themselves to the whip of their own remorse"* - Lucius Annaeus Seneca

Sincerely,

William Perry    Michelle Perry
William and Michelle Perry
35 Gould Street
Stoneham, MA 02180

CP-135

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Robin L Anderson, I work at the Reading Mass Home Depot for 13 years 3 years in Biddeford Maine and 10 here at the Reading store.

I met Chris and Joe here at the Reading Home Depot. I was working at the Service Desk at the time working on orders for them and found them to be two very respectable men. Over the years I got to meet there families, they would always come see me to say hi and see how I'm doing. I also saw how they helped out in their community at Christmas time and other special events. My father-in-law was a Stoneham Police Officer for many years and we would talk about Joe Ponzo and all the good things Joe did while on the police dept. He saved the life of a man on Lake Winnipesaukee in NH when a plane went down in the water and Joe jumped in and saved him from drowning that's just who they are they care about people When I had emergency surgery on my gallbladder and then a year later a heartache they told me if I ever needed anything they are there to help in any way. Thank you for listening. You will never meet these two families that have so much love and support as they do.

Yours truly,

Robin Anderson

Robin L Anderson

CP-136

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I have known Christopher Ponzo for twenty-five years. In those years I have seen his generosity towards friends and family and just acquaintances. I've seen Chris give his time, possessions and money freely to many, me included.

Chris has given his time to work for his father in law's company on jobs when temporary help was needed. Chris has given his time and money to his children's school activities. Such as building play sets and Christmas nativity scenes. Chris has let me borrow expensive tools and equipment freely, just because he could and I had a need. Chris hired me when I was without work. He worked around my difficult schedule to make it work. Chris has taken into his home extended family when they were in need.

Chris has sent me personally to church member homes to fix issues they were having. Paying me and instructing me not to bill them.

Family comes first for Chris, friends second and himself third. Any person who knows Chris is in a better situation just having the ability to contact him if they are in need.

Sincerely,

*Sean Fraser*

Sean Fraser

CP-137

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210


Dear Judge Gorton,


My name is Joe Shannon and I am writing this letter to support Chris Ponzo. I am currently employed by Home Depot. I owned my own painting business in Stoneham for over 30 years. I have known Chris Ponzo for over 40 years. Our families have been friends for a long time.

When I was in my late teens and early twenties, I worked at the Stoneham Boys & Girls Club where Chris was a member, and I was a gym director. He was always a good and well-behaved kid. As we got older, we developed a friendship that continues today.

In 2018 I had a tragedy in my family and I lost my son due to a terrible accident. Chris has reached out to me on numerous occasions to tell me how sorry he was and to see if I was ok. To this day whenever I see him, he always asks how my family is and always brings up- my son Nick. He has a heart of gold, and I will support him anyway I can.


Sincerely,

Joe Shannon

CP-138

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

I am writing to offer a character reference for Christopher Ponzo. I have known Chris for the past eight years, and I have had the privilege of witnessing firsthand his generosity, work ethic, and dedication to those around him.

I first met Chris by chance, and from the moment we connected, I was struck by his vibrant energy and commitment to helping others. Every Christmas, Chris goes out of his way to make the holiday special for children in need, even taking a sleigh he built to visit them. This is just one example of his kind and giving nature.

On a personal note, I had the misfortune of suffering a heart attack, and Chris was one of the first people to reach out. His immediate response was to offer his support in any way possible. He made it clear that he was willing to assist me with anything at my home and even offered financial help, knowing I had children in college. This was an unexpected and deeply generous gesture.

Chris has also demonstrated his generosity through his work. There was a time when he asked me to assist on a job by painting, and after completing the work, I found out that he had donated the entire project. When I asked why he hadn't informed me beforehand, he simply said that the donation was his to make, not mine.

Throughout the years, I've seen Chris work tirelessly to balance his family life with his professional responsibilities. He often stayed late at the office, sending emails well into the night. He is a man who is fully committed to his work and his family.

In addition to his work ethic, Chris has been a significant influence in my spiritual life. We've spent quality time together working on projects for our church, where I learned many valuable lessons from him about remaining calm, grounded, and spiritual.

I understand that Chris is currently facing a difficult situation and is understandably frustrated, as he has always been willing to help others. Please know that from my personal experience, Chris is a man of strong character, integrity, and generosity. He has made a positive impact on my life, and I believe his actions over the years reflect the kind of person he truly is.

Thank you for your time and consideration.

Sincerely,

*Greg Lapery*

Greg Lapery

CP-139

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse way
Boston, MA 02210

January 16, 2025

To Whom It May Concern,

I am writing this letter on behalf of my dear friend, Chris Ponzo, whom I have had the privilege of knowing for over 20 the years, Chris, is one of the most selfless, reliable, giving, generous, and kind-hearted individual I have ever met in my life.

Chris played an important role in one of the most memorable days of my life—our wedding—and has continued to be a steadfast source of support ever since. He is married to Nicole (Nikki) who is equally wonderful, with the kindest heart, and together they have created a beautiful family with three incredible and smart boys. It's no surprise, given his character, that his family reflects the same warmth and generosity he exudes.

What sets Chris apart is his unwavering commitment to those he cares about and the community and customers he serves. He has consistently shown up for my family and me in ways that have left a lasting impact, whether through his support in difficult moments when our mom and dad passed away or his ability to celebrate our successes throughout the years with our two daughters as though they were his own. His giving nature, integrity, and deep sense of loyalty have made him a friend we cherish deeply. It is admirable.

I cannot emphasize enough how much Chris deserves every opportunity for success and being there for his wife, young boys and his family. He is the kind of person who enriches the lives of those around him simply by being himself. I am honored to vouch for his character and wholeheartedly recommend him for any opportunity or consideration.

If you need further information or would like to discuss his attributes in more detail, please do not hesitate to contact me at 978-968-3857

Sincerely,

Carmen Panacopoulos
The Panacopoulos Family

CP-140

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston MA 02210

Dear Honorable Judge Gorton,

I am writing this letter on behalf of my brother-in law, Christopher Ponzo. Chris is the most generous, kindhearted, and caring person I have ever met. Chris is one of those people that when he enters the room, he instantly brings joy and happiness to everyone around him. As busy as he is running a company, volunteering his time at school and church and busy with his own family, he still goes out of his way to show up to my kids sporting and school events, cheering them on. Family is everything to him.

To say he is a generous man, is an understatement. His generosity is something that you don't see from many people. I have seen it more often than not, where we would go out for dinner and Chris would see a veteran, he would call our waitress over and would give her money and tell her that he wanted to pick up the Veterans tab, but don't tell him who did it. He didn't want any recognition for it. He just wanted to thank him for his service to our country. Another time was when a close friend's dad had passed away, we went to the services and then to the bereavement at a restaurant. Chris had to leave and go back to work. He went around and said his goodbyes to everyone then went up to the waitress and asked for the whole bill and paid for it without telling anyone and left. You don't see that anymore where someone does something so generous for someone and doesn't expect anything in return or any recognition for it. It's just the kind of man he is. These are just a few of the many things he has done to help others out.

When this case happened and my husband had to retire, Chris was there to offer him a job. When we needed help financially, Chris helped us out. When we were finally able to repay him, we gave him a check and he accepted it. Only to find out that he had ripped it up and left it on my bureau with a note. He didn't want any recognition for it. He did it very discreetly, when I didn't find it until he had already left. This goes to show his character and the type of person he is.

To say that Chris is a great father, husband, brother, son or friend, is an understatement. He would do anything for anyone. He is a hands- on dad. He is at all their doctor's appointments, sporting events cheering them on, school events building their play sets and helping out with whatever he could, to reading them their bedtime stories.

Finally, I would like to say how much loss and heart ache Chris and his family have suffered as a result of this case. Not only financially but emotionally as well. Please consider all the good Chris has done for everyone around him. We need more people in this world like Chris Ponzo.

Sincerely,


Christine Ponzo
9 Thompson Pond Rd
Stoneham, MA 02180

*Christine Ponzo*

CP-141



## Brigadier General (MA) Michael S. Finer, CFP®, CLU, CPA
## 115 Atlantic Avenue
## Swampscott, Massachusetts 01907

www.finer.com

December 12, 2024

Judge Nathaniel M. Gorton
US District Court
Via pdf

Dear Judge Gorton:

My name is Michael Finer, and I am a retired Brigadier General (MA) from the US Army National Guard, as well as a Certified Public Accountant in Massachusetts. I have had the pleasure to know Mr. Christopher Ponzo for several years both personally and professionally, and I can attest to his high character and deep ethical beliefs.

Chris Ponzo is an extremely hard worker who is dedicated to helping his employees, his customers, his family, his friends, and his community. Chris lives a stoic lifestyle in a way that demonstrates the highest virtues of hard work, discipline and dedication. Chris demonstrates the characteristics of loyalty, duty, honor, and country. Not only is he extremely patriotic, but Chris is the type of gentleman who helps those in need to include his family, his friends, his community and he is extremely supportive and generous to all of his stakeholders.

I have been extremely impressed with Chris' approach to life, and I can unequivocally state that he is a true gentleman who displays honor, loyalty and high character.  Chris does live life with good intentions in an altruistic way to help others and to support his family.

If you have any questions, I would be happy to answer any.

Respectfully yours,

Michael S. Finer, CPA/PFS, CFP, CLU
Brigadier General (MA).

michael.finer@finer.com
T: (978) 740-1011
C: (617) 285-6259
F: (978) 744-8240

Finer Wealth Management™ is a Trademark of Major League Investments, Inc., which alternatively does business as Major League Investments, Inc.

CP-142



Lawrence Municipal Airport
North Andover, MA.
**978-683-3314**

The Honorable Nathaniel M. Gorton
United States District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Gorton,

My name is Timothy Campbell. I own a flight school in North Andover MA and I am a certified flight instructor.
I first met Christopher when he came to me for flight instruction in 2010. Chris was an eager student with a large, friendly personality who was an absolute pleasure to teach to fly.
During that time, I got to see Chris start a family and was immediately impressed with what a wonderful father and husband he was. It was so good to see someone so involved in their family.
He was always polite and extremely generous to me as well as to the crew around the airport. He truly put value on the effort our workers put in or him.

If you have any questions, please feel free to contact me directly at 508-783-4847 or by email, tim@eagleeastaviation.com

Sincerely,

Timothy Campbell
Certified Flight Instructor
Owner/Operator
Eagle East Aviation

CP-143