# EXHIBIT 62



## MEMORANDUM

**TO:**         Martin Murphy, Esquire
                 Attorney for Felicity Huffman

**FROM:**     Meredith Patti, Esquire
                 Mary Cate Rush, Chief Statistician

**DATE:**      September 2, 2019

**SUBJECT:**   **HUFFMAN – FEDERAL SENTENCING DATA ANALYSIS (FSDA)**

Title 18 USC §3553(a)(6) directs that the "need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" be considered when imposing sentence. To this end, we were retained to prepare a data analysis to determine comparative sentences imposed on defendants most similar to Ms. Huffman.

*Ms. Huffman pleaded guilty to violating 18 USC §1349 and will be sentenced in United States District Court for the District of Massachusetts. Ms. Huffman is a Criminal History Category I (zero criminal history points) and will not receive a substantial assistance downward departure pursuant to USSG §5K1.1. Under the terms of Ms. Huffman's plea agreement, Ms. Huffman has agreed to take the position that she should be scored according to USSG §2B1.1 as follows: 7-level increase for Base Offense Level; 2-level increase for Loss; and 2-level decrease for Acceptance of Responsibility. This yields a Total Offense Level of 7 (0-6 months of imprisonment). Ms. Huffman's Presentence Investigation Report (PSR) states that she should not receive any increase in levels for loss amount. Therefore, according to her PSR, Ms. Huffman's Total Offense Level is 5 (0-6 months of imprisonment).*

## THE USSC DATABASE

The United States Sentencing Commission (USSC) maintains a comprehensive, computerized data collection system of federal sentencing information.[1] Pursuant to 28 USC § 994(w) each chief judge of a district is required to ensure that within 30 days after entry of judgment in a criminal case the sentencing court submits a report of the sentence to the Commission that includes: (1) the judgment and commitment order; (2) the statement of reasons

---

[1] This data collection can be found at http://www.ussc.gov/research/datafiles/commission-datafiles.

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

Case 1:19-cr-10117-PT   Document 425-4   Filed 09/06/19   Page 3 of 28

(including the reasons for any departures or variances); (3) any plea agreement; (4) the indictment or other charging document; (5) the presentence report; and (6) any other information the Commission needs.

This collection contains information on federal criminal cases sentenced under the Sentencing Guidelines and Policy Statements of the Sentencing Reform Act of 1984. The data files included in this study contain all cases received by the USSC that were sentenced between October 1, 1998 and September 30, 2018. United States Federal Courts handled over 1.4 million criminal cases between the fiscal years 1999 and 2018. The USSC estimates that 99% of all cases are included in this dataset.

## DATA ANALYSIS

**STEP 1:**  For purposes of this analysis, we utilized the data sets for fiscal years 2002-2018 (see Step 3 for detailed explanation).

**STEP 2:**  Selected cases to include only those where the information related to a defendant's guideline calculation(s) represented known court findings. That is, only those cases where the court either agreed with the probation officer's calculations of the sentencing guidelines or where the court clearly documented any changes it made to a defendant's guideline calculation. Total cases = 1,110,411. (This represents approximately 88% of all cases.)

**STEP 3:**  Beginning in the November 2001 Guidelines Manual significant changes were made to USSG §2B1.1. Most notably, there were numerous changes made to the loss table in USSG §2B1.1. In order to capture those cases most similar to the guideline under which Ms. Huffman is scored, we selected only those cases where the defendant was scored according to a 2001 or later Guidelines Manual. Further, we selected only those cases where the defendant's statutory guideline was either USSG §2B1.1 or USSG §2X1.1 and USSG §2B1.1 was used to calculate the defendant's guideline scoring.

> ➤ **988,119 cases Deleted**
> ➤ **122,292 cases Remain**

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

**STEP 4:**  Ms. Huffman is a Criminal History Category I and has no criminal history points. Deleted those cases where the defendant was not a Criminal History Category I or was a Criminal History Category I but had a criminal history point or this information was missing.

> ➤ **50,258 cases Deleted**
> ➤ **72,034 cases Remain**

**STEP 5:**  Ms. Huffman entered into a plea agreement. Deleted those cases where the defendant was convicted after trial or this information was missing.

> ➤ **3,648 cases Deleted**
> ➤ **68,386 cases Remain**

**STEP 6:**  Ms. Huffman's statute of conviction does not require a mandatory minimum sentence. Deleted those cases where the defendant's statute(s) of conviction required a mandatory minimum sentence or this information was missing.

> ➤ **2,537 cases Deleted**
> ➤ **65,849 cases Remain**

**STEP 7:**  Examined each case to determine if it contained missing or incomplete sentencing information. Deleted those cases that contained missing or incomplete sentencing information.

> ➤ **55 cases Deleted**
> ➤ **65,794 cases Remain**

**STEP 8:**  Examined each case to determine if it contained missing or incomplete loss information. Deleted those cases that contained missing or incomplete loss information.

> ➤ **26 cases Deleted**
> ➤ **65,768 cases Remain**

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

**STEP 9:**    It is our understanding that Ms. Huffman will <u>not</u> receive a substantial assistance downward departure pursuant to USSG §5K1.1. Deleted those cases where the defendant received a downward departure pursuant to USSG §5K1.1.

> ➢ **9,704 cases Deleted**
> ➢ **56,064 cases Remain**

**STEP 10:**    Under the terms of both Ms. Huffman's plea agreement and the guideline scoring contained in her Presentence Investigation Report, Ms. Huffman's guideline range is 0-6 months of imprisonment. Deleted those cases where the defendant did <u>not</u> have a guideline range of 0-6 months of imprisonment.

> ➢ **37,548 cases Deleted**
> ➢ **18,516 cases Remain**

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

### FINDINGS - NATIONAL

| Table A - Type of Sentence Imposed<br>Guideline Range 0-6 Months of Imprisonment<br><br>Guilty-Pleading, Criminal History Category I Defendants (zero points)<br>Scored According to USSG §2B1.1<br>(Excludes Defendants with a Statutory Mandatory Minimum Sentence)<br>(Excludes USSG §5K1.1 Downward Departure Defendants)<br><br>National - FY 2002-2018 | | |
|---|---|---|
| **Sentence Imposed[2]** | **No. of Defendants** | **Percentage** |
| Ordered to Pay Fine (only) | 321 | 1.7% |
| Probation Ordered | 13,858 | 74.8% |
| Probation Ordered + Alternative Sentence[3] Ordered | 803 | 4.3% |
| Time Served | 1,472 | 7.9% |
| Time Served + Alternative Sentence Ordered | 35 | 0.2% |
| Prison Ordered | 1,759[4] | 9.5% |
| Prison Ordered + Alternative Sentence Ordered | 115 | 0.6% |
| Time Served (term unspecified) | 153 | 0.8% |
| **Total** | **18,516** | **100.0%** |

Note: Percentages may not equal 100% due to rounding.

- Of the 18,516 defendants sentenced nationally who had a guideline range of 0-6 months of imprisonment, the sentence imposed on 15,780 of these defendants (85.2%) either included no term of imprisonment or no more than 1 day of imprisonment.

---

[2] For purposes of Table A, community service is not included in "Sentence Imposed."

[3] Alternative Sentence includes home detention, community confinement, or intermittent confinement.

[4] Of these 1,759 cases, in 12 cases the defendant served a portion of his/her sentence prior to sentencing (time served) and was ordered to serve an additional term of imprisonment at sentencing.

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

Case 1:19-cr-10117-PT   Document 425-4   Filed 09/06/19   Page 7 of 28

- Of the 3,381 defendants sentenced to a term of imprisonment (either time served or a term of imprisonment to be served),[5] 798 defendants (23.6%) were sentenced to 1 day of imprisonment.

- Of the 18,516 defendants sentenced nationally who had a guideline range of 0-6 months of imprisonment, 2,970 defendants were ordered to perform community service as part of their sentence. For these 2,970 defendants, the number of hours of community service ordered ranged from 1 hour – Life. The following table, Table B, details the number of community service hours ordered on these 2,970 defendants.

| Table B - Hours of Community Service Ordered<br>Guideline Range 0-6 Months of Imprisonment<br><br>Guilty-Pleading, Criminal History Category I Defendants (zero points)<br>Scored According to USSG §2B1.1<br>(Excludes Defendants with a Statutory Mandatory Minimum Sentence)<br>(Excludes USSG §5K1.1 Downward Departure Defendants)<br><br>National - FY 2002-2018 | | |
| --- | --- | --- |
| **Community Service Hours Ordered** | **No. of Defendants** | **Percentage** |
| 1 – 99 Hours | 1,173 | 39.5% |
| 100 – 200 Hours | 1,482 | 49.9% |
| 201 – 500 Hours | 267 | 9.0% |
| 501 – 999 Hours | 22 | 0.7% |
| 1,000 or More Hours | 17 | 0.6% |
| Life | 1 | <0.1% |
| Ordered, but Hours Not Specified | 8 | 0.3% |
| **Total** | **2,970** | **100.0%** |

Note: Percentages may not equal 100% due to rounding.

---

[5] As shown in Table A, 1,472 defendants were sentenced to time served, 35 defendants were sentenced to time served and an alternative sentence, 1,759 defendants were sentenced to a term of imprisonment, and 115 defendants were sentenced to a term of imprisonment and an alternative sentence. The 153 defendants sentenced to Time Served (term unspecified) were excluded because the precise amount of time these defendants served is unknown.

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

### FINDINGS – DISTRICT OF MASSACHUSETTS

- Of the 18,516 defendants sentenced nationally who had a guideline range of 0-6 months of imprisonment, 127 defendants were sentenced in the **District of Massachusetts**.[6] The following table, Table C, details the type of sentence imposed on the 127 defendants who had a guideline range of 0-6 months of imprisonment.

| Table C - Type of Sentence Imposed<br>Guideline Range 0-6 Months of Imprisonment<br>Guilty-Pleading, Criminal History Category I Defendants (zero points)<br>Scored According to USSG §2B1.1<br>(Excludes Defendants with a Statutory Mandatory Minimum Sentence)<br>(Excludes USSG §5K1.1 Downward Departure Defendants)<br>District of Massachusetts - FY 2002-2018 | | |
| --- | --- | --- |
| **Sentence Imposed[7]** | **No. of Defendants** | **Percentage** |
| Ordered to Pay Fine (only) | 1 | 0.8% |
| Probation Ordered | 101 | 79.5% |
| Probation Ordered + Alternative Sentence Ordered | 6 | 4.7% |
| Time Served | 10 | 7.9% |
| Time Served + Alternative Sentence Ordered | 1 | 0.8% |
| Prison Ordered | 5 | 3.9% |
| Prison Ordered + Alternative Sentence Ordered | 1 | 0.8% |
| Time Served (term unspecified) | 2 | 1.6% |
| **Total** | **127** | **100.0%** |

Note: Percentages may not equal 100% due to rounding.

- Of the 127 defendants sentenced in the District of Massachusetts who had a guideline range of 0-6 months of imprisonment, the sentence imposed on 111 of these defendants (87.4%) either included no term of imprisonment or no more than 1 day of imprisonment.

---

[6] A description of these 127 defendants can be found at the end of this memorandum (Table E).

[7] For purposes of Table C, community service is not included in "Sentence Imposed."

4816 Twinbrook Rd. Fairfax VA 22032 • office 703-971-0217 • fax 703-539-1030
info@MCMDataConsulting.com

*Huffman Analysis*
*September 2, 2019*
*Page 8*

- Of the 17 defendants sentenced to a term of imprisonment (either time served or a term of imprisonment to be served),[8] 3 defendants (17.6%) were sentenced to 1 day of imprisonment.

- Of the 127 defendants sentenced in the District of Massachusetts who had a guideline range of 0-6 months of imprisonment, 9 defendants were ordered to perform community service as part of their sentence. For these 9 defendants, the number of hours of community service ordered ranged from 1 hour – 400 hours. The following table, Table D, details the number of community service hours ordered on these 9 defendants.

| Table D - Hours of Community Service Ordered Guideline Range 0-6 Months of Imprisonment Guilty-Pleading, Criminal History Category I Defendants (zero points) Scored According to USSG §2B1.1 (Excludes Defendants with a Statutory Mandatory Minimum Sentence) (Excludes USSG §5K1.1 Downward Departure Defendants) District of Massachusetts - FY 2002-2018 | | |
|---|---|---|
| **Community Service Hours Ordered** | **No. of Defendants** | **Percentage** |
| 1 Hour | 1 | 11.1% |
| 6 Hours | 1 | 11.1% |
| 40 Hours | 1 | 11.1% |
| 100 Hours | 2 | 22.2% |
| 150 Hours | 1 | 11.1% |
| 250 Hours | 1 | 11.1% |
| 400 Hours | 2 | 22.2% |
| **Total** | **9** | **100.0%** |

Note: Percentages may not equal 100% due to rounding.

---

[8] As shown in Table C, 10 defendants were sentenced to time served, 1 defendant was sentenced to time served and an alternative sentence, 5 defendants were sentenced to a term of imprisonment, and 1 defendant was sentenced to a term of imprisonment and an alternative sentence. The 2 defendants sentenced to Time Served (term unspecified) were excluded because the precise amount of time these defendants served is unknown.

4816 Twinbrook Rd. Fairfax VA 22032 ● office 703-971-0217 ● fax 703-539-1030
info@MCMDataConsulting.com

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2228628 | 12-2014 | Boston | 29-yr. Female (Illegal Alien – Dominican Republic) | 0 | $0 | 42 USC §408(a)(7)(B); 18 USC §2 | 4 | 1 day Imprisonment (Time Served) | |
| 2 | 821021 | 4-2004 | Boston | 36-yr. Male (Illegal Alien - Mexico) | 0 | $0 | 18 USC §1001 | 4 | 5 days Imprisonment (Time Served) | |
| 3 | 2108556 | 6-2013 | Boston | 35-yr. Male (Illegal Alien - Dominican Republic) | 0 | $5,000* | 18 USC §1001(a) | 4 | 1 mo. 29 days Imprisonment (Time Served) | |
| 4 | 1476776 | 12-2011 | Boston | 41-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1001 | 4 | 4 mo. Imprisonment | |
| 5 | 1399900 | 2-2011 | Boston | 35-yr. Male (Resident/Legal Alien - Colombia) | 0 | $3,239 | 18 USC §669 | 4 | 5 mo. 26 days Imprisonment (Time Served) | |
| 6 | 1349281 | 7-2010 | Boston | 31-yr. Male (Illegal Alien - China) | 0 | $0 | 18 USC §1001(a)(2) | 4 | 10 mo. 29 days Imprisonment (Time Served) | Pursuant to a Non-Binding (or unknown type) Plea |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 681437 | 4-29-2003 | Boston | 43-yr. Male (Resident/Legal Alien - Haiti) | 0 | $0 | 18 USC §1001 | 4 | 6 mo. Probation | |
| 8 | 2466576 | 5-2018 | Boston | 70-yr. Female (U.S. Citizen) | 0 | $3,250* | 18 USC §1001(a)(2) | 4 | 12 mo. Probation; 1 hour Community Service | |
| 9 | 2337181 | 6-2016 | Boston | 40-yr. Female (Illegal Alien - Dominican Republic) | 0 | $0 | 42 USC §408(a)(8) | 4 | 12 mo. Probation; 40 hours Community Service | |
| 10 | 2303610 | 1-2016 | Boston | 46-yr. Male (U.S. Citizen) | 0 | $3,250* | 18 USC §1001 | 4 | 12 mo. Probation | |
| 11 | 2294049 | 11-2015 | Boston | 50-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1001 | 4 | 12 mo. Probation | |
| 12 | 1412866 | 4-2011 | Boston | 60-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1001 | 4 | 12 mo. Probation | |
| 13 | 761091 | 11-2003 | Boston | 61-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1001 | 4 | 12 mo. Probation | |

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2287118 | 10-2015 | Boston | 50-yr. Female (U.S. Citizen) | 0 | $5,000* | 18 USC §1001 | 4 | 12 mo. Probation | |
| 15 | 2107555 | 6-2013 | Boston | 47-yr. Female (Illegal Alien - Morocco) | 0 | $5,000* | 18 USC §1001 | 4 | 12 mo. Probation | |
| 16 | 1225351 | 3-2009 | Boston | 58-yr. Male (U.S. Citizen) | 0 | $3,000 | 18 USC §1711 | 4 | 12 mo. Probation | |
| 17 | 2256928 | 4-2015 | Boston | 36-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1001(a)(2) | 4 | 12 mo. Probation | |
| 18 | 1013254 | 7-2006 | Boston | 21-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1028(a)(1) | 4 | 12 mo. Probation | |
| 19 | 760146 | 1-2004 | Boston | 25-yr. Male (Resident/Legal Alien - Morocco) | 0 | $0 | 42 USC §408(a)(7)(B) | 4 | 12 mo. Probation | |
| 20 | 1156729 | 5-2008 | Missing | 63-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §498 | 4 | 24 mo. Probation; 100 hours Community Service | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1401852 | 2-2011 | Boston | 50-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §641 | 4 | 24 mo. Probation | |
| 22 | 2074593 | 1-2013 | Boston | 50-yr. Male (Resident/Legal Alien - Dominican Republic) | 0 | $5,000* | 18 USC §1001 | 4 | 24 mo. Probation | |
| 23 | 2115757 | 7-2013 | Boston | 51-yr. Male (Resident/Legal Alien - Morocco) | 0 | $5,000* | 18 USC §1001 | 4 | 24 mo. Probation | |
| 24 | 770255 | 8-2004 | Boston | 45-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1341 | 4 | 24 mo. Probation | |
| 25 | 2316817 | 3-2016 | Boston | 55-yr. Male (U.S. Citizen) | 0 | $6,131 | 18 USC §1708 | 4 | 24 mo. Probation | |
| 26 | 892006 | 10-2005 | Boston | 48-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 4 | 24 mo. Probation | |
| 27 | 784257 | 9-2004 | Worcester | 38-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 4 | 24 mo. Probation | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 1124805 | 11-2007 | Boston | 43-yr. Female (U.S. Citizen) | 0 | $1,323 | 18 USC §1711 | 4 | 24 mo. Probation | |
| 29 | 1363341 | 9-2010 | Boston | 44-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1001(a)(2) | 4 | 24 mo. Probation | |
| 30 | 673884 | 2-5-2003 | Boston | 38-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1030(a)(2)(B); 26 USC §7213(a) | 4 | 24 mo. Probation | |
| 31 | 1133338 | 1-2008 | Boston | 41-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1001(a)(2) | 4 | 24 mo. Probation; 2 mo. Community Confinement; 6 hours Community Service | |
| 32 | 1474717 | 11-2011 | Boston | 38-yr. Male (Illegal Alien - Brazil) | 0 | $0 | 18 USC §1001 | 4 | 24 mo. Probation; 4 mo. Home Detention | |
| 33 | 742976 | 10-2003 | Boston | 57-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1920 | 4 | 36 mo. Probation | |
| 34 | 1322478 | 4-2010 | Boston | 37-yr. Male (Resident/Legal Alien - Portugal) | 0 | $0 | 18 USC §1001(a) | 4 | 36 mo. Probation | |

### Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 2361046 | 11-2016 | Boston | 38-yr. Male (U.S. Citizen) | 0 | $3,250* | 18 USC §1029(a) | 4 | 36 mo. Probation | Deterrence |
| 36 | 632840 | 7-1-2002 | Boston | 26-yr. Male (Resident/Legal Alien - Dominican Republic) | 0 | $0 | 18 USC §1029(a)(7) | 4 | 36 mo. Probation | |
| 37 | 642609 | 8-27-2002 | Boston | 48-yr. Male (Resident/Legal Alien - Dominican Republic) | 0 | $0 | 18 USC §513(a) | 4 | 36 mo. Probation | |
| 38 | 1044178 | 12-2006 | Springfield | 27-yr. Male (Illegal Alien - Guatemala) | 0 | $0 | 18 USC §1341 | 5 | 5 mo. 19 days Imprisonment (Time Served) | |
| 39 | 1075828 | 3-2007 | Missing | 55-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1343 | 5 | 12 mo. Probation | |
| 40 | 2397308 | 5-2017 | Boston | 29-yr. Male (U.S. Citizen) | 0 | $5,351 | 18 USC §1349; 18 USC §1343 | 5 | 12 mo. Probation | |
| 41 | 1070341 | 4-2007 | Boston | 38-yr. Male (U.S. Citizen) | 0 | $3,240 | 18 USC §1341; 18 USC §371 | 5 | 24 mo. Probation; 400 hours Community Service | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 2228205 | 12-2014 | Boston | 29-yr. Male (Resident/Legal Alien - Pakistan) | 0 | $5,000* | 18 USC §1343 | 5 | 60 mo. Probation | |
| 43 | 1478125 | 12-2011 | Boston | 43-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1831 | 6 | 6 mo. Imprisonment; 6 mo. Home Detention | Offense Level Understates Offense Seriousness; Ongoing Nature of Activity |
| 44 | 2140090 | 11-2013 | Boston | 58-yr. Male (U.S. Citizen) | 0 | $5,000* | 21 USC §843(a)(3); 18 USC §1028(a)(7) | 6 | 3 mo. Imprisonment | |
| 45 | 711020 | 1-16-2003 | Boston | 24-yr. Male (Resident/Legal Alien - Morocco) | 0 | $0 | 18 USC §1001(a)(3) | 6 | 6 mo. 12 days Imprisonment (Time Served) | |
| 46 | 881874 | 9-2005 | Boston | 47-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1001 | 6 | 12 mo. Probation | |
| 47 | 811913 | 1-2005 | Boston | 32-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 12 mo. Probation | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 1405551 | 3-2011 | Boston | 50-yr. Male (U.S. Citizen) | 0 | $514 | 18 USC §1709 | 6 | 12 mo. Probation | |
| 49 | 757869 | 2-2004 | Boston | Unknown Age Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 12 mo. Probation | |
| 50 | 823833 | 5-2004 | Boston | 36-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 12 mo. Probation | |
| 51 | 742966 | 10-2003 | Boston | 50-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 12 mo. Probation | |
| 52 | 829113 | 2-2005 | Boston | 56-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 12 mo. Probation | |
| 53 | 1401844 | 2-2011 | Boston | 50-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §641 | 6 | 24 mo. Probation | |
| 54 | 1022282 | 8-2006 | Boston | 54-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §641 | 6 | 24 mo. Probation | |

## Table E – Defendants Sentenced in the District of Massachusetts
## Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 1260080 | 7-2009 | Boston | 53-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1001; 18 USC §2 | 6 | 24 mo. Probation | |
| 56 | 1287775 | 11-2009 | Boston | 49-yr. Male (Resident/Legal Alien - El Salvador) | 0 | $0 | 18 USC §1702 | 6 | 24 mo. Probation | |
| 57 | 1150376 | 4-2008 | Missing | 23-yr. Male (U.S. Citizen) | 0 | $2,600 | 18 USC §1709 | 6 | 24 mo. Probation | |
| 58 | 784262 | 9-2004 | Boston | 32-yr. Male (U.S. Citizen) | 0 | $2,215 | 18 USC §1709 | 6 | 24 mo. Probation | |
| 59 | 877326 | 9-2005 | Boston | 37-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 24 mo. Probation | |
| 60 | 849209 | 5-2005 | Boston | 40-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 24 mo. Probation | |
| 61 | 783028 | 9-2004 | Boston | 44-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 24 mo. Probation | |

Case 1:21-cr-10104-NMG Document 443-2 Filed 06/13/22 Page 19 of 28

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 62 | 1187933 | 10-2008 | Boston | 63-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1709 | 6 | 24 mo. Probation | |
| 63 | 911659 | 2-2006 | Boston | 53-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §2071(a); 18 USC §2071(b) | 6 | 24 mo. Probation | |
| 64 | 2230453 | 1-2015 | Boston | 42-yr. Female (U.S. Citizen) | 0 | $0 | 18 USC §1341 | 7 | 12 mo. Probation | |
| 65 | 2312144 | 2-2016 | Boston | 47-yr. Male (U.S. Citizen) | 0 | $4,000 | 18 USC §1709 | 8 | 3 days Imprisonment (Time Served); 6 mo. Community Confinement | |
| 66 | 878825 | 9-2005 | Boston | 48-yr. Male (U.S. Citizen) | 0 | $500 | 18 USC §1028(a)(7); 18 USC §1029(a)(5); 18 USC §1344(2); 18 USC §1546(a) | 8 | 1 day Imprisonment (Time Served) | |
| 67 | 2159119 | 1-2014 | Boston | 28-yr. Male (U.S. Citizen) | 0 | $1,900 | 18 USC §1709 | 8 | 12 mo. Probation | |
| 68 | 2039821 | 8-2012 | Boston | 21-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1030(a)(2) | 8 | 12 mo. Probation | |

Table E – Defendants Sentenced in the District of Massachusetts
Guideline Range 0-6 Months of Imprisonment

Guilty Pleading, Criminal History Category I Defendants (zero points)
Scored According to USSG §2B1.1
(Excludes Defendants with a Statutory Minimum Prison Term)
(Excludes USSG §5K1.1 Downward Departure Defendants)

FY 2002-2018

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 710933 | 2-13-2003 | Boston | 34-yr. Male (U.S. Citizen) | 0 | $4,500 | 18 USC §1709 | 8 | 12 mo. Probation; 3 mo. Community Confinement | |
| 70 | 2094533 | 4-2013 | Boston | 58-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1001(a)(2) | 8 | 24 mo. Probation | |
| 71 | 2390038 | 4-2017 | Boston | 33-yr. Male (U.S. Citizen) | 0 | $3,250* | 18 USC §1030(a)(5)(A) | 8 | 24 mo. Probation | |
| 72 | 758319 | 1-2004 | Boston | 30-yr. Male (U.S. Citizen) | 0 | $0 | 18 USC §1708 | 8 | 36 mo. Probation; 150 hours Community Service | |
| 73 | 1327494 | 4-2010 | Boston | 55-yr. Male (U.S. Citizen) | 0 | $5,000* | 18 USC §1709 | 8 | 36 mo. Probation | |
| 74 | 893534 | 10-2005 | Boston | 30-yr. Male (Illegal Alien - Dominican Republic) | 2 | $6,704 | 18 USC §1341; 18 USC §1343 | 6 | 6 mo. Imprisonment (Time Served) | |
| 75 | 632333 | 7-8-2002 | Boston | 65-yr. Male (U.S. Citizen) | 2 | $6,850 | 18 USC §1341; 18 USC §2 | 6 | 12 mo. Probation | |

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

### Guilty Pleading, Criminal History Category I Defendants (zero points)
### Scored According to USSG §2B1.1
### (Excludes Defendants with a Statutory Minimum Prison Term)
### (Excludes USSG §5K1.1 Downward Departure Defendants)

### FY 2002-2018

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 76 | 588964 | 11-8-2001 | Boston | 52-yr. Male (U.S. Citizen) | 2 | $5,660 | 18 USC §641 | 6 | 24 mo. Probation | |
| 77 | 2087434 | 3-2013 | Boston | 38-yr. Female (U.S. Citizen) | 2 | $6,000 | 18 USC §641 | 6 | 24 mo. Probation | |
| 78 | 605612 | 2-19-2002 | Springfield | 40-yr. Female (U.S. Citizen) | 2 | $6,048 | 18 USC §641 | 6 | 36 mo. Probation | |
| 79 | 1392104 | 1-2011 | Boston | 54-yr. Female (U.S. Citizen) | 2 | $5,057 | 18 USC §1001 | 6 | 36 mo. Probation | |
| 80 | 708293 | 3-20-2003 | Springfield | 34-yr. Male (U.S. Citizen) | 2 | $5,458 | 18 USC §1341; 18 USC §1343 | 6 | 36 mo. Probation | |
| 81 | 1012756 | 7-2006 | Boston | 54-yr. Male (U.S. Citizen) | 2 | $7,500* | 18 USC §3559(a) | 6 | 36 mo. Probation | |
| 82 | 1442165 | 8-2011 | Boston | 31-yr. Male (U.S. Citizen) | 2 | $6,750 | 18 USC §669; 18 USC §2 | 6 | 60 mo. Probation; 6 mo. Home Detention | |

Table E – Defendants Sentenced in the District of Massachusetts
Guideline Range 0-6 Months of Imprisonment

Guilty Pleading, Criminal History Category I Defendants (zero points)
Scored According to USSG §2B1.1
(Excludes Defendants with a Statutory Minimum Prison Term)
(Excludes USSG §5K1.1 Downward Departure Defendants)

FY 2002-2018

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 1249117 | 6-2009 | Boston | 42-yr. Male (Resident/Legal Alien - Malaysia) | 2 | $7,424 | 18 USC §1341; 18 USC §1346 | 7 | Fine Only ($500) | |
| 84 | 831570 | 4-2005 | Springfield | 32-yr. Male (U.S. Citizen) | 2 | $9,803 | 18 USC §666(a)(1)(A) | 8 | 4 mo. Imprisonment; 100 hours Community Service | |
| 85 | 2374337 | 1-2017 | Boston | 44-yr. Male (U.S. Citizen) | 2 | $12,393 | 18 USC §371 | 8 | 12 mo. Probation | |
| 86 | 642753 | 9-16-2002 | Springfield | 46-yr. Female (U.S. Citizen) | 2 | $5,635 | 18 USC §1711 | 8 | 12 mo. Probation | |
| 87 | 2363011 | 11-2016 | Boston | 48-yr. Male (U.S. Citizen) | 2 | $7,183 | 14 USC §88(c); 18 USC §1028(a)(7) | 8 | 12 mo. Probation | |
| 88 | 2242559 | 3-2015 | Boston | 55-yr. Male (U.S. Citizen) | 2 | $7,500* | 18 USC §1001(a)(2); 18 USC §1001(a)(3) | 8 | 24 mo. Probation | |
| 89 | 829794 | 6-2004 | Boston | 33-yr. Male (Resident/Legal Alien - China) | 2 | $8,000 | 18 USC §1030(c)(2)(A); 18 USC §1030(a)(5)(A)(iii) | 8 | 24 mo. Probation; 6 mo. Home Detention | |

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 90 | 600511 | 12-7-2001 | Worcester | 30-yr. Female (U.S. Citizen) | 2 | $9,384 | 18 USC §666(a)(1)(A) | 8 | 36 mo. Probation; 400 hours Community Service | |
| 91 | 1106136 | 9-2007 | Springfield | 44-yr. Female (U.S. Citizen) | 2 | $5,362 | 18 USC §666(a)(1)(A); 18 USC §1001 | 8 | 36 mo. Probation | |
| 92 | 598538 | 12-19-2001 | Boston | 58-yr. Female (U.S. Citizen) | 2 | $5,430 | 18 USC §1347 | 8 | 48 mo. Probation; 250 hours Community Service | |
| 93 | 604536 | 3-4-2002 | Boston | 27-yr. Female (U.S. Citizen) | 4 | $22,051 | 18 USC §513(a) | 8 | 1 day Imprisonment | |
| 94 | 632839 | 7-8-2002 | Boston | 22-yr. Male (Resident/Legal Alien - Trinidad & Tobago) | 4 | $21,326 | 18 USC §1344; 18 USC §2 | 8 | 1 mo. Imprisonment | |
| 95 | 1220175 | 2-2009 | Boston | 48-yr. Male (Resident/Legal Alien - Dominican Republic) | 4 | $16,168 | 18 USC §286; 18 USC §371; 18 USC §287; 18 USC §2 | 8 | 10 mo. 22 days Imprisonment (Time Served) | Time Served |
| 96 | 1054737 | 2-2007 | Boston | 61-yr. Male (Illegal Alien - Cuba) | 4 | $20,200 | 18 USC §371 | 8 | Time Served (term unspecified) | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1051368 | 1-2007 | Boston | 22-yr. Female (U.S. Citizen) | 4 | $20,000* | 18 USC §1708; 18 USC §2; 18 USC §500 | 8 | Time Served (term unspecified) | |
| 98 | 2160694 | 2-2014 | Boston | 56-yr. Male (U.S. Citizen) | 4 | $12,760 | 18 USC §1001 | 8 | 12 mo. Probation | |
| 99 | 760594 | 12-2003 | Boston | 41-yr. Male (U.S. Citizen) | 4 | $22,051 | 18 USC §1711 | 8 | 12 mo. Probation | |
| 100 | 2090452 | 3-2013 | Boston | 46-yr. Male (U.S. Citizen) | 4 | $18,460 | 18 USC §1001(a)(2) | 8 | 12 mo. Probation | |
| 101 | 742967 | 10-2003 | Boston | 35-yr. Male (U.S. Citizen) | 4 | $10,360 | 18 USC §1030(a)(5)(A) | 8 | 12 mo. Probation | |
| 102 | 629549 | 6-11-2002 | Boston | 60-yr. Male (U.S. Citizen) | 4 | $10,946 | 18 USC §2113(b) | 8 | 12 mo. Probation | |
| 103 | 710934 | 11-28-2001 | Boston | 19-yr. Female (U.S. Citizen) | 4 | $19,003 | 18 USC §2113(b) | 8 | 12 mo. Probation | |

Case 1:21-cv-10901-NMG   Document 41-2   Filed 06/3b/2   Page 25 of 28

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 104 | 761096 | 12-2003 | Boston | 47-yr. Female (U.S. Citizen) | 4 | $17,368 | 18 USC §641 | 8 | 18 mo. Probation | |
| 105 | 711008 | 2-13-2003 | Boston | 36-yr. Male (U.S. Citizen) | 4 | $11,900 | 18 USC §2; 18 USC §659 | 8 | 24 mo. Probation | |
| 106 | 2011452 | 4-2012 | Boston | 30-yr. Male (U.S. Citizen) | 4 | $12,086 | 18 USC §371 | 8 | 24 mo. Probation | |
| 107 | 1191455 | 10-2008 | Boston | 31-yr. Male (U.S. Citizen) | 4 | $23,261 | 18 USC §371 | 8 | 24 mo. Probation | |
| 108 | 1455133 | 9-2011 | Boston | 39-yr. Male (U.S. Citizen) | 4 | $11,380 | 18 USC §371 | 8 | 24 mo. Probation | |
| 109 | 1307808 | 2-2010 | Boston | 40-yr. Male (U.S. Citizen) | 4 | $13,835 | 18 USC §371 | 8 | 24 mo. Probation | |
| 110 | 882321 | 9-2005 | Boston | 46-yr. Male (U.S. Citizen) | 4 | $20,000 | 18 USC §371 | 8 | 24 mo. Probation | |

Table E – Defendants Sentenced in the District of Massachusetts
Guideline Range 0-6 Months of Imprisonment

Guilty Pleading, Criminal History Category I Defendants (zero points)
Scored According to USSG §2B1.1
(Excludes Defendants with a Statutory Minimum Prison Term)
(Excludes USSG §5K1.1 Downward Departure Defendants)

FY 2002-2018

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 1456343 | 9-2011 | Boston | 67-yr. Male (U.S. Citizen) | 4 | $29,060 | 18 USC §371 | 8 | 24 mo. Probation | |
| 112 | 2073238 | 1-2013 | Boston | 59-yr. Female (U.S. Citizen) | 4 | $23,383 | 18 USC §371 | 8 | 24 mo. Probation | |
| 113 | 1422561 | 5-2011 | Boston | 39-yr. Female (U.S. Citizen) | 4 | $24,392 | 18 USC §641 | 8 | 24 mo. Probation | |
| 114 | 890842 | 10-2005 | Boston | 53-yr. Female (U.S. Citizen) | 4 | $22,164 | 18 USC §641; 18 USC §3559(a) | 8 | 24 mo. Probation | |
| 115 | 616921 | 1-23-2002 | Boston | 62-yr. Female (U.S. Citizen) | 4 | $29,540 | 18 USC §641 | 8 | 24 mo. Probation | |
| 116 | 1311902 | 2-2010 | Boston | 55-yr. Female (U.S. Citizen) | 4 | $13,707 | 18 USC §1001 | 8 | 24 mo. Probation | |
| 117 | 1163732 | 6-2008 | Springfield | 47-yr. Male (U.S. Citizen) | 4 | $12,500 | 18 USC §1341; 18 USC §371 | 8 | 24 mo. Probation | |

## Table E – Defendants Sentenced in the District of Massachusetts
### Guideline Range 0-6 Months of Imprisonment

### Guilty Pleading, Criminal History Category I Defendants (zero points)
### Scored According to USSG §2B1.1
### (Excludes Defendants with a Statutory Minimum Prison Term)
### (Excludes USSG §5K1.1 Downward Departure Defendants)

### FY 2002-2018

Case 1:21-cr-10104-NMG   Document 423-42   Filed 06/30/22   Page 27 of 28

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 118 | 821022 | 4-2004 | Boston | 30-yr. Female (U.S. Citizen) | 4 | $12,314 | 18 USC §1029(a)(5); 18 USC §982 | 8 | 24 mo. Probation | |
| 119 | 616765 | 1-14-2002 | Boston | 44-yr. Male (U.S. Citizen) | 4 | $25,428 | 7 USC §2024(b) | 8 | 24 mo. Probation | |
| 120 | 1015721 | 8-2006 | Missing | 43-yr. Male (U.S. Citizen) | 4 | $20,000 | 18 USC §1343; 18 USC §1001 | 8 | 24 mo. Probation; 2 mo. Home Detention | |
| 121 | 770582 | 6-2004 | Boston | 57-yr. Female (U.S. Citizen) | 4 | $25,206 | 18 USC §641; 18 USC §1343 | 8 | 36 mo. Probation | |
| 122 | 1321021 | 3-2010 | Boston | 63-yr. Male (U.S. Citizen) | 4 | $15,049 | 18 USC §1001 | 8 | 36 mo. Probation | |
| 123 | 598539 | 12-18-2001 | Boston | 29-yr. Male (Alien Status Unknown - El Salvador) | 4 | $16,300 | 18 USC §1708 | 8 | 36 mo. Probation | |
| 124 | 620069 | 5-30-2002 | Boston | 23-yr. Female (U.S. Citizen) | 4 | $26,600 | 18 USC §2113(b) | 8 | 36 mo. Probation | |

**Table E – Defendants Sentenced in the District of Massachusetts**
**Guideline Range 0-6 Months of Imprisonment**

**Guilty Pleading, Criminal History Category I Defendants (zero points)**
**Scored According to USSG §2B1.1**
**(Excludes Defendants with a Statutory Minimum Prison Term)**
**(Excludes USSG §5K1.1 Downward Departure Defendants)**

**FY 2002-2018**

| Case No. | USSC ID No. | Sentencing Date | Probation Office | Defendant Characteristics | Level Increase for Loss | Loss Amount | Statute(s) of Conviction | Total Offense Level | Sentence Imposed | Reason(s) for Departure/ Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 892766 | 11-2005 | Boston | 54-yr. Male (U.S. Citizen) | 4 | $23,911 | 18 USC §1711 | 8 | 60 mo. Probation | |
| 126 | 869309 | 12-2005 | Springfield | 50-yr. Female (U.S. Citizen) | 4 | $22,639 | 18 USC §1028(a)(7) | 8 | 60 mo. Probation | |
| 127 | 648093 | 9-23-2002 | Boston | 41-yr. Female (U.S. Citizen) | 6 | $41,547 | 18 USC §371 | 8 | 36 mo. Probation | |

*For those defendants with an "*" next to loss, a precise loss amount was not determined by the Court. Therefore, for these cases the loss amount represents the midpoint within the appropriate loss category. This corresponds to the increase in levels the defendant received under USSG §2B1.1(b)(1) for loss amount.

Cases Highlighted in Gray: Defendant was ordered to perform community service as part of the sentence.

Sentencing Date Note: Beginning in FY 2004 the United States Sentencing Commission excluded the precise day a defendant was sentenced because it determined that this was identifying information. Therefore, in the FY 2004 and later datafiles only the sentencing month and year is provided.