IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JOSEPH PONZO and )<br>CHRISTOPHER PONZO, )<br><br>Defendants. ) | Case No. 22-cr-10094-NMG |

## DECLARATION OF CHRISTOPHER PONZO

I, Christopher Ponzo, submit this Declaration in support of my Sentencing Memorandum, and state as follows:

1.     The information contained in this Declaration is based upon my personal knowledge and business records of Electrical Associates, LLC, CAP Electric, Inc., and Air Tight Solutions, LLC.

2.     Attached as Exhibit A to this declaration is a list of Mass Save jobs which Electrical Associates or CAP Electric performed for CLEAResult between 2014 and 2020.

3.     In the column of Exhibit A titled "Responsible Party," I have indicated whether that job/customer was one which I originated and brought to CLEAResult (denoted "Chris' Contact"), or one which was originated by another source and assigned to me by an employee of CLEAResult.

4.     As Exhibit A indicates, I originated the vast majority of jobs/customers which Electrical Associates and CAP Electric performed through CLEAResult as part of the Mass Save

program. For the small number of jobs that were originated by someone other than me, I have indicated which CLEAResult employee assigned that job to Electrical Associates or CAP Electric. These employees included not only Eric Darlington and Peter Marra, but Alex Maclean, Bill Footer, Chris Holden, Heramb Tilak, Anthony O'Malley, Paul D'Amore, and Rita Briody.

5.      In the column of Exhibit A titled "Amount," I have listed the amount which Electrical Associates or CAP Electric billed and was paid for a given job.

6.      I never asked Eric Darlington or Peter Marra to assign me a job which I did not originate. In the examples the government has pointed to of me emailing Darlington or Marra asking them to send me contracts, I was simply asking them to process contracts for jobs which I brought to CLEAResult.

7.      Attached as Exhibit B to this Declaration is a list of all Mass Save jobs from 2014 to 2019, of which I am aware, which Air Tight Solutions, LLC performed for CLEAResult. The column titled "Responsible Party" indicates the source of a given job. I was the source of all such jobs, with the exception of six jobs which came from Peter Marra.

8.      The column of Exhibit B entitled "Inv. Total" lists the amount which Air Tight billed and was paid for a given job.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2025

Christopher Ponzo

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Christian G. Kiely*
Christian G. Kiely

Dated:  January 31, 2025