# EXHIBIT B

United States of America v. Joseph Ponzo and Christopher Ponzo
Declaration of Christopher Ponzo - Exhibit B

| Date | Management Company | Project | Address | Contact | Responsible Party | Invoice # | Amount |
|---|---|---|---|---|---|---|---|
| 3/30/2015 | Lincoln Properties | Jefferson at Salem Station Apartments | 190 Bridge Street, Salem, MA | Greg Marchand (friend of Bill Perry) Bill Perry Referral to me | Chris Ponzo's Contact | N/A | N/A |
| 3/30/2015 | Lincoln Properties | Jefferson at Salem Station Apartments | 190 Bridge Street, Salem, MA | Greg Marchand (friend of Bill Perry) Bill Perry Referral to me | Chris Ponzo's Contact | N/A | N/A |
| 6/11/2015 | Lincoln Properties | Jefferson at Salem Station | 190 Bridge Street Salem, MA | Greg Marchand (friend of Bill Perry) Bill Perry Referral to me | Chris Ponzo's Contact | 20611 | $ 6,622 |
| 6/11/2015 | Bridgeton/ Symes | | 550 Walnut Street, Lynn, MA | Brent Last | Chris Ponzo's Contact | N/A | N/A |
| 9/21/2015 | Bozzuto | Reading Commons | 7 Archstone Circle, Reading, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2015912 | N/A |
| 7/11/2016 | Bozzuto | The Kensington | 665 Washington Street, Boston, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2016712 | N/A |
| 10/13/2016 | Avalon | Lexington Hills | 1000 Main Campus Drive, Lexington, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20161013 | N/A |
| 10/22/2016 | Bozzuto | Watertown Mews | 1 Repton Place, Watertown | Peter Zadoretzky | Chris Ponzo's Contact | 20161023 | N/A |
| 2/7/2017 | Bozzuto | Flanders Hill | Homestead Blvd. Westborough, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2017207 | $ 99,540 |
| 3/20/2017 | Avalon | Avalon Northboro | 14 Avalon Dr. Northboro, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017320 | $ 128,527 |
| 4/3/2017 | Alterra 1 | Alterra 1 | 11 Overlook Dr. Revere, MA | Ross: From Lincoln Contacted Chris Michael Gustin- Friend of Chris | Chris Ponzo's Contact | 2017403 | $ 97,960 |
| 4/3/2017 | Corcoran Management | MassMills | 150 Massmill Dr. Lowell, MA | John Corcoran | Chris Ponzo's Contact | 2017328 | $ 89,112 |
| 5/1/2017 | Alterra 11 | Alterra 11 | 19 Overlook Dr. Revere, MA | Ross: From Lincoln Contacted Chris Michael Gustin- Friend of Chris | Chris Ponzo's Contact | 2017501 | $ 130,192 |
| 5/4/2017 | Avalon | Avalon Northboro | 14 Avalon Dr. Northboro, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017504 | $ 43,946 |
| 6/1/2017 | Bozzuto | Batch Yard | 25 Charlton St. Everett, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2017602 | $ 103,648 |
| 6/5/2017 | Bell Partners | Bell Marlborough | Applebriar Lane Marlborough, MA | Jenn Grant/ Drew Yetta | Chris Ponzo's Contact | 2017605 | $ 64,780 |
| 6/23/2017 | Avalon | Avalon Andover | 460 River Rd. Andover, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017624 | $ 36,340 |
| 6/23/2017 | Bozzuto | Jack Flats | 1000 Stone Place Melrose, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2017623 | $ 66,992 |
| 8/1/2017 | Avalon | Avalon Orchards | Avalon Drive Marlborough, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017801 | $ 49,296 |
| 8/10/2017 | Avalon | Avalon Eaves Quincy | 150 & 290 Quarry St. Quincy, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017810 | $ 77,420 |
| 8/29/2017 | Avalon | Avalon North Quincy | 95 Squantum St. North Quincy, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2017828 | $ 70,784 |
| 8/31/2017 | Wingate | 16 Middle | 16 Middle St. Lowell, MA | Bill Perry | Chris Ponzo's Contact | 2017831 | $ 30,336 |
| 8/31/2017 | Wingate | 78 Prescott | 78 Prescott St. Lowell, MA | Bill Perry | Chris Ponzo's Contact | 2017832 | $ 8,848 |
| 9/5/2017 | Wingate | 619 Gorham | 619 Gorham St. Lowell, MA | Bill Perry | Chris Ponzo's Contact | 2017905 | $ 14,852 |
| 9/12/2017 | Corcoran Management | 100 Myrtle | 100 Myrtle Ave. Whitman, MA | John Corcoran | Chris Ponzo's Contact | 2017912 | $ 35,076 |
| 12/31/2017 | Avalon | Avalon Chestnut Hill | 160 Boylston St. Chestnut Hill, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20171234 | $ 80,580 |
| 1/1/2018 | Bozzuto | One Greenway | 99 Kneeland St. Boston, MA | Peter Zadoresztky | Chris Ponzo's Contact | 2018104 | $ 85,715 |
| 1/1/2018 | Avalon | Avalon Burlington Eaves | 1 Farms Dr, Burlington | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018101 | $ 304,703 |
| 1/1/2018 | Avalon | Avalon Natick | 3 Chrysler Rd, Natick | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018102 | $ 160,765 |
| 1/1/2018 | Avalon | Avalon Exeter | 77 Exeter St. Boston, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018103 | $ 67,940 |
| 1/30/2018 | Reading Commons | Reading Commons | 7 Archstone Cir. Reading, MA | Peter Zadoretzky | Chris Ponzo's Contact | 2018130 | $ 225,624 |
| 3/8/2018 | Avalon | Avalon Acton | 1000 Avalon Dr. Acton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018308 | $ 122,608 |
| 3/29/2018 | Corcoran Management | Commons at Drum Hill | 1 Technology Dr. Chelmsford, MA | John Corcoran | Chris Ponzo's Contact | 2018329 | $ 34,128 |
| 4/10/2018 | Avalon | AVA Somerville | 445 Artisan Way Somerville, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018409 | $ 98,750 |
| 4/10/2018 | Avalon | Avalon Assembly Row | 333 Great River Rd. Somerville, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018410 | $ 81,900 |
| 4/11/2018 | Avalon | Avalon Acton | Avalon Dr. Acton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018411 | $ 429,128 |
| 4/23/2018 | Ark Management | Willows | 7 Conant Rd. Winchester, MA | Carolyn | Chris Ponzo's Contact | 2018423 | $ 38,710 |
| 5/4/2018 | Corcoran Management | Commons at Drum Hill | 1 Technology Dr. Chelmsford, MA | John Corcoran | Chris Ponzo's Contact | 2018504 | $ 119,448 |
| 5/24/2018 | | Saxony Apartments | 450 Old Connecticut Path Framingham, MA | | Peter Marra- CLEAResult | 2018524 | $ 24,332 |
| 6/1/2018 | Avalon | Avalon Newton Highlands | 99 Needham St. Newton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018601 | $ 82,476 |
| 6/29/2018 | Avalon | Avalon Pinehills | 1 Avalon Way Plymouth, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018627 | $ 39,816 |
| 7/2/2018 | Avalon | Avalon Newton Highlands | 99 Needham St. Newton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018702 | $ 20,935 |
| 7/12/2018 | Avalon | Avalon Pinehills | 1 Avalon Way Plymouth, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018712 | $ 96,696 |
| 7/17/2018 | Lane Management | Viking Winthrop | 41 Bowdoin St. Winthrop, MA | Steve | Peter Marra- CLEAResult | 2018717 | $ 6,320 |
| 7/31/2018 | Avalon | Avalon Newton Highlands | 99 Needham St. Newton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018727 | $ 261,016 |
| 8/13/2018 | Ark Management | Conant Rd. | 7 Conant Rd. Winchester, MA | Carolyn | Chris Ponzo's Contact | 2018813 | $ 6,004 |
| 8/30/2018 | Avalon | Avalon Chestnut Hill | 160 Boylston St. Chestnut Hill, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018830 | $ 154,840 |
| 9/10/2018 | WINN Companies | Broadway Tower | 250 Broadway Revere, MA | Tim Haggerty Referral | Chris Ponzo's Contact | 2018910 | $ 30,020 |
| 9/28/2018 | Avalon | Avalon Chestnut Hill | 160 Boylston St. Chestnut Hill, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018926 | $ 70,784 |

United States of America v. Joseph Ponzo and Christopher Ponzo
Declaration of Christopher Ponzo - Exhibit B

| Date | Management Company | Project | Address | Contact | Responsible Party | Invoice # | Amount |
|---|---|---|---|---|---|---|---|
| 1/1/2019 | Corcoran Management | Commons at Boston Road | 499 Boston Rd. Billerica, MA | John Corcoran | Chris Ponzo's Contact | 2018927 | $ 49,296 |
| 1/1/2019 | Corcoran Management | Commons at Boston Road | 499 Boston Rd. Billerica, MA | John Corcoran | Chris Ponzo's Contact | 20181028 | $ 172,536 |
| 1/1/2019 | Avalon | Avalon Bedford | Avalon Drive Bedford, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2018928 | $ 43,924 |
| 1/1/2019 | Avalon | Avalon Chestnut Hill | 160 Boylston St. Chestnut Hill, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20181027 | $ 40,290 |
| 1/1/2019 | Avalon | Avalon Framingham | 40 Riverpath Drive Framingham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20181218 | $ 56,880 |
| 1/1/2019 | Avalon | Avalon Bear Hill | 1449 Main Street Waltham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20181206 | $ 102,384 |
| 1/1/2019 | Avalon | Avalon Newton Highlands | 99 Needham St. Newton, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20181029 | $ 57,828 |
| 1/1/2019 | Township Management | Sutton Place | 21-78 Harley St. Worcester, MA | Paul Mulvani | Peter Marra- CLEAResult | 20181109 | $ 99,540 |
| 1/1/2019 | Township Management | Sutton Place | 21-78 Harley St. Worcester, MA | Paul Mulvani | Peter Marra- CLEAResult | 20181109-2 | $ 16,590 |
| 1/25/2019 | Avalon | Avalon Framingham | 40 Riverpath Drive Framingham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2019122 | $ 69,520 |
| 2/11/2019 | | Maple & Highland Ave Apartments | 3-5 Maple Ave 6-8 Highland Ave. Haverhill, MA | | Peter Marra- CLEAResult | 2019211 | $ 36,972 |
| 2/21/2019 | Combined Properties | 160 Pleasant | 160 Pleasant Street Malden, MA | Sal- Former Lincoln Employee; Friend of Chris | Chris Ponzo's Contact | 2019221 | $ 91,956 |
| 2/26/2019 | Avalon | Avalon Bear Hill | 1449 Main St. Waltham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2019226 | $ 119,448 |
| 2/28/2019 | | Leach Street | 52 Leach Street Salem, MA | | Peter Marra- CLEAResult | 2019228 | $ 1,896 |
| 4/16/2019 | Mediate Management | Bedford Place | 670 Bedford St. Whitman, MA | Jenn Romano & Katie Wells Jen- Corcoran former employee Katie - former GBP employee & John Spagnoletti | Chris Ponzo's Contact | 2019414 | $ 53,720 |
| 4/18/2019 | Avalon | Avalon Bear Hill | 1449 Main St. Waltham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2019418 | $ 187,704 |
| 4/22/2019 | Lonvale Garden Apartments | Lonvale | 1-5 Lonvale Ln. & 53-55Congress St. Amesbury, MA | Amy | Peter Marra- CLEAResult | 2019422 | $ 59,408 |
| 5/30/2019 | Avalon | Avalon Bear Hill | 1449 Main St. Waltham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2019509 | $ 153,576 |
| 6/28/2019 | Avalon | Avalon Bear Hill | 1449 Main St. Waltham, MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 2019628 | $ 31,679 |
| 7/24/2019 | Avalon | Avalon Hingham Shipyard | 152 Shipyard Drive, Hingham MA | Mark Delisi & Steve McGorty | Chris Ponzo's Contact | 20190724 | $ 18,565 |
| 10/22/2019 | Lincoln Properties | Villas at Old Concord | Billerica, MA | Greg Marchand (friend of Bill Perry) Bill Perry Referral to me | Chris Ponzo's Contact | 102219 | $ 40,211 |