UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSEPH PONZO and
CHRISTOPHER PONZO,

             Defendants.

Case No. 22-CR-10094-NMG

## NOTICE OF VICTIM IMPACT STATEMENT

The United States of America hereby submits the attached victim impact statement received

from counsel for CLEAResult.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date:  February 3, 2025         By:    */s/ Lauren Maynard*
                                Dustin Chao
                                Lauren Maynard
                                Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


/s/ Lauren Maynard
Lauren Maynard
Assistant United States Attorney


Dated:  February 3, 2025

2



January 31, 2025

Hon. Nathaniel M. Groton
Judge, U. S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

To the Honorable Nathaniel M. Groton,

For more than 20 years, CLEAResult has been one of the leading energy efficiency, energy transition, and energy sustainability program companies in North America. The crimes committed by the defendants have had a meaningful and lasting harmful impact on CLEAResult staff, our company reputation and financials.

CLEAResult is a services company. Our people are our most valuable asset, and the foundation of our success in the market. These crimes impacted several of our staff directly, including myself. A number of people who worked on the multi-family programs lost their jobs because CLEAResult lost the contracts as a result of the Ponzos' misdeeds. Others saw reduced opportunities, and some top performers left the company due to the stress and anguish they experienced during the investigation. Our company spent significant time and effort supporting the government's investigation while simultaneously managing the fallout with our clients. Everyone involved suffered through the uncertainty and stress of what would happen to our work and our team members because of the perpetrators' acts. Searching for and combing through documents going back over a decade to track down evidence cost us time and effort that should have been in service to our clients and our mission and goals of saving energy and reducing climate impacts. Many of our staff fielded questions from their professional networks and from clients immediately following the indictment wondering how we could have been involved and what this meant for our company. These were impossible questions to answer at the time, as the investigation was ongoing. Sadly, although CLEAResult was a victim of the crimes, we suffered greatly, losing credibility and prestige across our marketplace.

The reputational damage hit CLEAResult just when we had been awarded a sizable contract by one of our clients. We were originally awarded the full scope of the work we bid; however, that contract negotiation was put on hold immediately after the indictments were released in spring of 2021and months later the client reduced our contract by about half, splitting it with a competitor. The loss was a direct result of the damage to our reputation during this process. Furthermore, we also lost all the contracts associated with the multifamily program in which the fraud occurred when those contracts went back out for bid. Again, our reputation and the cloud of this crime weighed heavily on those bids. Several long-time staff lost jobs as this work was lost to other firms. Others lost the opportunity for growth, promotions, and career advancement. As a company built on people, these losses will have a lasting impact for years to come.

In addition to the reputational impact and people impacts, CLEAResult has also suffered financially from these crimes. These are itemized as:

- The loss of the multifamily program contracts that these defendants formerly participated in resulted in $20 million in lost revenue we could have earned from continuing to deliver the next



We change the way people use energy.™
© CLEAResult. All rights reserved.



bid cycle of those contracts. That was work we had been delivering for more than a decade prior.

- The reduction in our core program by half as described above when our work was split because of the cloud that this indictment brought resulted in approximately $17 million dollars of lost revenue over the five-year contract life.
- We made seven payments to the Ponzo's totaling $398,755.23 that we could not recover from the clients, because they were attributable to or connected with the Ponzos' work;
- Attorney fees and discovery costs to provide the government with necessary documents for the prosecution cost our company more than $1.2 million dollars.

The attached supporting documents outline our losses. When you consider the appropriate sentence, please do consider the lasting impact on our company, our staff, and the emotional stress and strain specifically visited upon several individuals who worked here diligently. We were rewarded with lost work, reputational damage, burdensome legal costs, and emotional strain and hardship because of the greed that drove the defendants.

Sincerely,

*Kevin Coté*

Kevin Cote
Senior Program Director
112 Turnpike Road, Suite 111
Westborough, MA 01581



We change the way people use energy.™

© CLEAResult. All rights reserved.

| Unpaid Invoices | | | | |
|---|---|---|---|---|
| Utility | Invoice Month | Invoice # | Client Invoice ID | Invoice Amount (Unpaid) |
| Eversource | May | Customer Invoice: 000071588 | RESGAS_20220531_aHR2 | $ 7,611.74 |
| Eversource | May | Customer Invoice: 000071587 | RESGAS_20220531_aHR2 | $ 95,408.74 |
| Eversource | May | Customer Invoice: 000072537 | RES_20220630_aLR3 | $ 9,566.46 |
| National Grid | April | Customer Invoice: 000070368 | 22-58M | $ 140,137.00 |
| National Grid | April | Customer Invoice: 000070328 | 22-56M | $ 98,416.28 |
| National Grid | July | Customer Invoice: 000073945 | 22-72M | $ 47,615.01 |
| Total | | | | $ 398,755.23 |

 Outlook

**Doc3166235998 - Implementation for RCD_Residential Coordinated Delivery 2022-26_MA**

**From** KHAN, HASSAN <s4system-prod+Eversource.Doc3166235998@ansmtp.ariba.com>

**Date** Fri 2/11/2022 12:01 PM

**To** #MB CLEAResult_BD <CLEAResult_BD@clearesult.com>

**EXTERNAL email. Please exercise caution. This e-mail is from a sender outside of CLEAResult. Do not click any links or open any attachments from unknown senders or unexpected email.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# Eversource Energy Service Co.

Hi,

Eversource would like CLEAResult to begin drafting a formal scope of work in contractual context for **SOW 1** covering all four geographic zones based on your proposal. The program team in parallel will be working on KPIs to be included and we will forward them when available.

Please note that given the recent Department of Public Utilities (DPU) Order related to Eversource's 2022-24 Energy Efficiency Plan filing regarding Home Energy Scores (Scorecards), we will need to have the Scorecard related costs you broke out of the Fixed Monthly Management Fee as a separate line item. Given the uncertainty of the ultimate resolution related to delivering Scorecards, the Fixed Monthly Program Management Fee related to Scorecards would not be billable unless and until Scorecards are approved by the DPU.

Please submit a SOW for Eversource's review no later than **8AM EST Tuesday February 22nd**.

Thank you,

Hassan Khan

You are receiving this email because your customer, Eversource Energy Service Co., has identified you as the appropriate contact for this correspondence. If you are not the correct contact, please contact Eversource Energy Service Co..

Eversource Energy Service Co. sourcing site, Event Doc3166235998: Implementation for RCD_Residential Coordinated Delivery 2022-26_MA, Realm: Eversource, Message ID: MSG237258704, Click Here

---

Offices   |   Data Policy   |   Contact Us   |   Customer Support

Powered by **SAP Ariba** /\\

 Outlook

**Doc3166235998 - Implementation for RCD_Residential Coordinated Delivery 2022-26_MA**

**From** Grisan, Galina <s4system-prod+Eversource.Doc3166235998@ansmtp.ariba.com>

**Date** Fri 4/1/2022 12:43 PM

**To** #MB CLEAResult_BD <clearesult_bd@clearesult.com>

**EXTERNAL email. Please exercise caution. This e-mail is from a sender outside of CLEAResult. Do not click any links or open any attachments from unknown senders or unexpected email.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Eversource Energy Service Co.

Hi,

Thank you for your patience during this process.  We are further evaluating our program.  As a result, we are extending the existing contract to 7/1/22.  We will contact you with more details when we have them.  Please sign and send back today.

Thank you,

Eversource Team

This message has one or more attachments. To retrieve attachments, click [Click Here](#)

You are receiving this email because your customer, Eversource Energy Service Co., has identified you as the appropriate contact for this correspondence. If you are not the correct contact, please contact Eversource Energy Service Co..

Eversource Energy Service Co. sourcing site, Event Doc3166235998: Implementation for RCD_Residential Coordinated Delivery 2022-26_MA, Realm: Eversource, Message ID: MSG249291125, [Click Here](#)

Offices  |  Data Policy  |  Contact Us  |  Customer Support

Powered by **SAP Ariba** /\\

 Outlook

---

**Thank you for you patience**

---

**From** June A. Wooding <s4system-prod+Eversource.Doc3166235998@ansmtp.ariba.com>

**Date** Mon 4/18/2022 5:36 AM

**To** #MB CLEAResult_BD <CLEAResult_BD@clearesult.com>

**EXTERNAL email. Please exercise caution. This e-mail is from a sender outside of CLEAResult. Do not click any links or open any attachments from unknown senders or unexpected email.**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
Eversource Energy Service Co.

Thank you for your patience as we continue to work through this process. Our estimated time to execute contracts for the coming program will be sometime in May.  If you have any questions, please contact Procurement. Do not contact your business partners in Energy Efficiency.  Thanks again for your partnership.

Team Eversource

You are receiving this email because your customer, Eversource Energy Service Co., has identified you as the appropriate contact for this correspondence. If you are not the correct contact, please contact Eversource Energy Service Co..

Eversource Energy Service Co. sourcing site, Event Doc3166235998: Implementation for RCD_Residential Coordinated Delivery 2022-26_MA, Realm: Eversource, Message ID: MSG255621415, Click Here

---

Offices  |  Data Policy  |  Contact Us  |  Customer Support

Powered by SAP Ariba



**STATEMENT OF WORK ("SOW")**

1.        General Scope. The parties intend for CLEAResult Consulting Inc. ("**CLEAResult**") to provide Lead Vendor ("**LV**") management and implementation services for Eversource's Single Family and Attached Low Rise programs and implementation services for Eversource's Residential Coordinated Delivery ("**RCD**") Initiative (each, a "**Program**").  CLEAResult shall provide Lead Vendor Services to eligible Eversource Electric, Eversource Gas, and Eversource Gas of Massachusetts ("**EGMA**") customers located in the cities and towns in the two geographic zones noted in Attachment A.

2.        Term. The term of this SOW is from the effective date of the Agreement through July 31, 2023 with Eversource having the option to extend for up to four additional years by notifying CLEAResult in writing.

ATTACHMENT A:  GEOGRAPHIC ZONES

**Zone 2 Communities – Central & Metro West**

| Community | Eversource Gas of MA | Eversource Gas | Eversource Electric | Community | Eversource Gas of MA | Eversource Gas | Eversource Electric |
|---|---|---|---|---|---|---|---|
| ACTON | | | x | MILLBURY | | x | |
| ASHLAND | | x | x | MILLIS | x | | x |
| AUBURN | | x | | NATICK | | x | x |
| BEDFORD | | | x | NEEDHAM | | x | x |
| BERLIN | | x | | NORFOLK | x | | x |
| BOLTON | | x | | NORTHBOROUGH | | x | |
| BOYLSTON | | x | | NORTHBRIDGE | | x | |
| BURLINGTON | | | x | NORWOOD | | x | |
| CARLISLE | | | x | SHERBORN | | x | x |
| CONCORD | | | x | SHREWSBURY | | x | |
| DOVER | x | x | x | SOUTHBOROUGH | | x | |
| FRAMINGHAM | | x | x | STERLING | | x | |
| FRANKLIN | x | | x | STOW | | x | x |
| GRAFTON | | x | | SUDBURY | | | x |
| HOLDEN | | x | | SUTTON | | x | |
| HOLLISTON | | x | x | UPTON | | x | |
| HOPEDALE | | x | | UXBRIDGE | | x | |
| HOPKINTON | | x | x | WALPOLE | x | | x |
| HUDSON | | x | | WALTHAM | | | x |
| LEICESTER | | x | | WAYLAND | | x | x |
| LEXINGTON | | | x | WELLESLEY | | x | |
| LINCOLN | | | x | WEST BOYLSTON | | x | |
| MARLBOROUGH | | x | | WESTBOROUGH | | x | |
| MAYNARD | | x | x | WESTON | | | x |
| MEDFIELD | x | | x | WESTWOOD | | x | x |
| MEDWAY | x | | x | WOBURN | | | x |
| MENDON | x | x | | WORCESTER | | x | |
| MILFORD | | x | | WRENTHAM | x | | |

**CLEAR**esult® | Page 9 of 17 | © CLEAResult. All rights reserved.

**Zone 4 Communities – Greater Boston & North**

| Community | Eversource Gas of MA | Eversource Gas | Eversource Electric |
|---|---|---|---|
| ANDOVER | x | | |
| ARLINGTON | | | x |
| BELMONT | | x | x |
| BILLERICA | | | x |
| BOSTON | | x | x |
| BROOKLINE | | | x |
| CAMBRIDGE | | x | x |
| CHELSEA | | | x |
| DEDHAM | | x | x |
| HAVERHILL | x | | |
| LAWRENCE | x | | |
| MEDFORD | | x | x |
| METHUEN | x | | |
| MILTON | | x | x |
| NEWTON | | | x |
| NORTH ANDOVER | x | | |
| SOMERVILLE | | x | x |
| STONEHAM | | | x |
| WAKEFIELD | | | x |
| WATERTOWN | | | x |
| WINCHESTER | | | x |

Notes Regarding Geographic Zones:
1. Some listed communities are mostly served by other PAs or Municipal Electric Companies but there are several Eversource "outlier customers" that are generally located along community borders with neighboring communities
2. The Communities assigned to each Zone are subject to change at any time at Eversource's discretion

© CLEAResult. All rights reserved.