UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSEPH PONZO and
CHRISTOPHER PONZO,

                   Defendants.

Case No. 22-cr-10094-NMG

## MOTION FOR LEAVE TO FILE
## DEFENDANT'S RESPONSE TO NOTE 4
## OF THE GOVERNMENT'S SENTENCING MEMORANDUM

The defendant Christopher Ponzo hereby moves for leave to file the attached *Defendant's Response to Note 4 of the Government's Sentencing Memorandum.* In support therefore, defendant states that the government has included in its Sentencing Memorandum a footnote which tends to undermine the defendant's acceptance of responsibility to which the government has already agreed. It does so by making arguments which are wholly misleading in fact and law. For this reason, defendant requests that the court permits him to file a short response.

Respectfully submitted,

CHRISTOPHER PONZO,

By his attorneys,

*/s/ Max D. Stern*
Max D. Stern, BBO # 479560
Howard M. Cooper, BBO # 543842
Christian Kiely, BBO # 684308
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
mdstern@toddweld.com
hcooper@toddweld.com
ckiely@toddweld.com
617-720-2626

Dated:  February 4, 2025

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on February 3, 2025. I emailed counsel of the government with a request for an assent to this motion. I have received no response so far. The hearing to which this pertains will take place on February 5th at 3p.m.

*/s/ Max D. Stern*
Max D. Stern

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Max D. Stern*
Max D. Stern

Dated:  February 4, 2025

2