JANUARY 29, 2025

THE HONORABLE NATHAN GORTON
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR MASSACHUSETTS
JOHN J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY
SUITE 2300 - 4TH FLOOR
BOSTON, MASS. 02210

SIR:

I AM WRITING TO YOU REGARDING THE CASE AGAINST JOSEPH AND CHRISTOPHER PONZO.

I'VE KNOWN THEM SINCE THEY WERE YOUNG CHILDREN. THEY WERE ALWAYS KIND, POLITE AND RESPECTFUL. AS ADULTS THEY HAVE BEEN HARD-WORKING MEN, PROVIDING FOR THEIR FAMILIES. JOSEPH WAS A POLICEMAN IN STONEHAM, MASS., PERFORMING HIS DUTIES WITH ABOVE-AND-BEYOND THE CALL. IT WAS ALWAYS A PLEASURE TO SEE HIM ON DUTY.

I HOPE THAT YOUR DECISION IN THEIR CASE WILL TAKE INTO CONSIDERATION THEIR LIVES BEFORE THIS UNFORTUNATE CHARGE.

VERY TRULY YOURS,
Marie E. Palumbo
MARIE E. PALUMBO
72 SUMMER ST.
STONEHAM, MA 02180
TEL.# 781-438-8098