# United States Court of Appeals
## For the First Circuit
_____

No. 25-1203

UNITED STATES,

Appellee,

v.

CHRISTOPHER PONZO,

Defendant - Appellant.
_____

Before

Gelpí, Montecalvo and Aframe,
Circuit Judges.
_____

**ORDER OF COURT**

Entered: March 18, 2025

We have considered defendant Christopher Ponzo's "Emergency Motion for Stay of Surrender Date" and the government's opposition. Based on our evaluation of the stay factors, see Nken v. Holder, 556 U.S. 418, 434 (2009), defendant's motion for stay is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Nathaniel M. Gorton
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Carol Elisabeth Head
Donald Campbell Lockhart
Dustin Ming Chao
Lauren Maynard
Max D. Stern
Howard M. Cooper
Christian Kiely
Sarah Elizabeth Walters
Annabel Rodriguez