# United States Court of Appeals
## For the First Circuit

No. 25-1203

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTOPHER PONZO,

Defendant, Appellant.

---

**JUDGMENT**

Entered: April 1, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's sentence and forfeiture order are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Carol Elisabeth Head, Donald Campbell Lockhart, Dustin Ming Chao, Karen Lisa Eisenstadt, Lauren Maynard, Max D. Stern, Howard M. Cooper, Christian Kiely, Sarah Elizabeth Walters, Annabel Rodriguez, Christopher Ponzo